IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **COREY J. OSBORNE,** )<br>    **Plaintiff** )<br> )<br>    v.      )      **CASE NO.  6:20CV00079**<br> )<br>**WAL-MART EAST, LP,** *et al,* )<br>    **Defendant**. ) | |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Plaintiff, by counsel, to move this Court for partial summary judgment, pursuant to Rule 56(c), on the sole issue of whether the Plaintiff's employment by Walmart was terminated because of discrimination against him on the basis of race.  In support of his Motion. the Plaintiff asserts the facts and arguments provided in the accompanying Memorandum in Support of this Motion.

Respectfully submitted,

COREY J. OSBORNE
By Counsel

By:   /s/ M. Paul Valois
    M. Paul Valois (VSB No. 72326)
    Counsel for Plaintiff
    **JAMES RIVER LEGAL ASSOCIATES**
    7601 Timberlake Road
    Lynchburg, Virginia 24502
    Telephone: (434) 845-4529
    Facsimile: (434) 845-8536
    Email:  mvalois@vbclegal.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of December, 2021, I electronically filed the foregoing Memorandum with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

                                            /s/   M. Paul Valois