```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF VIRGINIA

 3                  LYNCHBURG DIVISION

 4   _____

 5   COREY J. OSBORNE,

 6           Plaintiff,

 7      v.                         Civil Action No.

 8   WAL-MART STORES EAST, LP, et al.,  6:20-cv-0079-NKM

 9           Defendants.

10   _____

11                  CONFIDENTIAL

12          VIDEOCONFERENCE DEPOSITION OF

13                COREY J. OSBORNE

14   DATE:          Thursday, November 18, 2021

15   TIME:          1:29 p.m.

16   LOCATION:      Remote Proceeding

17                  James River Legal Associates

18                  7601 Timberlake Road

19                  Lynchburg, VA 24502

20

21

22

23

24

25
```

```
 1                  A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFF COREY J. OSBORNE:

 3       M. PAUL VALOIS, ESQUIRE

 4       James River Legal Associates

 5       7601 Timberlake Road

 6       Lynchburg, VA 24502

 7       mvalois@vbclegal.com

 8       (434) 845-4529

 9

10   ON BEHALF OF DEFENDANTS WAL-MART STORES EAST, LP, et

11   al.:

12       G. BETHANY INGLE, ESQUIRE

13       Littler Mendelson, P.C.

14       1650 Tysons Boulevard, Suite 700

15       Tysons Corner, VA 22102

16       gingle@littler.com

17       (703) 442-8425

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2  EXAMINATION:                                    PAGE

 3      By Ms. Ingle                                   5

 4      By Mr. Valois                               127

 5

 6                  E X H I B I T S

 7  NO.            DESCRIPTION                      PAGE

 8  Exhibit 1      Corey J. Osborne's Answers to      13

 9                 Interrogatories

10  Exhibit 2      Resume of Corey J. Osborne         18

11  Exhibit 3      Was skipped in proceeding          XX

12  Exhibit 4      Wal-Mart Job Description           29

13  Exhibit 5      Investigation and Detention of     36

14                 Shoplifters Policy (AP-09)

15  Exhibit 6      Compliance                         38

16  Exhibit 7      List of Wal-Mart Training courses  41

17  Exhibit 8      Wal-Mart Statement of Ethics       44

18                 (Global Ethics contact information,

19                 p. 8)

20  Exhibit 9      Wal-Mart Discrimination and        58

21                 Harassment Prevention Policy

22  Exhibit 10     Wal-Mart Disciplinary Action Policy  59

23  Exhibit 11     Disciplinary Action #22588631       64

24  Exhibit 12A    Disciplinary Action #20999489       68

25  //
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1                       E X H I B I T S (cont'd.)

 2    Exhibit 12B     Video 1 - Customer Exit JAM GR-04;    77

 3                    Video 2 -- Exterior Front

 4    Exhibit 13      Video 1 - Customer Exit JAM GR-04;    82

 5                    Video 2 -- Exterior Front

 6    Exhibit 14      Video 4 - Customer Entrance           82

 7    Exhibit 15      Video 4 - Customer Service            83

 8    Exhibit 16      Video 4 - Checkout camera,            84

 9                    (GM-SCO-3-OUT)

10    Exhibit 17      Written Statement, May 15, 2020        96

11    Exhibit 18      Corey J. Osborne Exit Interview       103

12    Exhibit 19      Witness Statement (Typed up)          104

13    Exhibit 20      Charge of Discrimination              110

14    Exhibit 21      Complaint                             113

15    Exhibit 22      Section 600 Document                  119

16    Exhibit 23      Post-Termination Employment and       126

17                    Applications

18

19                    (Exhibits retained.)

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2   WHEREUPON,

 3                        COREY J. OSBORNE,

 4   called as a witness, and having been first duly sworn

 5   to tell the truth, the whole truth and nothing but the

 6   truth, was examined and testified as follows:

 7                            EXAMINATION

 8   BY MS. INGLE:

 9        Q    Good afternoon, Mr. Osborne.  My name is

10   Bethany Ingle I represent Wal-Mart in the lawsuit that

11   you have filed against them.  I'm going to be asking

12   you a series of questions here today.  I'm sure you've

13   talked to your attorney about the process a little

14   bit, but I just did want to go over some of the ground

15   rules.  First, could you state your name for the

16   record?

17        A    Corey Osborne.

18        Q    Do you have a middle name?

19        A    Corey Jamiel Osborne.

20        Q    Okay.  And how do you spell, "Corey?"

21        A    C-O-R-E-Y.

22        Q    How do you spell your last -- I'm sorry,

23   your middle name?

24        A    J-A-M-I-E-L.

25        Q    And how do you spell your last name?
```

```
 1        A    O-S-B-O-R-N-E.

 2        Q    Thank you.  And have you ever gone by any

 3   other names?

 4        A    No, ma'am.

 5        Q    Have you ever had your deposition taken

 6   before?

 7        A    Probably with other cases for, like,

 8   shoplifting, but -- for anything outside of work, no.

 9        Q    Okay.  So you think you've had one taken

10   before for a shoplifting case?

11        A    Yes.

12        Q    Okay.  And are you questioned by an attorney

13   before you actually had to testify in court?

14        A    No.  I just -- I testified in court.

15        Q    Okay.  Okay.  So I'm sure you've been told

16   this by your attorney, but -- and you understand the

17   process of having to raise your right hand, swear to

18   tell the truth, the whole truth, and nothing but the

19   truth, so it's similar to being in court.  You're

20   under oath, just like you would be in court and, just

21   like if you were in court, it's important that we

22   don't talk over one another, because there's a court

23   reporter, and she needs to hear every word I say as

24   well as every word you say, so that she can make a

25   transcript of what we say for the record.  I'm sure
```

Confidential                                                    Page 7

```
 1   they did that sometimes when you testified in court
 2   for shoplifting cases.  That may very well have
 3   happened.  So you -- you know the process pretty well,
 4   then, I'm sure.  Also, too, you will need to give
 5   verbal answers to all the questions.  You know, I see
 6   you nodding your head and that's fine for now.  I
 7   haven't really asked you a question, but if I ask you
 8   a question, you'll need to say, "Yes," or "No," or
 9   give a verbal rather than, you know, make a gesture or
10   nod your head, because the court reporter won't
11   necessarily record that and put that in the
12   transcript.
13        If you don't understand something I've asked,
14   just ask me to clarify.  I'll rephrase.  If you think
15   I'm going too fast, just let me know.  I can slow
16   down.  You know, if there's any reason you need to
17   take a break, let us know.  We'll go off the record.
18   I just suggest that if there's a question pending,
19   please do answer the question before we go off the
20   break -- or go off the record and take a break.
21        But are you on any medications today that could
22   impair your ability to remember?
23        A    No.
24        Q    Do you have any medical conditions that
25   could impair your ability to understand my questions
```

Confidential                                                          Page 8

```
 1   or remember?

 2        A    No.

 3        Q    Did you review any documents to prepare for

 4   your deposition today?

 5        A    Yes.

 6        Q    What did you review?

 7        A    The video.

 8        Q    Okay.  And were those videos of events that

 9   occurred at Wal-Mart?

10        A    Two of them, I guess, yes.  They all

11   occurred at Wal-Mart.  Two of the videos, I don't

12   understand why they recorded, but they was on the

13   actual thing that I marked.

14        Q    So, it's two of the videos that -- you

15   believe that the videos were produced by Wal-Mart --

16        A    Yes.

17        Q    -- as discovery in this case?

18        A    Yes.

19        Q    And besides the videos, did you review any

20   other items to prepare for the deposition?

21        A    No.

22        Q    And besides your attorney, did you discuss

23   the deposition with anyone before today?

24        A    No.

25        Q    Besides your attorney have you discussed the
```

```
 1    case with anyone?

 2         A    My wife.

 3         Q    So, where do you currently live?  What's

 4    your address?

 5         A    It's 246 Sherbrooke Drive, Lynchburg,

 6    Virginia, 24502.

 7         Q    How long have you lived at that address?

 8         A    Since February, 2019.

 9         Q    So, where did you live before that house?

10         A    64 Maybrook Drive, Lynchburg, Virginia,

11    24502.

12         Q    How long have you lived in Lynchburg?

13         A    Basically, all my life since I got home from

14    the military.

15         Q    And were you living in Lynchburg before you

16    joined the military?

17         A    Madison Heights.

18         Q    So are you from Madison Heights?

19         A    Yes, ma'am.

20         Q    And who do you live with at your current

21    address?

22         A    My wife, Tiffany Osborne, and my three

23    children; Aaliyah, Caleb and Eric.

24         Q    Now, are your three children, are they all

25    under the age of 18?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                              Page 10

```
 1        A    No.  Just two of them are.

 2        Q    And what are your children's ages?

 3        A    Aaliyah is 20, Caleb is 17, and Eric is 13.

 4        Q    And is your oldest child -- is she employed?

 5        A    She goes to school full-time.

 6        Q    And is your wife employed?

 7        A    She owns her own daycare.

 8        Q    What's your date of birth?

 9        A    Excuse me?

10        Q    What's your date of birth?

11        A    September 17, 1973.

12        Q    And you mentioned that you're currently

13   married.  Have you ever been married before?  Have you

14   just been married once?

15        A    No.  Just once.

16        Q    What's the highest level of education you've

17   obtained?

18        A    Got some college.  So, basically, like a

19   Associate's degree.

20        Q    Where did you get that from?

21        A    Liberty University.

22        Q    And what's your degree in?

23        A    Criminal justice.

24        Q    And did you get that degree?

25        A    No, ma'am.  I didn't finish.
```

Confidential                                                      Page 11

1        Q     Okay.  What's your current -- or what are

2   your current sources of income?

3        A     I work for a security company out of

4   Waynesboro, Virginia.

5        Q     What's the company called?

6        A     Arrow Solutions, LTD.

7        Q     What do you do at Arrow Solutions?

8        A     I am the Security Manager.

9        Q     How long have you worked for Arrow

10  Solutions?

11       A     Since July the 27th of this year.

12       Q     And you already said this, the Security

13  Manager --

14       A     No, ma'am.  I just got -- I just got

15  promoted to Security Manager.

16       Q     -- congratulations.

17       A     Thank you.

18       Q     What was your role when you initially

19  started working for Arrow Solutions?

20       A     Initial, I was a Shift Supervisor.

21       Q     How much did you earn as a Shift Supervisor?

22       A     I was making $20.00 an hour.

23       Q     How much do you make now as a Security

24  Manager?

25       A     $30.00 an hour.

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                     Page 12

```
 1        Q    You mentioned you were recently promoted.

 2   When did you get your promotion?

 3        A    This past Monday, started.

 4        Q    That would have been November 15th?

 5        A    15th.  Yes, ma'am.

 6        Q    And what are your job duties as Security

 7   Manager at Arrow Solutions?

 8        A    I am to go out and get contracts for the

 9   company, all sites.  I am the Manager of all security

10   sites.  So, if they need any kind of equipment,

11   vehicle maintenance, if somebody calls out I have to

12   replace them on the shift -- try to find people to

13   replace them.  So, I basically run the whole security

14   department.

15        Q    And so, you mentioned there were different

16   sites.  Does Arrow Solutions provide security to

17   different businesses?

18        A    Yes, ma'am.  Right now, just in Lynchburg,

19   we have one site.  It is called James Crossing, but

20   they have other sites in Waynesboro, and one in

21   Charlottesville.

22        Q    Okay.  And what types of businesses are

23   these sites?

24        A    One of them's a school and the rest of them

25   are apartment complexes, and they usually are Housing
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 13

```
 1    Authority complexes; low income families.
 2        Q    And how many people would you say you
 3    supervise as a Security Manager?
 4        A    There's about 17 or maybe 20.
 5        Q    When you were Shift Supervisor, about how
 6    many people did you supervise in that role?
 7        A    One.
 8        Q    Other than this lawsuit against Wal-Mart,
 9    have you ever filed any other lawsuits?
10        A    No.
11        Q    Have you ever been a party to a lawsuit?
12        A    No.
13        Q    Bear with me.  I'm going to share my screen
14    here -- share this document in the chat feature.  You
15    all see my screen?
16        A    Yes, ma'am.
17        Q    Mr. Osborne, do you recognize this document
18    as your Answers to Interrogatories?
19        A    Yes, ma'am.
20             MS. INGLE:  Enter this is Exhibit 1.
21             (Exhibit 1 was marked for
22             identification.)
23             MS. INGLE:  Okay.  Mr. Osborne, I'm
24    going to scroll.  Okay.  Here we -- jump to the answer
25    you gave for number 12.  We asked if you had ever been
```

1  party in a lawsuit or other judicial proceeding, other

2  than the present matter, and to list those lawsuits or

3  proceedings, whether you had been plaintiff or

4  defendant, and the general nature of the action.

5  There were some unlawful detainer actions here.

6  BY MS. INGLE:

7      Q    Do you recognize these case numbers listed

8  here?

9      A    I don't recognize the case numbers.  I do -

10  knew that I did have a few unlawful detainers where

11  they were dismissed.

12      Q    Okay.  So you believe these are cases that

13  were filed against you, it looks like?

14      A    Yeah.  It was for rent being late and then,

15  when I went to court and everything, you know, they

16  threw it out of court because the rent was caught up.

17      Q    Okay.  And then, also to -- there are some

18  warrants and get listed.  Do you know what these are

19  in reference to?

20      A    I think it was the same thing.  And when we

21  moved, one of them was -- I was in a car accident and

22  we moved and I was unable to work.  So I had -- I was

23  late with the rent and they did that, and they get a

24  warrant for the debt that was received, because it

25  wasn't -- the rent wasn't paid still on time.

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                          Page 15

```
1        Q    Okay.  You mentioned something about before

2    you moved, you were in a car accident.  Was that in

3    2019?

4        A    No.  It was before then.  I think it was

5    2012 or '11, I believe.

6        Q    Okay.  So, did you bring a lawsuit against

7    the driver of the other vehicle or was there any legal

8    action as a result of that accident?

9        A    It was -- what happened?  We did have to go

10   to court.  He paid for the damages and then, I guess,

11   for the injuries that we had.  And then -- what?  We

12   did have a lawyer for that.  Randall Trost was the

13   lawyer.  But we --

14       Q    Then you said, you were injured and couldn't

15   work.  How were you injured?

16       A    -- it was just back problems.  We got rear

17   ended, but we never actually went to, like, court, you

18   know, like, testified or anything like that.  I talked

19   to Mr. Trost.  He did this, did that and -- because my

20   son was in the vehicles as well, and he basically come

21   back saying, "This is what we get.  This is -- this

22   and the other," and then, of course, you know, he gets

23   his cut out of it.

24       Q    So you got a settlement out of it.  Is that

25   what's your understanding was?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                                 Page 16

```
1      A    Yeah.  I guess that's what you call it.  It
2   wasn't much, but yeah, a settlement.
3      Q    Okay.  And did you continue to have any
4   problems with your back after that accident?
5      A    Not as terrible.  I did have -- continued to
6   have problems, but eventually they, I guess, say they
7   worked its way out.  I had to go to -- metaphysical,
8   but there's some kind of like, deep tissue massage,
9   and then, some kind of electric shocks on my back and
10  then, did that for maybe about, I want to say maybe,
11  two or three months.
12     Q    And you said you were unable to work for
13  some time after the accident.  Do you recall how long
14  that was?
15     A    Probably, about 30 days.
16     Q    And what were you working in at the time?
17  What was your job at the time?
18     A    Asset Protection for Kmart.
19     Q    And since that accident that -- it just
20  sounds like you received a settlement in and these
21  actions listed here in response to your answer to
22  Interrogatory 12.  Can you think of any other legal
23  actions you may have been involved in besides this
24  particular lawsuit?
25     A    No, ma'am.
```

Confidential                                                      Page 17

```
 1        Q      Have you ever filed a charge of
 2   discrimination against any other employers, besides
 3   Wal-Mart?
 4        A      No, ma'am.
 5        Q      What about workers' compensation claims?
 6   Have you ever felt any of those?
 7        A      No, ma'am.
 8        Q      And I understand working in asset
 9   protection, you've likely been a witness in legal
10   actions several times.  Is that accurate to say?
11        A      Yes.
12        Q      And did you do that both for Kmart and Wal-
13   Mart?
14        A      Yes, ma'am.
15        Q      Are there any other businesses where you
16   worked in asset protection?
17        A      No, ma'am.
18        Q      And have you ever filed for bankruptcy?
19        A      No, ma'am.
20        Q      Have you ever been convicted of a crime?
21        A      No ma'am.
22        Q      Document.  Mr. Osborne, can you see this
23   document on the screen?
24        A      Yes, ma'am.
25        Q      And is this a resume that you may have
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 18

```
 1   submitted to Wal-Mart?

 2       A    Mm-hmm.

 3       Q    Is that a, "Yes?"

 4       A    I believe it is.  Yes.

 5              MS. INGLE:  If we could mark this as

 6   Exhibit 2.

 7              (Exhibit 2 was marked for

 8              identification.)

 9              MR. VALOIS:  Did the other exhibit --

10   marked as marked?

11   BY MS. INGLE:

12       Q    Mr. Osborne, I see that you were in the

13   United States Army, beginning in 1992?

14       A    Yes, ma'am.

15       Q    How old were you when you enlisted in the

16   Army?

17       A    Just turned 18.

18       Q    Okay.  And you served for six years?  Is

19   that correct?

20       A    It was Army, then the National Guard.

21       Q    And were you stationed anywhere during your

22   service in the Army?

23       A    Fort Benning, Georgia.

24       Q    And how long were you in Fort Benning?

25       A    For about three -- about two years.
```

Confidential                                                          Page 19

1       Q     And, beside Fort Benning, did you ever move

2   anywhere else when you were in the Army?

3       A     No.  No, ma'am.

4       Q     How long did you remain in the National

5   Guard?

6       A     Until August of 1998.

7       Q     And I see it looks like you started working

8   at the River Ridge Mall Security after that.  Is that

9   correct?

10      A     Yes, ma'am.

11      Q     And is it correct that you worked as the

12  Assistant Director of Security in that position?

13      A     I start -- I started as a regular Security

14  Officer and, when I left there, I was Assistant

15  Director.

16      Q     And you worked there for approximately five

17  years?

18      A     Yes, ma'am.

19      Q     Is that accurate?

20      A     Yes, ma'am.

21      Q     Where is the River Ridge Mall?

22      A     It's here in Lynchburg.  It's 3405 Candlers

23  Mountain Road.

24      Q     Then, I see you -- you became a correctional

25  officer?  Is that correct?

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                      Page 20

```
 1        A    Yes, ma'am.

 2        Q    You were at the Blue Ridge Regional Jail.

 3        A    Yes, ma'am.

 4        Q    And did you have to go through any special

 5   training to become a correctional officer?

 6        A    Yes, ma'am.  You had to go through the

 7   Academy for Basic Jailer.

 8        Q    And how long did that training last?

 9        A    It was four months.

10        Q    And why did you leave your position as a

11   correctional officer?

12        A    Conflict of interest.

13        Q    What was the conflict of interest?

14        A    What they -- said that I did a round that I

15   didn't do.  When they -- they called me down to the

16   intake and when I was down there, the other officer

17   marked me down is doing a round, and I wasn't there to

18   do a round.  So they questioned me about it and I told

19   them, and then, the Lieutenant was like, "Well, you

20   wrote it in," and I'm like, "No, I was down in

21   intake."  So I've resigned from jail.

22        Q    Did they threaten to terminate your

23   employment before you resigned?

24        A    Yes.

25        Q    Did you receive any sort of severance or
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1    settlement as a result of your resignation?

2         A    No.

3         Q    And then, I see that you worked as a paper

4    carrier.  Is that correct?

5         A    Yes.

6         Q    Then you started working in loss prevention

7    for Kmart.  Is that accurate?

8         A    Yes, ma'am.

9         Q    And what was your job title when you worked

10   at Kmart?

11        A    Just a Loss Prevention Associate.

12        Q    So, what were your job duties as a Loss

13   Prevention Associate at Kmart?

14        A    Apprehend shoplifters; I was also in charge

15   of the inspection of the fire extinguishers.  I

16   monitored the cameras.  And that was pretty much it.

17   Like I said, apprehend shoplifters, monitor the

18   cameras.  I was in charge of all fire extinguishers;

19   make sure they would get -- they were certified and

20   still -- in good working conditions.

21        Q    So, when you said you were responsible for

22   apprehending shoplifters, did you receive training on

23   that topic at Kmart?

24        A    Yes.

25        Q    And did they have particular rules about who

COREY J. OSBORNE vs WAL-MART STORES EAST

Corey J. Osborne on 11/18/2021

1    could apprehend shoplifters?

2        A    Yes.

3        Q    Did they have particular rules about what

4    you must observe before you could apprehend a

5    shoplifter?

6        A    Yes.

7        Q    And so why did you leave the loss prevention

8    position at Kmart?

9        A    Because they went from part -- full-time to

10   part-time.

11       Q    And is that Kmart still in operation?  Is it

12   still open?

13       A    No, ma'am.

14       Q    I see that you work, as well, for Sweet

15   Briar College as a Safety Officer.  Is that correct?

16       A    Yes, ma'am.

17       Q    And was that full-time employment?

18       A    Yes, ma'am.

19       Q    What were your duties as a Safety Officer at

20   Sweet Briar College?

21       A    Enforce all rules and regulations, perimeter

22   checks, vehicle patrol, safety, fire extinguisher

23   inspections, escorts, and monitor the entryway of the

24   college.

25       Q    And then, I see, it looks like you went from

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1    there to Randolph College.  Is that correct?

 2        A    Yes, ma'am.

 3        Q    And you were a Safety Officer there as well?

 4        A    Yes, ma'am.

 5        Q    Now, were your job duties any different at

 6    Randolph College than they had been at Sweetbriar

 7    College?

 8        A    No.  It was the same.

 9        Q    So, when did you start working for Wal-Mart?

10        A    November the 14th, 2017.

11        Q    And how did you come to learn about the job

12    opportunity at Wal-Mart?

13        A    They somehow got my number and contacted me.

14    And then, they asked me -- the manager at the time,

15    Mike Berry, was a -- was a friend of mine.  He was the

16    Loss Prevention Manager for Macy's at the mall.  So I

17    knew him from there, plus, we both went to the same

18    high school.  So I knew Mike Berry for a long time.  I

19    guess that's how they got in contact, because me and

20    Mike were friends on Facebook, and they contacted me

21    and said, "Hey, we had a position for you out in the

22    Wal-Mart, if you are interested.  And they said, you

23    know, send a resume.  So, I filled out the

24    application, sent the resume, and then, James Hornsby

25    and Mike Berry called me in for interview.  And then,
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                      Page 24

```
 1   they hired me that day where I had the interview.
 2        Q    And what was James Hornsby's position?
 3        A    He was Store Manager at the time.
 4        Q    And then, Mike Berry, who you were already
 5   friends with at the time --
 6        A    Mm-hmm.
 7        Q    -- and he was at Wal-Mart?
 8        A    He was the -- yeah.  He was the Asset
 9   Protection Manager of Wal-Mart.
10        Q    And what was store number was this that you
11   came to work for?
12        A    What is the stupid number?  I want to say,
13   1305.  I'm not sure.  I think that's the store number.
14        Q    And so, you were you were hired as an Asset
15   Protection Associate.  Is that correct?
16        A    Yes, ma'am.
17        Q    And you always worked at the same store
18   location in the time you worked at Wal-Mart, correct?
19        A    Yes.  Yes, ma'am.
20        Q    And what were your job duties as an Asset
21   Protection Associate?
22        A    Apprehend shoplifters.  I was in charge of
23   the emergency doors, the emergency lights, the fire
24   extinguishers, review any kind of footage on the
25   cameras of the Managers or LPD, and that's pretty much
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

1    the same, like, Kmart.

2        Q    Okay.  So it was really -- you think it was

3    the same as Kmart?

4        A    Yeah.

5        Q    Another document on this.  I'll share it in

6    the chat feature as well.  Are you able to see this

7    document?

8        A    Yes.

9        Q    Were you given a job description like this

10   when you started working for Wal-Mart?  I can make the

11   font bigger if that helps.

12       A    Yeah.  Yeah.  Yes.

13       Q    I know this is a pretty long list of duties

14   here.  Do you think this accurately describes the

15   duties performed as an Asset Protection Associate at

16   Wal-Mart?

17       A    Yeah, and more.

18       Q    Okay.  And who is your direct supervisor

19   when you work as an Asset Protection Associate?

20       A    And Wal-Mart or Kmart?

21       Q    Oh, at Wal-Mart.

22       A    It was Mike Berry.

23       Q    Now, I note on the job description, it talks

24   about complying with company policies, procedures,

25   standards of ethics and integrity.  Were Asset

**Confidential**

1   Protection Associates responsible for ensuring

2   compliance with what's called an AP-09 policy at Wal-

3   Mart?

4        A    Mm-hmm.  Yes.

5        Q    Is that a, "Yes?"

6        A    Yes.

7        Q    And so, what is AP-09?

8        A    Basically, it's like the rules that a Asset

9   Protection Associate had to go by.  The -- your steps

10  and getting your shoplifters, your boundaries, and you

11  know, make sure the price range of everything that you

12  actually prosecute for, when can you call the police,

13  how long you can detain them, so forth and so on.

14       Q    The policy then cover steps you take to

15  investigate shoplifting?

16       A    Yes.

17       Q    And detaining shoplifters?

18       A    Yes.

19       Q    Does it talk about when you can approach

20  somebody that you suspect is shoplifting?

21       A    Mm-hmm.

22       Q    Is that a, "Yes?"

23       A    Yes.

24       Q    And does it define who at Wal-Mart -- which

25  Associates at Wal-Mart are essentially allowed to

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                    Page 27

```
 1   approach or apprehend shoplifters?

 2        A    Yes.  The only ones that could approach any

 3   shoplifters and actually apprehend them, was only the

 4   AP Department.  It stated, if I'm not -- well, I was

 5   told that any Associate can do a receipt check.  We

 6   could not do that, because if we do a receipt check

 7   it's saying, like, we actually stopping them for a

 8   shoplift.

 9        Q    Okay.  So, was it your understanding a

10   receipt check is not actually a apprehension or

11   detention of a shoplifter?

12        A    Yeah.  That's -- the shoplifter has to

13   actually have the merchandise on them.  We have to

14   keep 100 percent observation of them.  If somebody --

15   if a Associate comes up to me and say, "This girl put

16   this in her purse," there's nothing I can do about it,

17   because I did not see it.  I got to maintain 100

18   percent observation of her selecting it, concealing

19   it, going past the last point of sales.

20        Q    So, somebody could come up to you and say,

21   "Hey, I think this person might be shoplifting," and

22   then, you could go watch the person, but unless you

23   actually see them taking something, concealing it,

24   and --

25        A    Yeah.  Yes.  I cannot stop.  Yeah.  I cannot
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

 1   stop.

 2        Q    -- okay.  So, you have to witness it.  If

 3   you go to court --

 4        A    Yeah -- exactly.

 5        Q    -- the attorney is going to say, "Well, you

 6   didn't actually see it.  Did you?"

 7        A    Exactly.

 8                  MR. VALOIS:  Objection to form.

 9                  MS. INGLE:  I used to be a public

10   defender, by the way.  I used to defend so many

11   shoplifting cases.  I'll show you another document

12   here.  I put it in chat feature, as well.

13   BY MS. INGLE:

14        Q    Okay.  Can you see my screen now?

15        A    Yes.

16        Q    Okay.  Does this look like the AP-09 policy

17   or a version of it?

18        A    A version of it.  It is newer than what we

19   had.

20        Q    Was it made available in different formats?

21        A    And -- yeah.  Yeah.  It was -- basically,

22   the one we had was hanging up in the office, it was

23   Xerox copy, but it's -- it didn't -- it was in a

24   different format.

25        Q    Did you go on Wal-Mart's intranet, and look

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1   it up if you needed to?

 2        A    I could, if I needed to.  Yeah.

 3        Q    And do you know if all Wal-Mart Associates

 4   could get access to it?

 5        A    I'm not sure.  I believe they could, but I'm

 6   not sure.

 7                MS. INGLE:  So I wanted to talk about a

 8   few provisions so, if we could mark this as Exhibit 3

 9   -- or, I'm sorry.  We're on Exhibit 4.

10                (Exhibit 4 was marked for

11                identification.)

12                MS. INGLE:  It talks about making

13   safety a priority.  It looks like you're not supposed

14   to approach somebody if you think they have a weapon.

15   BY MS. INGLE:

16        Q    Is that accurate?

17        A    That's right.  Yes.  That's right.

18        Q    And you're not supposed to pursue fleeing

19   suspects?

20        A    That's correct.

21        Q    So what does that mean, you can't chase

22   somebody in the store --

23        A    If they -- no.  If they --

24        Q    -- what does that mean?

25        A    -- if they step off the sidewalk.
```

1       Q       Step off the sidewalk?

2       A       Yes.  So, if they're on the sidewalk, we can

3    talk to them, try and get them to come back in store.

4    We can't make nobody come back in the store, but

5    they're still on the sidewalk, we can, you know,

6    introduce ourselves, tell them who we are.  Tell them,

7    say, "Hey, you know, come back and talk to us.  Let's

8    talk about the items you got in your purse, on your

9    person."  But once they step off the sidewalk, we

10   can't do anything, but call the police.

11      Q       And you mentioned only certain Associates

12   could make apprehensions of shoplifters.

13      A       Yes, ma'am.

14      Q       Is that what this, "Authorized Associates,"

15   term means?

16      A       It can mean a lot of things.  You know,

17   authorized to do certain things in the store.  Like,

18   you know, do the jewelry counter, work in the meat

19   department in a deli.  So, "Authorize," could go so

20   many different ways.

21                      MR. VALOIS:  I think she means it's

22   authorized in terms...

23   BY MS. INGLE:

24      Q       In terms of this AP-09 policy, though, did

25   authorized Associates have these specific --

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                          Page 31

1      A     Yeah.  Only -- yes.  Yes, ma'am.  Only

2  authorized Associates could make official stops.

3      Q     Okay.  So you mentioned Asset Protection

4  could --

5      A     Yes.

6      Q     -- and it looks like salaried Managers

7  could, as well.  Is that your understanding?

8      A     Yes.  Salaried Managers, Asset Protection

9  could make stops.  Anybody else in the store can

10 actually do a receipt check.

11     Q     Okay.  Now, what's the difference between

12 just approaching somebody that you suspect maybe

13 shoplifting and then actually detaining.  What is the

14 difference?  I guess, in Wal-Mart AP-09 terminology,

15 when does it become detaining a suspect?

16     A     When we actually stop them and they are

17 escorted back to the Loss Prevention -- or Asset

18 Protection office, and we start our paperwork and

19 notify LPD that we have one in custody.

20     Q     The, "LPD?"  Is that the Lynchburg Police

21 Department?

22     A     Yes ma'am.

23     Q     And was there any sort of time limit on how

24 long you could detain them in the Asset Protection

25 office?

Confidential                                                    Page 32

```
 1        A     Up to an hour, but by order of the police,
 2   if they are enroute -- and it might be a little bit
 3   longer than an hour -- we can detain, because we're
 4   getting a lawful order from a police officer.
 5        Q     Do you know what the term, "Five elements,"
 6   means?
 7        A     Yes.
 8        Q     And what is that?
 9        A     You get an alert signal, you got to say,
10   "I'm selected," seal it, keep it on their person at
11   all times and then, pass all points of sales.
12        Q     And at that point, it's considered --
13        A     Shop --
14        Q     -- shoplifting?
15        A     Yes, because you can have somebody shoplift
16   something, you see him conceal it, walk around the
17   corner and they ditch it.  So, if they ditch it and
18   then, you stop them, they don't have it on them, then
19   you are at fault.
20        Q     So, they could walk around with it in their
21   pocket for a while and just toss it before they leave
22   the store.  So --
23        A     Yeah.  Yes.  So, that's why -- yeah.  That's
24   why we have to maintain all -- maintain 100 percent
25   observation of...
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

| Confidential | Corey J. Osborne on 11/18/2021 | Page 33 |
|---|---|---|

```
 1        Q    -- so that's why they get caught, once they
 2    get past the cash registers.
 3        A    Yes.
 4        Q    Now, when you did this job, were you usually
 5    in plainclothes so people didn't know --
 6        A    Yes, ma'am.
 7        Q    -- you were Asset Protection?
 8        A    Yes, ma'am.
 9        Q    The five elements you mentioned, did you
10    have to have all of those in place, then, before you
11    could make an apprehension?
12        A    Yes, ma'am.
13        Q    Now, you mentioned you could approach people
14    on the sidewalk of the store.
15        A    Mm-hmm.
16        Q    Is that your understanding?
17        A    Yes.
18        Q    So, once they're off the sidewalk --
19        A    Yes.
20        Q    -- that's it.
21        A    Yeah.
22        Q    You can't --
23        A    Yeah.  We cannot try to apprehend them or we
24    just have to let them go.  And then, like I said, try
25    to get a license plate and then, notify the police
```

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                            Page 34

1    department.

2         Q     So, really, the only -- you watch them in

3    the store if you think they're going to shoplift, but

4    then your opportunities to make apprehensions is

5    pretty limited to -- past point of sales.  So you've

6    got that alleyway from cash register to exit a store

7    and then --

8         A     To the side --

9         Q     -- sidewalk.

10        A     -- to the sidewalk.  Yes.

11        Q     That's it?

12        A     Yes.

13        Q     Now, if you didn't personally witness the

14   concealment or any of these five elements, or all five

15   -- have all five of the elements in place, are you

16   able to approach the suspected shoplifter?

17        A     No.

18        Q     Are you ever able to approach people in

19   their cars outside of Wal-Mart, if you suspect they've

20   taken something?

21        A     We can -- if their car is down in the

22   parking lot, we cannot go there.  If they are outside

23   of their car and it's parked right there on the curb,

24   technically they are still on the sidewalk.

25        Q     Mr. Osborne, have you ever seen part of the

Confidential                    Corey J. Osborne on 11/18/2021                    Page 35

```
 1    AP-09 guidelines that, let's see -- called the, "Key
 2    term?"  Or, I'm sorry.  Let me share my screen.  I
 3    don't think it -- through.  Can you see the document,
 4    now?
 5         A    Mm-hmm.
 6         Q    Okay.  Does this look familiar, the Key
 7    Terms document?
 8         A    Yes.
 9         Q    And here, it does talk about this authorized
10    Associates, term?
11         A    Mm-hmm.  Yes, ma'am.
12         Q    So, it looks like Managers, Asset Protection
13    Managers, Asset Protection Associates.  Is this your
14    understanding of all the people who are considered to
15    be authorized Associates?
16         A    Yes.
17         Q    Then, is that the term, "Detention," --
18         A    Mm-hmm.
19         Q    -- listed here, your understanding of what a
20    detention would mean?
21         A    Yes.
22         Q    Then, here are the five elements.  So --
23    what we talked about earlier?
24         A    Yes.
25              MS. INGLE:  Mark this Exhibit 5.
```

| | |
|---|---|
| Confidential | Page 36 |

```
 1                    (Exhibit 5 was marked for

 2                    identification.)

 3    BY MS. INGLE:

 4         Q    Can you see the document, Mr. Osborne?

 5         A    Yes.  I can see it.

 6         Q    Did you ever review the Supplemental

 7    Investigation and Detention Guide?

 8         A    I believe I have.

 9         Q    Do you know if there was a copy of something

10    like this in the Asset Protection office?

11         A    Yes.

12         Q    Did you understand that failure to comply

13    with the AP-09 policy or this guide, could result in

14    pretty serious disciplinary action?

15         A    Yes.

16         Q    For you guys working in Asset Protection,

17    were you informed that, really, your job could open

18    either you or the company up to a lot of liability, if

19    it's not followed correctly?

20         A    Yes.

21         Q    And it could certainly open, not only you,

22    but other customers, other employees up to safety

23    risks if all measures in the policy aren't followed

24    correctly.  Is that accurate?

25         A    Yes.
```

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                           Page 37

1       Q    I understand; sometimes I get there were

2   shoplifters who might have weapons or -- did you ever

3   have to respond to situations like that?

4       A    Yes.  What we do, we have a shoplifter and

5   he still has the merchandise on him, we notify the

6   local law enforcement say, "Subject is -- has a weapon

7   on him."  That we cannot stop them, because they have

8   a weapon, and we would just continue observation on

9   them and try to get the license plate of the vehicle

10  that that subject gets it, if PD is not -- excuse me?

11      Q    Oh, I'm sorry.  Go ahead.

12      A    I said, if PD is not already enroute or in

13  our formal property.  Usually, when we call that

14  somebody has a weapon, PD usually responds pretty

15  quick and, by the time they go out the door, PD is out

16  there.  The police department is out there and the

17  police officer approaches him, stops him and then, we

18  come in and say, you know, "They have this and that.

19  They shoplifted this or that."

20      Q    When you say, "Weapon," does it tend to be a

21  gun or a knife?  What kind of --

22      A    It could be -- knife, gun.  Yeah.  Usually,

23  it's a knife or a gun.

24      Q    -- so, open carry into the Wal-Mart there?

25      A    Yeah.  They do open carry there and, like I

```
 1   said, if we see them conceal something and they have a

 2   weapon on the side, we just maintain observation of

 3   them and notify the police department.

 4               MS. INGLE:  I'm going to enter this as

 5   Exhibit 6.

 6               (Exhibit 6 was marked for

 7               identification.)

 8   BY MS. INGLE:

 9       Q    And did you receive training on the AP-09

10   policy, when you started working at Wal-Mart?

11       A    Yeah.  We had to get certified through Wal-

12   Mart and then, we had to go to --

13       Q    What -- I'm sorry.  Go ahead.

14       A    -- we had to go to what they -- the Wal-Mart

15   Academy, and we had to go through all the training

16   through to them as well.

17       Q    When you say, "Wal-Mart Academy," where was

18   that held?

19       A    I had to go to two of them.  One was in

20   Fredericksburg and then, the other one was in Roanoke.

21       Q    When did the first one occur?

22       A    Maybe three months after I started working

23   there.

24       Q    And then, when did you go to the academy in

25   Roanoke?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 39

```
 1       A    Maybe about a year or two -- it's like --
 2   the Academy in Roanoke was, like, a "refresher
 3   course."  Like, an in-service.
 4       Q    Did you also complete any sort of computer-
 5   based training as well?
 6       A    Some of it was.  Yeah.  It was -- a lot of
 7   it was about inventory, because usually Asset
 8   Protection Associates would handle all the inventory.
 9   So a lot of that on the second time I went to Roanoke,
10   was about inventory.
11       Q    When you say, "Handled the inventory," what
12   does that entail?
13       A    Make sure everything's in the correct bins,
14   everything's counted, how to use the -- I forget the
15   name of it, but how to use the heldhand count and put
16   in the number that you -- that you counted.  So you
17   had to put a sticker up when the inventory group come
18   in, they know that that bin has already been counted
19   and they can scan it with their handheld.
20       Q    So, make sure that works correctly,
21   essentially?
22       A    Yeah.
23       Q    I'm going to pull up another document here
24   and my computer's being really slow.  I'll show you
25   the screen, Mr. Osborne.  Let me know if you need me
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1   to make the font bigger.  Did you have to take a lot
 2   of training courses when you worked for Wal-Mart?
 3        A    Yes.
 4        Q    Would you believe me if I told you this was
 5   a list of all the courses you had to take when you
 6   worked for Wal-Mart?
 7        A    Yes.
 8        Q    I just kept scrolling through all of these
 9   courses in the spreadsheet.
10        A    Yeah.  Yes, ma'am.
11        Q    I do see here there's some courses that do
12   have AP-09 in the name.  For example, there's one
13   called, "AP-09 Authorized Associates."
14        A    Yes, ma'am.
15        Q    Would you have taken a course that was just
16   for or about authorized Associates, when you -- right
17   around the time you started; it looks like November
18   20, 2017?
19        A    Yes.  A lot of it was on the computer.  So,
20   a lot of the classes that we had to take, like, the
21   blood borne pathogens, all that stuff was a -- you had
22   to go back to the Human Resources office where they
23   had computers set up and you had to take these
24   courses.
25        Q    Okay.  So, it looks like you took a couple
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                                                          Page 41

```
 1   of those when you started, and then, it looks like

 2   there was more AP-09 two days later.  It looks like

 3   you -- would you say you took multiple computer

 4   courses on AP-09?

 5        A    Yes.

 6        Q    There's some courses called, "Academy Skill

 7   Builder."  Would that have been going to Academy --

 8        A    Yes.

 9        Q    -- the academies we talked about?

10        A    Yes, ma'am.

11                  MS. INGLE:  Going to mark this as

12   Exhibit 7.

13                  (Exhibit 7 was marked for

14                  identification.)

15   BY MS. INGLE:

16        Q    And, Mr. Osborne, where did Wal-Mart

17   employees typically locate Wal-Mart policies?

18        A    In the HR Department.  Back in their -- I

19   guess, conference room back there where they have all

20   computers setup.

21        Q    Was there something called, "A Wire?"

22        A    Yes.

23        Q    What is that?

24        A    You had to log in -- into the Wire and it

25   pulls up whatever, like, you need; pay stub, a course
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Corey J. Osborne on 11/18/2021

Confidential                                                              Page 42

1    that you needed to take.  Once you put in your ID, it

2    -- it pops up on the screen what courses you have to

3    take.

4         Q    Okay.  And was the Wire available on any of

5    these computers in the HR office?

6         A    Yes.

7         Q    When you worked for Wal-Mart, did it ever

8    become available through, I guess, something called,

9    "Wal-Mart One?"

10        A    I believe so.  I'm not 100 percent sure.

11   Everything I did was, I believe, was on the Wire.

12        Q    Did you ever read the Global -- Wal-Mart's

13   Global Statement of Ethics?

14        A    I might have.  I'm -- like I said, I can't

15   remember, but I believe I did, but I'm not 100 percent

16   sure.  I might have glanced it.

17        Q    Do you generally know what it is?

18        A    [No audible response.]

19        Q    Do you generally know what the Global

20   Statement of Ethics is?

21        A    Excuse me?

22        Q    Do you generally know what the Global

23   Statement of Ethics is?

24        A    Right off my head, no.  If I were to read

25   it, it might refresh a memory, but...

**Confidential**                                                    **Page 43**

1       Q    I have it here on the screen; pretty long.

2    Table of Contents, per the CEO, Statement of Ethics.

3    How --

4       A    I might have seen something like this, but

5    it didn't look like this.

6       Q    -- okay.  I'm going to scroll through.  Did

7    you understand there is a process for making ethics

8    complaints when you work for Wal-Mart?

9       A    Yes.

10      Q    And how could you do that?

11      A    I think it was called, "The Open Door."  You

12   have to -- you can call -- you can go into the

13   management office first, I believe, if I'm not

14   mistaken.  Go to the management, talk to him about it

15   and, if you didn't agree with his decision or if it

16   was about the manager, something -- you can call The

17   Open Door.

18      Q    And could you really choose who you talk to

19   in terms of going through this Open Door process?

20      A    No, just a phone call, so just whoever's on

21   the other end will take the -- I guess, the Complaint.

22      Q    Okay.  So, it's a phone number you call?

23      A    Yes ma'am.

24      Q    Here we go.  So on this page that I'm

25   showing you right here, it says, "Global Ethics

Confidential                                          Page 44

```
 1   Contact Information."

 2        A    Mm-hmm.

 3        Q    And there's a phone number, 1-800-WMETHICS.

 4        A    Mm-hmm.  Yes, ma'am.

 5        Q    And that's the phone number you would call

 6   to report ethics concerns?

 7        A    I never called it until after I got

 8   terminated so, like, I'm assuming that is the number.

 9                  MS. INGLE:  If we could mark this

10   document as Exhibit 8.

11                  (Exhibit 8 was marked for

12                   identification.)

13   BY MS. INGLE:

14        Q    So you never called it until you were

15   terminated, but did you understand that you could have

16   called it when you were employed by Wal-Mart?

17        A    Yeah.  Didn't have a reason to -- well, I

18   had a reason to, but I just never did.

19        Q    You said you had a reason to -- the -- well,

20   tell me what that reason was that you thought you

21   needed to call this number when you worked for Wal-

22   Mart.

23        A    Basically, like, the racial slurs I heard

24   from management.  Basically, that's pretty much it,

25   you know, racial slurs, racial related jokes.
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1        Q    When you say, "Racial slurs from
 2   management," who made racial slurs?
 3        A    It was, like, Mike Hildreth, Ryan Fischer --
 4   those were, really, the only two.  I had an incident
 5   with James Hornsby when he made a comment that was
 6   inappropriate.
 7        Q    So, you said, "Mr. Hildreth."
 8        A    Yes.
 9        Q    Is that correct?
10        A    Yes.  He --
11        Q    What was his position?
12        A    -- Co-Manager.
13        Q    And what did he say?
14        A    Basically, like, "Hey, your people out there
15   -- these, you know, these niglets, and all that, you
16   need to go ahead and control your people."
17        Q    So, he said that "N" word?
18        A    Oh, yeah.
19        Q    When did he say that?
20        A    Several times.  Whenever a group of black
21   teens come in, they were doing something stupid, they
22   would call me on the radio, I would meet them, "Hey,
23   got a bunch of niggers over there.  Get your people --
24   get your people.  Go get your cousin," and Ryan
25   Fischer, the same way.
```

**Confidential**                                                            **Page 46**

```
 1        Q    What was Ryan Fisher's position?

 2        A    He was the Store Manager.

 3        Q    You said he was the same way?  What did he

 4  say?

 5        A    Exactly.  Basically, the same comments.

 6  Whenever somebody is acting dumb or you had teens in

 7  there, something, same comments.  And basically, I

 8  just like brushed it off.  Goes, "Hey guys, you all

 9  can't be on the motorized wheelchairs.  You need to

10  put them back," and then, I had James Hornsby make a

11  comment in front of me and the guy I was training,

12  which was another black male, "I'm glad I got you two,

13  because now, you two can start catching some of your

14  people."

15        Q    And what was Mr. Hornsby's position?

16        A    District Manager.

17        Q    So, the comments that you have attributed to

18  Mr. Hildreth, what are the approximate dates when

19  these comments were made?

20        A    Ever since he became, like, a Manager.  He

21  was Manager over -- he was Assistant Manager, then, he

22  -- to a Manager of OGP, then, he became the Co-

23  Manager.  So, most of it was in this time that he's a

24  Co-Manager.  Timeframe, I couldn't tell you, but it

25  was -the -- most of the time when he was a Co-Manager.
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                        Page 47

```
 1        Q     And were there any witnesses to the comments
 2   he made to you?
 3        A     It was Associates around, but I don't think
 4   they could hear it.
 5        Q     Which Associates were around?
 6        A     Just people working on the floor.
 7        Q     So, where would you be when he said these
 8   things?
 9        A     He could be out on the store, out on one of
10   the -- what we call, "The Action Alleys."  He would
11   come back to the office where I'm at, like, if I'm
12   watching something on the camera, he would knock on
13   the door and tell me, or he would radio and tell me to
14   come out to the floor.  I'd meet him out on the floor,
15   he'd say it out there.
16        Q     Would he say it to your face?
17        A     Oh, yeah.
18        Q     And Mr. Fisher, you said he basically said
19   the same comment.  How would he say them, to your
20   face, or?
21        A     He's, like, "Your -- your people out here
22   are acting stupid.  Come get to come get your
23   niglets."
24        Q     When did he say that?
25        A     Like I said, it's all the time.  Whenever
```

**Confidential**                    Corey J. Osborne on 11/18/2021                    **Page 48**

```
 1   they had a group of black males come in -- black

 2   teens, they were all -- and they were doing stupid

 3   stuff; throwing balls in the store, running, yelling

 4   or something like that.  They would always, "AP Corey,

 5   need you to step out on the sales floor.  Come to

 6   shoes.  AB Corey, come to automotive.  AB Corey, come

 7   here."  So I would go out there and meet them, and

 8   like, "What's going on?"  "Hey, your people over

 9   there, you need to get them out of here."  I'm like,

10   "Okay."  So, I go say, "Hey, guys, you all got in

11   here.  This is not a playground.  You all need to go

12   ahead and leave," because, you know, and I'd tell

13   them, you know, "It's not a playground.  You all want

14   to go play, go to the park.  This is a business," and,

15   you know, they would leave.
```

**16       Q    So, would Mr. Fisher actually say that "N"**
**17   word?**

```
18        A    He would hint around.  He wouldn't say the

19   actual word.  Just like Mike Hildreth wouldn't say the

20   actual -- they would beat around the word.  Like, they

21   wouldn't say, "Nigger," they would say, "Niglets."
```

**22       Q    But -- so, they actually said that word?**

```
23        A    The "Niglet?"
```

**24       Q    Mr. Hildreth actually said that word?**

```
25        A    Oh, yeah.  The niglets word, yeah, but they
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1   never actually came out and said the actual racial

2   slur to it.

3        Q    So, do you know approximately how many times

4   Mr. Hildreth said that "N" word?

5        A    Oh.  All the time to me, because, I mean,

6   I'm really didn't -- I guess they could see it didn't

7   bother me.  And it didn't.  I mean, I just, like,

8   throw it off my shoulder.  I've got called worse.

9   But, you know, as coming -- as me being a black man

10  I'm, like, "Okay.  I got it.  I'll take care of it."

11  So basically, like I said, I'd go take care of it.

12  It's said and done.  So, times?  Well, here and there,

13  stuff.  Far between, but I mean, it wasn't like a

14  everyday thing.  But whenever we had a group of black

15  male teens acting stupid, I was first one they call.

16       Q    And, Mr. Fisher, did he actually use that

17  "N" word?

18       A    Like I said, they never said the hard "N"

19  word.  They --

20       Q    So the one you're using.

21       A    -- yeah, exactly.

22       Q    Did they -- did Mr. Fisher ever say it?

23       A    Which the -- which word?  The hard one or

24  the supplemental word?

25       Q    The softer one.

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1      A    Oh, yeah.  The softer ones?  Yep.  Yes.

 2      Q    And when did he say it?

 3      A    Several times.

 4      Q    Approximately, when did he first say it?

 5      A    Honestly -- I couldn't tell you.  There's so

 6  many times.  I couldn't tell you exactly the first

 7  time he said it.

 8      Q    So you said it was, "So many times." How

 9  often was it?

10      A    Well, Mr. Fisher wasn't there, maybe -- he

11  was there maybe a year and a half before I left, so I

12  will say maybe about four or five times.  And

13  basically, the same thing with Mike Hildreth.  Just

14  about four or five times.  And they -- I guess, I

15  could say that they didn't say it, like, being the "A"

16  word towards me.  They said it in a joking manner

17  like, "Hey, go get them, you know, blah blah blah,"

18  but I just don't think they realized that, "Hey, you

19  know, you're talking to a black man," you know?

20      Q    And you mentioned that they would tell you

21  this -- how many other Asset Protection Associates

22  worked for that particular Wal-Mart store in this time

23  frame?

24      A    Let's see.  Maybe, two.  I want to say --

25  because I pretty much worked there by myself the
```

Corey J. Osborne on 11/18/2021

```
 1   entire time.  They would hire somebody and they would

 2   quit within 30 days -- within two months.  Excuse me.

 3   They had one girl, she worked with me for about a

 4   year, and then, they transferred her out of the

 5   department, because she wasn't catching anybody.  We

 6   had one girl that worked for about 45 days -- about 40

 7   -- she was employed for 45 days.  She probably worked

 8   10 days out of 45 days, because she kept having

 9   seizures.  Then, I had a guy work with me for about, I

10   want to say three, four months, and then, Jaylin was

11   with me for about four -- about three months before I

12   was terminated.

13        Q    Now, backing up to the first person you

14   talked about, what was her race?

15        A    Ma'am?

16        Q    What was her race?  The first person you

17   mentioned that you worked --

18        A    Oh, she was a white -- white female.

19        Q    -- and then, the next person.  What was her

20   race?

21        A    White female.

22        Q    And then, the next person, what was their

23   race?

24        A    A white male.

25        Q    And then, so really, I mean, did you work
```

| Confidential | Corey J. Osborne on 11/18/2021 | Page 52 |
|---|---|---|

1    with any other African Americans in Asset Protection?

2        A    Except for when I -- right before they

3    terminated me.

4        Q    So, Jaylin that you mentioned, what was his

5    race?

6        A    African American.

7        Q    You mentioned that there was a comment Mr.

8    Hornsby made.

9        A    Yes, ma'am.

10       Q    You said that -- was it Jaylin that was with

11   you when that was made?

12       A    Yes.  Yes.

13       Q    And, specifically, what was that comment Mr.

14   Hornsby --

15       A    He -- me and Jaylin was on our way back to

16   the office.  He was in the Management office with Mr.

17   Fisher.  He stopped us, "Hey guys, I want to say you

18   all doing a good job."  We said, "Thank you."  And he

19   says, "And yeah, I need you all to catch some of your

20   people."  So, I'm like, "Okay. Thank you."  Me and

21   Jaylen walk into the AP office and Jaylen turns

22   around, looks at me like, "What the hell he mean by

23   'Some of your people?'"  I'm like, "Dude, I get it all

24   the time."  We told Mike Berry when he said -- Mike

25   Berry was, like, "I got nothing to do with it."  You

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1   know, you're supposed to report it to your Manager?

 2   We reported it, that he said that, to Mike Berry.  He

 3   walked out and said, "I didn't hear nothing.  I got

 4   nothing to do with that."  And his face just dropped

 5   when we told him that, because Jaylin was -- I guess I

 6   was so used to it, it didn't bother me.  It kind of

 7   upset Jaylin when he said that.

 8        Q    Did you ever talk to Jaylin after you were

 9   terminated?

10        A    Oh, yes.  I have.

11        Q    When did you talk to him after you were

12   terminated?

13        A    I still do.  Like, when I go into store

14   shopping.  He'll say hi to me and stuff.  Yeah, he's

15   no longer --

16        Q    Do you talk to him about -- I'm sorry.  Go

17   ahead.

18        A    -- yeah.  He's no longer with AP.

19        Q    What does he -- or does he still work for

20   Wal-Mart?

21        A    Yes.  He still works for Wal-Mart.

22        Q    Have you talked to him about this case?

23        A    Yes.  We have talked.  I told him, you know

24   -- he knew I got terminated.  He's like, "You know,

25   that's wrong. The way they fired you."  I'm like,
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Corey J. Osborne on 11/18/2021

1   "Yeah.  That's the way it goes," and that's pretty

2   much it.  Everybody in the store knows why I was

3   terminated.

4        **Q    So, you said everybody in the store knows**

5   **why you were terminated?**

6        A    Mm-hmm.

7        **Q    How does everybody in the store knows why**

8   **you were terminated?**

9        A    It's Lynchburg.  It's -- what?  I mean, it's

10  like a soap opera.  They know, "Corey, got fired.

11  What?  Blah, blah, blah."  And they knew, you know,

12  basically, that was it.  I mean, I told, you know --

13       **Q    [Inaudible.]**

14       A    -- I -- what?  When I got fired, that day, I

15  was leaving and it was and it was some at the smoke

16  area, and I was telling them, "Hey guys, I'm gone.

17  Bye.  Blah, blah, blah."  They was like, "What?"  I

18  said, "Yeah.  They just fired me over some BS that I

19  had nothing to do with."  And they was like, "What?"

20  and they said -- I told them, "You know, the stop."

21  And they was like, "What?"  Then I told them, "You

22  know.  Hey, they said I stopped somebody that I didn't

23  stop and there it is," and you know, dang, you tell

24  one person one thing in their ear, by the time it get

25  to the last person, it's a totally different story.

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                   Page 55

```
 1        Q     Do you understand Wal-Mart had policies
 2   against termination based on race?
 3        A     Yes.
 4        Q     Did you ever think to make a complaint about
 5   it -- like, the statements you've made, did you ever
 6   think to make a complaint about those statements?
 7        A     No, because I won't thinking I was getting
 8   fired.
 9        Q     Why did you think you would get fired?
10        A     Because.  They say there's no retaliation.
11   Wal-Mart retaliates.
12        Q     Why do you say that?
13        A     If you're not doing this good of a job at
14   something, they have moved -- they will move you to
15   somewhere else, or they'll give you a workload that
16   will make you quit.
17        Q     How do you know that?
18        A     I've seen it.  I've seen where one person
19   wasn't doing such a good job in his department, they
20   move him to another department and put a load on it,
21   where they just like, "I can't do this.  I quit."
22        Q     Do you think that has anything to do with
23   making complaints about unfair treatment at work?
24        A     I don't think that they -- they don't let
25   the employees know that.  I mean, it's an employee's
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1    job to do that, but I think more, they are more scared

2    of losing their job than anything.  So they just bite

3    the bullet and don't make a complaint.  Just take it

4    with a grain of salt.  Like with me.  I take it with a

5    grain of salt.  I don't care.  I've been in the

6    military, been doing law enforcement stuff.  I've been

7    called everything in the book.  So I didn't take it,

8    you know, serious, you know?  I'm like, "Okay.

9    Whatever."

10       Q    Have you ever read Wal-Mart's Discrimination

11   and Harassment Prevention Policy?

12       A    I might have.  I'm sure I have.

13       Q    You understand it prohibits harassment or

14   discrimination based on race?

15       A    Yeah.  Yes, ma'am.

16       Q    Do you know of anybody who's ever made a

17   complaint of racial harassment or discrimination while

18   working for Wal-Mart?

19       A    I've heard people say it to me, but haven't

20   made a report about it.

21       Q    Did you know anybody who worked for Wal-Mart

22   who said, "Hey, I made a complaint about

23   discrimination?"

24       A    No.

25       Q    Anybody ever tell you they did that?

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1      A    Excuse me?
 2      Q    Did anybody --
 3      A    No.  They didn't --
 4      Q    -- that worked for Wal-Mart did they tell
 5   you they made a --
 6      A    -- they -- no.  They told me -- they never
 7   made a complaint.  I did make a complaint before I go
 8   terminated, when I told Mike Berry about, "Hey, the
 9   joke that Hornsby made," and all that.  Like I said,
10   when we told Mike, because Jaylin was there, Mike's
11   like, "Oh.  I didn't hear it.  Blah, blah, blah."  He
12   closes -- because Mike was afraid of retaliation too,
13   probably.
14      Q    But you don't know if Mike was afraid of
15   retaliation.  Do you?
16      A    I can't say that.  I can't say that I know.
17      Q    So the incident you mentioned you told Mr.
18   Berry about, you're speaking about statements Mr.
19   Hornsby made to you and Jaylin?
20      A    That's correct.  Yes.
21      Q    When did you say anything to Mr. Berry about
22   that?
23      A    Right after he said it.  That day that he
24   said it, me and Jaylin went into the office.  Mike
25   comes in and I was like, "You can't believe what James
```

1   just said to us."  And we told him, and he's like,

2   "Oh.  I ain't got nothing to do with that, you all."

3   And he walks -- turns around and walks right out the

4   office.

5        Q     Do you know, approximately, what date that

6   would have been?

7        A     I don't know the exact date.  It was the

8   time that -- I left on May the 21st.  Jaylin didn't

9   come to AP until probably April.  So, somewhere

10  between, I think, April the -- I would say April the

11  1st until May the 21st.

12                MS. INGLE:  Going to enter this

13  document is Exhibit 9.

14                (Exhibit 9 was marked for

15                identification.)

16  BY MS. INGLE:

17       Q     So you don't know anybody who worked for

18  Wal-Mart who has actually made a complaint of racial

19  discrimination or harassment in the time they've

20  worked for Wal-Mart?

21       A     No.

22       Q     Are you familiar with Wal-Mart's

23  Disciplinary Action policy?

24       A     I've read it, but I'm not familiar with it.

25                MS. INGLE:  I've marked as Exhibit 10.

```
 1                    (Exhibit 10 was marked for

 2                    identification.)

 3    BY MS. INGLE:

 4         Q    And what does, "First Written," or "Yellow,"

 5    mean?  Does that sound familiar?

 6         A    Was -- say that again, please.

 7         Q    What does, "First Written," or "Yellow,"

 8    mean in terms of levels of coaching?

 9         A    I think if you have as -- I know about the

10    coaching.  I don't know about the color codes to the

11    coaching.  I know what the coaching is, but the color

12    codes I could not tell you.

13         Q    I put a document on the screen here, Mr.

14    Osborne.  Cursor here -- so have you read the

15    Disciplinary Action policy?

16         A    I probably have, when I first started.  Yes.

17         Q    On this page here, it talks about, "First

18    Written/Yellow, Second Written/Orange, and

19    Third/Written, Red."

20         A    Mm-hmm.

21         Q    Do you understand these to be different

22    levels of disciplinary action at Wal-Mart?

23         A    Yes.

24         Q    Was yellow the first level?

25         A    [No audible response.]
```

Confidential                                                      Page 60

```
 1        Q     Did you understand yellow to be the first
 2   level?
 3        A     Yes.  Yes.  I see it right here.  Yes.
 4        Q     And then, did you understand red to be final
 5   written warning?  You could be terminated if you get
 6   any more warnings?
 7        A     Yes.  I see that.  Yes.  I see that here.
 8        Q     Did you understand too, that if you've got a
 9   disciplinary action, that it could have stayed active
10   in the system for a period of time?
11        A     I believe so.  Yes.
12        Q     In your time at Wal-Mart, did you receive
13   any levels of disciplinary action?
14        A     Yes.  I did.
15        Q     And which levels did you receive?
16        A     I believe I got the yellow and then, I got a
17   orange for two people saying I said something and --
18   which come out not to be true, but they still wrote me
19   up.
20        Q     Do you remember when that was, that incident
21   that you mentioned?
22        A     No, ma'am.  The first one -- the first one,
23   it was a Associate that used to work for AP, when we
24   have the AP Host at the door.  She moved into the
25   actual grocery side.  I was watching a shoplifter and
```

1   I tapped her on the shoulder and I asked her to move

2   to the side, to get out the area, so I could see this

3   person concealing the merchandise.  I tapped her again

4   and she got, "Don't touch me," something.  She yelled.

5   Ms. Edna Coleman was standing right there and she

6   said, "Hey.  He's watching a shoplifter.  Move."  And

7   she like, "Oh.  Okay."  So the Assistant Store Manager

8   hears us make the comment.  He comes up to me and say,

9   "Hey, I need to talk to you in the office now," and

10  I'm like, "Okay.  I got a shoplifter.  As soon as I

11  get done with this."  He's like, "Now."  So I had to

12  pull off the shoplifter and he said, "Hey, you can't

13  blah, blah, blah."  Come to find out, him and the girl

14  were dating.  They liked each other.  And I think he -

15  - to me, he got jealous, because I told her she needed

16  to move and I tapped her on the shoulder.  So that was

17  the first incident, which that girl got fired two

18  weeks later.

19       So -- and then, I have -- like I said, I got a

20  witness, Edna Coleman, for that one.  Then, we had

21  another guy said that I said something about his ex-

22  girlfriend that -- he stopped me while I was going to

23  the HBA department of the store and he spoke to me,

24  "Hey, Corey."  And I'm like, "Hey.  How you doing?

25  Blah, blah, blah."  And I was like, "Do you still date

**Confidential**                                                    **Page 62**

```
 1   such and such?"  He's like, "No," because I don't even

 2   know the girl's name.  He's like, "No, but I knocked

 3   dirt off of it."  I'm like, "Okay."  I said, "All

 4   right then, buddy," and I kept going.  He goes back

 5   and tells the Manager that I said that -- and then, he

 6   got her to make a complaint saying that she was scared

 7   of me.  And I never spoke to her.

 8                   MS. INGLE:  Saved my screen here, Mr.

 9   Osborne.  This is what looks to be a Disciplinary

10   Action with a yellow level issued on February 22nd,

11   but it talks about the time you were -- this is issued

12   for inappropriate conversations --

13                   THE WITNESS:  Yes.

14                   MS. INGLE:  -- not balancing

15   appropriate interaction with employees as Asset

16   Protection to maximize productivity.

17                   THE WITNESS:  Yes.

18   BY MS. INGLE:

19        Q    Is that what you were just talking about?

20   These conversations that --

21        A    Yes, ma'am.  Yeah.  That the guy stopped me

22   and had about his ex-girl.

23        Q    -- okay.  So this was issued in 2020?

24        A    Mm-hmm.

25        Q    It looks like here, it says, "The expiration
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1    date of the Disciplinary Action may be extended
 2    beyond --
 3        A     202220.
 4        Q     -- February 22, 2021.
 5        A     Mm-hmm.
 6        Q     Associate -- okay.  So is it your
 7    understanding that this could stay active for a year
 8    and then, you --
 9        A     I didn't know how long it was active.  I
10    just know -- that's why I made the comment there, "I
11    won't plan to talk to nobody or trust anybody, or keep
12    to myself.  Speak only when I'm spoken to by
13    Management only, and only to respond if I'm called by
14    Mitch.  I am not -- if I am needed by an Associate,
15    they must have to call a Manager to get the Manager to
16    call me, because that right there, I don't trust
17    nobody.  For what that guy did right there to me.
18    Like I said, I spoke to him maybe two or three times
19    in the store, the whole time I worked there, and then,
20    him to do me?  That's why I said, "You know what?  I
21    don't trust nobody now, because that's just throwing
22    me under the bus for something I didn't do," to keep
23    it clean when he's the one who made the comments.
24                MS. INGLE:  I'm going to mark this as
25    Exhibit 11.
```

Confidential                                                Page 64

1              (Exhibit 11 was marked for

2              identification.)

3   BY MS. INGLE:

4       Q    Did you get any other disciplinary actions

5   before this one?

6       A    It was supposed to been one I told you about

7   when I tapped the -- what was her name?  I can't think

8   of her name -- when I tapped her on the shoulder and

9   said, "Hey, I need you to move the area.  Go that

10  way."  And she basically tried to ignore me and Ms.

11  Edna was my female witness.  I'm like, "I'm watching a

12  shoplifter.  I need you to go."  "Don't touch me."

13  I'm like, "You need to go over there."  So she goes

14  over there, that's when Jacob heard -- which Jacob is

15  no longer with Wal-Mart either.  He was a Manager and

16  -- what?  That's when they called me back in the

17  office.  I don't know if they've written anything up

18  on that, but they talked to me about that, and that's

19  when I explained to him like, "Hey, she was in a way.

20  I had a shoplifter."  And I said, then Jacob calls me

21  back here, jumps down my throat saying, "You can't

22  touch her.  Blah, blah, blah."  I said, "I tapped her

23  on the shoulder and said, 'Go that way.'"  I said,

24  "Ms. Edna's my witness.  She's right there.  She's

25  seen and heard everything."  And then, like I said, I

COREY J. OSBORNE vs WAL-MART STORES EAST

1    come to find out that Jacob and her had a little thing

2    together, because I also got a video of them making

3    out in the back room.  Store's Managers are not

4    supposed to have any kind of relationship with

5    Associates and I think that's one reason why Jacob

6    didn't like me.

7        Q    So, was that a separate written action?

8        A    I don't know if they wrote anything up or

9    not.  I know I talked to the Store Manager about it.

10       Q    When did that occur?

11       A    It happened before that.

12       Q    Okay.  I'm going to show you another --

13   Exhibit -- chat feature.  There's another document

14   here, Mr. Osborne, this one -- I think it should be

15   this one.  This document looks like it was that issued

16   in October of 2018 --

17       A    Mm-hmm.

18       Q    -- and it says you approached or stopped a

19   shoplifter that was in possession of a concealed knife

20   that she stole, ripping it out of the package, and --

21       A    Yes.  Okay.

22       Q    -- this is a violation of AP-09.  Do you

23   remember this incident?

24       A    Actually it's not a violation, because when

25   I stopped her, she did not have the knife on her

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1    anymore.  So she did not have a weapon on her when I

2    stopped her.  Once she got rid of the weapon then, she

3    does not have -- she still had the concealed

4    merchandise on her, but she did not have the weapon

5    anymore.  So therefore, it is not a violation of AP-

6    09, because she does not have a concealed weapon

7    anymore.

8        **Q    Okay.  So did she conceal something besides**

9    **the knife?**

10       A    Oh, yes.  She concealed two shirts, a hat, a

11   case of beer and -- and then, she had the knife.

12   Then, she got rid of the knife over in the -- over the

13   produce section.  The Store Manager, Anthony Ware was

14   with me when I stopped her and he can also confirm

15   that she did not have the knife with her anymore.  So

16   that's why I stopped her.  PD -- because I already

17   called PD and told them that she had a knife.  So PD

18   was enroute.  She ditched the knife over in the

19   produce section, so I went to go ahead and stopped her

20   when she was in the vestibule of the store.  She goes

21   out -- she comes out.  PD stops her.  She actually

22   fights PD.  They lock her up, take her to jail.

23       **Q    So, I'm curious.  You said she concealed a**

24   **case of beer?**

25       A    Yeah.

**COREY J. OSBORNE vs WAL-MART STORES EAST**

| Confidential | Page 67 |
|---|---|

```
 1      Q    And how does one do that?  In a very large
 2   bag or?
 3      A    Oh, I'll see people walk out with TVs under
 4   their dress and you would -- never could tell.
 5   Because when she pulled the knife out, about six beer
 6   cans fell out of -- fell out her hand and the knife
 7   fell on the floor.  So, I'm like, "Yep.  She's fair
 8   game now."
 9      Q    Okay.  And that was in the produce section?
10      A    Yes, ma'am.
11      Q    Okay.  All right.  So once the -- you say
12   once the knife fell on the floor, she was fair game to
13   approach?
14      A    She's fair game.  She has no more concealed
15   weapon.
16      Q    Was the knife still within arm's reach,
17   though?
18      A    No.  There's video of everything.  You can
19   see her drop the knife.  You can see me kick the knife
20   away from her.  She walks out the store.  She walks
21   out the store.  I'm still behind her asking her,
22   "Please come back in the store."  She turns around,
23   she takes a swing at me, she missed.  PD actually seen
24   her take a swing.  They come get her.  They walk down
25   the sidewalk and try to talk to her.  They put hands
```

1    on her.  She kicks the LPD officer in the groin.  He

2    goes down to the ground.  They get her in handcuffs.

3    Not even 30 seconds later, she comes out the

4    handcuffs.  They put her handcuffs again and then,

5    they put her in the vehicle.

6        **Q    And did you have to go testify in a case**

7    **involving her criminal charges?**

8        A    Yes.  Yes.  Yes, ma'am.  Yes, ma'am.

9                MS. INGLE:  If we can, enter this as

10   Exhibit 12.

11               (Exhibit 12A was marked for

12               identification.)

13   BY MS. INGLE:

14       **Q    So I understand there was an incident in May**

15   **of 2021 that led to your termination.  Is that**

16   **correct?**

17       A    Yes, ma'am.

18       **Q    And can you tell me what happened?**

19       A    I was outside doing -- when they had that

20   pandemic and we had to stand outside and count people

21   coming in and count them coming out.  I had a Customer

22   Service Manager comes up to me and said one of her

23   Associates said that a young lady didn't pay for her

24   items, and gave a description of a girl in a pink coat

25   with two small kids.  So, when I told -- Stephanie

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1   comes out, I said, "Well, they're -- the only
 2   description there."  I said, "I can't get involved,
 3   because I did not witness it."  So, she like -- I told
 4   her, she can do a receipt check, but I cannot get
 5   involved at all.  So she walks down.  I walk down with
 6   her.  I step back.  She asked the ladies for a
 7   receipt.  Lady produced the receipt.  Stephanie checks
 8   her stuff, gives the lady back her receipt; she did
 9   pay for all the stuff and we walked back to the
10   building.  We walked back to the door.  I stood
11   outside, because I was counting and Stephanie goes
12   inside.
13        Q     And what was Stephanie's job?
14        A     She was a Customer Service Manager.
15        Q     What are the job duties as Customer Service
16   Managers?
17        A     They basically run the whole front end where
18   the cash registers are at.
19        Q     And do they frequently check receipts?
20        A     Mm-hmm.
21        Q     Is that a, "Yes?"
22        A     Yes, ma'am.
23        Q     Do they help people at the self-checkout
24   area?
25        A     Yes, ma'am.  They do.
```

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 70

```
1        Q    And they're not AP-090 authorized.  Is that
2    correct?
3        A    I -- as a Customer Service Manager, they can
4    do -- like I said, anybody can do a receipt check.
5    They can't stop nobody.
6        Q    So, can they do -- or sorry.  Can they do
7    receipt checks outside of Wal-Mart?
8        A    What do you mean, "Outside of Wal-Mart?"
9    You talking about on the sidewalk?
10       Q    Or -- yeah.  Outside of the store?
11       A    Yeah.  I mean, as long as they are not off
12   the sidewalk, yes.  I've seen the Store Manager do it.
13       Q    So, you've seen the Store Manager do it.
14   Are you talking about Mr. Fisher?
15       A    Yes.  Mr. Fisher, Mike Berry, Mike Hildreth,
16   other managers, like, Kendra, Mr. McHomes.  She was a
17   Manager at the time.  I don't know Josh' last name,
18   but he was a Manager at the time.  When Jacob was
19   there, when he was a manager at the time.  They can
20   check any receipt up to the sidewalk's end.  Once they
21   stepped off the sidewalk, can't nobody, even
22   management, do anything.
23       Q    Okay.  What's the purpose of checking
24   receipts?
25       A    To make sure all -- basically, what they
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

1  doing -- make sure all big ticket items are on a

2  receipt.  TVs, Xboxes.  Little stuff, they don't care,

3  but anything that's not in a bag, they check the

4  receipts to see if it's still -- if it's on the

5  receipt and if it matches.

6      **Q    So, it wouldn't be appropriate to go digging**

7  **through people's bags looking to make sure the items**

8  **all match the receipt?**

9      A    It depends on the items.  Like I said, a big

10  ticket -- it could be an Xbox game, but it's 60 bucks

11  and they put it down in the bag.  So, they can

12  actually -- they can't dig through it, but they can

13  look down in the bag.

14      **Q    Do you -- would you typically do a receipt**

15  **check if someone just bought groceries?**

16      A    They have, because a lot of people won't

17  scan, like, meats and stuff.  They won't scan it, so

18  they just -- we call it free bagging.

19      **Q    Now, when you go through self-checkout,**

20  **there's a camera right above you correct?**

21      A    That's correct.

22      **Q    And so, it watches these scans --**

23  **everything.  Is that correct?**

24      A    It can watch you go through the motions, but

25  that doesn't mean that it scanned.  You can have

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1    something and you can put your finger on the barcode

2    and look like you going across the register.  Look

3    like you've scanned it, but it doesn't mean you've

4    scanned it.

5        Q    Do you know if different stores have

6    different cameras --

7        A    Yes, ma'am.

8        Q    -- operating over their self-checkout areas?

9        A    Yes, ma'am.

10        Q    So you mentioned that Stephanie gave you a

11    description of a person leaving the store that --

12        A    Yes.

13        Q    -- but didn't pay for items.

14        A    Yes.

15        Q    Did you point that person out to Stephanie?

16        A    I said the only person that fits that

17    description is the lady that's right down there on the

18    sidewalk.  So, I guess Stephanie, she goes back inside

19    and talks to one of the care -- one of the cashiers

20    and, I assume, the cashier told her, "Yes.  That's the

21    person."  So, that's when Stephanie's like, "That's

22    them there."  And I was like, "Well, you can go do a

23    receipt check, but I can't get involved at all."

24        Q    And so, did you walk over to the person with

25    Stephanie?

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                               Page 73

```
1       A    No.  I walked down the sidewalk with

2    Stephanie.  Stephanie walked to the person.

3       Q    Was the person getting in their car?

4       A    No.  She was standing outside of a car

5    putting stuff in the trunk.

6                MS. INGLE:  Okay.  Trying to play this

7    video.  It's, like, having technical difficulties.  It

8    was working just fine this morning.  If we can take a

9    quick break, I'll try to get this working.  Go off the

10   record.

11               MR. VALOIS:  What time do you want to

12   come back on?

13               MS. INGLE:  [No audible response.]

14               MR. VALOIS:  What time would you like

15   to come back on the record?

16               THE REPORTER:  Is she muted?  I didn't

17   mute her.

18               MR. VALOIS:  Can she hear you?  Looks

19   like she muted.

20               (Off the record.)

21               MS. INGLE:  Can you guys hear me?

22               MR. VALOIS:  We can hear you.

23               THE WITNESS:  Yes.

24               THE REPORTER:  Okay.  You ready?

25               MR. VALOIS:  Yes.
```

Confidential

```
 1                    MS. INGLE:  Yeah.

 2                    THE REPORTER:  Okay.  We are back on.

 3    BY MS. INGLE:

 4        Q    All right.  I'm going to show you this

 5    video.  Can you see my screen?

 6        A    Yes.

 7        Q    Do you -- at any point, do you see yourself

 8    in the video at all?

 9        A    Yes.  I do.

10        Q    Are you standing outside the store in the

11    yellow vest?

12        A    Yes.  I am.

13        Q    I think there was mentioned that the

14    customer that was stopped was wearing a pink jacket.

15    Was that her that just exited the store --

16        A    Yes, ma'am.

17        Q    -- in this video?

18        A    Yes, ma'am.

19        Q    Now, you mentioned earlier that you were

20    counting people.  Was that to count, I guess, how many

21    people came into the Wal-Mart during the pandemic?

22        A    Yes.

23        Q    Were there occupancy limits during the

24    pandemic?

25        A    Yes.  I think it was 900, I believe.  And I
```

**Confidential**                                                    **Page 75**

```
 1   was up there relieving somebody.
 2       Q    Was the other person you were relieving, was
 3   that -- what position was that person in?
 4       A    They would just -- they have -- they would
 5   have anybody come up there to what I'm doing there,
 6   but we have to give them a break.
 7       Q    And is this Stephanie that's walking up now?
 8       A    Yes.  That's Stephanie that's walking up,
 9   now.  And that's what I'm saying, the only one that
10   fits that description is that lady down there.
11       Q    Okay.  So you're -- where you kind of lifted
12   your arm.  Now, it looks like she's kind of running.
13   Stephanie's kind of running back into the store.
14       A    Yes.
15       Q    Have you seen this video before?
16       A    Yes.  I did.
17       Q    Did you view it at all when you still worked
18   for Wal-Mart?
19       A    I was the one that made this video.
20       Q    When you say, "Made this video," do you mean
21   had the --
22       A    Burned it.
23       Q    -- cameras --
24       A    Yeah.  I have -- I was one that have all
25   access to the cameras and they asked me to put this on
```

1    a disk for them.

**2        Q    -- so you put this on a disk for who?**

3        A    For Mike Berry, Tony Morris, and Seth

4    Harris, I think his last name.

**5        Q    And the reason you put it on disk?**

6        A    Mike asked me to.  When Mike told me that

7    this lady wrote a letter and made a complaint, he

8    actually read the letter to me.  He said, "To cover

9    your tail," he said, "Put this on a disk."  I'm like,

10   "Okay."  He's -- and Mike Barry said, "I don't see

11   where you did anything wrong."  I'm like, "I know I

12   didn't.

**13        Q    When you say a lady wrote a letter, do you**

**14   understand that to be the lady that was in the pink --**

15       A    Yes.

**16        Q    -- sweater or jacket, earlier in the video?**

17       A    Yes.  Yes.

**18        Q    Stephanie coming back in now?**

19       A    Yes.

**20        Q    You're still outside the store?**

21       A    Yes.

**22        Q    With the -- outside of this video?**

23       A    Yes, ma'am.

24            MS. INGLE:  We can mark this video as

25   Exhibit 12.

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1                    (Exhibit 12B was marked for

 2                    identification.)

 3                    MR. VALOIS:  This is Paul.  I do have

 4    an objection to the exhibit, in that we've never

 5    received a copy of that video that actually works.

 6    The -- you've sent us several times and you sent us a

 7    player, but each time the player doesn't actually --

 8    it doesn't actually open the files.

 9                    MS. INGLE:  I thought your client

10    testified earlier that he viewed the videos before the

11    deposition today.

12                    MR. VALOIS:  Yeah.  He had -- we had --

13    we were able to alter the video by actually editing

14    some of the headers in it to make it play, but it

15    plays in a very jumpy -- it doesn't play anywhere near

16    with the clarity that video that you just played

17    plays.  It plays in a really jumpy --

18                    MS. INGLE:  I'm sorry, Paul.  I'm

19    having -- I can't really hear what you're saying.

20                    MR. VALOIS:  -- well, let me see.  Is

21    that better?

22                    MS. INGLE:  Yes.  Mm-hmm.

23                    MR. VALOIS:  Hello.  I'm sorry.  We

24    were able to take the raw files from the video that

25    you sent us and we were able to edit some of the
```

```
 1    header files in them, and get them to play on another
 2    player, but not -- in a much jumpier, less resolution,
 3    and less clear format than the video you just played.
 4    And it also altered the aspect radio to -- aspect
 5    ratio of the player to make it really stretched out
 6    and weird looking.  And we'd really like to get a copy
 7    of whatever format you just played or whatever you're
 8    using right there.  We'd really like to get a copy of
 9    it in that -- and whatever you just played, because we
10    don't have it.  That's my only objection.
11              MS. INGLE:  Yeah.  Yeah.  We've sent
12    you the video instructions that we use to -- program
13    to be downloaded in order to play these on our
14    computers.  So I'm not sure if it's something
15    different with your computers.
16              MR. VALOIS:  Well -- yeah.  We talk
17    about it later.  We don't need to use up a deposition,
18    but there's a problem.  If you look back at the file
19    you sent, you'll see one of the programs you sent us,
20    it purports to be a program, but it actually has zero
21    kilobytes in its memory.  It's an empty file.  If you
22    look at your sent, you'll see what I'm talking about
23    or maybe your tech guy will.
24              MS. INGLE:  Okay.  We can try to resend
25    that after the deposition and so, hopefully, it'll
```

1   come through, because there are a couple of different

2   things that have to be downloaded in order to get this

3   to work.

4                    MR. VALOIS:  All right.

5                    MS. INGLE:  I'm showing another video

6   on the screen now.  Can you all see this okay?

7                    THE WITNESS:  Yes.

8                    MR. VALOIS:  Mm-hmm.  Yes.

9                    THE WITNESS:  I'm still way up here.

10  You see, I'm way up here and there she is right there.

11  So, she's putting stuff into the car there.

12                   MR. VALOIS:  Excuse me.  Bethany?  I'm

13  sorry.  We have a little problem.  Let me see if I can

14  move this window out right.  The little sidebar window

15  was in the way of where he's there -- I'll put it over

16  here.

17                   MS. INGLE:  Do you need me to rewind

18  the video at all?

19                   MR. VALOIS:  Yeah.  Is that you?

20                   THE WITNESS:  Yeah.

21                   MR. VALOIS:  Yeah.  If you could rewind

22  it about -- yeah.  A little bit.  Maybe, a few -- a

23  minute or so.

24                   THE WITNESS:  Okay.

25                   MS. INGLE:  That's good?

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Corey J. Osborne on 11/18/2021

```
 1                    THE WITNESS:  Yeah.  That's pulled up
 2   right there.
 3                    MR. VALOIS:  So that's the lady?
 4                    THE WITNESS:  No.  That's her boyfriend
 5   -- it's her right there.
 6                    MR. VALOIS:  All right.  That's the
 7   lady opening the -- okay.
 8                    THE WITNESS:  Yeah.  So, he's standing
 9   there, waiting.
10   BY MS. INGLE:
11       Q    When you say, "That's the lady.  That's
12   her," are we looking at the vehicle that took the --
13   raised the it's back door to load items into the back
14   of the SUV?
15       A    Yes.  Yes, ma'am.  That's me standing up
16   there.
17       Q    And you say that's you standing up there --
18   and we see a person in a yellow vest.  Is that you?
19       A    Yeah.  That's -- yeah.  The big one right
20   there.  And there's Stephanie talking to me right
21   there.  She goes back inside.  I'm assuming she goes
22   back inside to get another description of the girl.  I
23   don't know, but I stand there and then Stephanie comes
24   back and I tell her, "Well, you can do a receipt
25   check, but no, I can't get involved."  And there's
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1   Stephanie coming out.  I'm walking down with her.  She

2   goes up and she talks to them, and I stand back there,

3   right there.

4       Q    When you say you, "Stand back there, right

5   there," is the passenger side vehicle door open?

6       A    I believe so.

7       Q    So, when Stephanie approached the woman was

8   the woman's back turned to Stephanie?

9       A    I'm not sure.

10      Q    What was the woman's demeanor when Stephanie

11  approached her?

12      A    It wasn't -- I guess, pleasant.  I'm not

13  sure, but once Stephanie spoke to her and asked to see

14  her receipt, and then, checked the few things, I

15  guess, on the receipt, that's when the lady got upset.

16  And she like, you know, "I didn't -- you know, I

17  didn't steal nothing.  I didn't -- I pay for all

18  mine."  I don't know exactly what she said, but you

19  know, I go back to where I'm standing.  That's it with

20  me.

21      Q    Get out of the driver's side of the vehicle,

22  the woman who Stephanie's talking to?

23      A    Yeah.  Either the driver or the back

24  passenger -- on the back driver's passenger.

25                  MS. INGLE:  Going to mark this as

COREY J. OSBORNE vs WAL-MART STORES EAST

```
 1    Exhibit 13.
 2                      (Exhibit 13 was marked for
 3                      identification.)
 4                      MR. VALOIS:  Oh, Bethany, let me just
 5    raise a standing objection to the videos until we
 6    straighten those out, okay?
 7                      MS. INGLE:  Okay.
 8                      MR. VALOIS:  Thanks.
 9    BY MS. INGLE:
10        Q    Okay.  You should be able to see this video.
11        A    Yes.  Yes.
12        Q    This the woman that woman that Stephanie
13    approached?
14        A    Mm-hmm.
15        Q    You understand she came back into the store
16    after Stephanie approached her?
17        A    Yeah.  Yes.
18                      MS. INGLE:  Going to mark this as
19    Exhibit 14.
20                      (Exhibit 14 was marked for
21                      identification.)
22    BY MS. INGLE:
23        Q    Do -- this video?
24                      MR. VALOIS:  Well, Bethany?  Let me
25    move.  I've got to move that a little window out of
```

COREY J. OSBORNE vs WAL-MART STORES EAST

1    the way on this one.  One second.  All right.  I think

2    we're in good shape.

3    BY MS. INGLE:

4         **Q    Is this the customer that Stephanie**

5    **approached?**

6         A    Mm-hmm.

7         **Q    Is this the Customer Service area of the**

8    **store?**

9         A    Yes.

10        **Q    Do you know, is she talking to Stephanie**

11   **right now?**

12        A    I am not sure.  I'm assuming, because it

13   looked like they both having hand gestures or stuff.

14   Might have been talking to both of them.

15                    MS. INGLE:  This marked as Exhibit 15.

16                    (Exhibit 15 was marked for

17                    identification.)

18   BY MS. INGLE:

19        **Q    Do you see this video?**

20        A    Yes.

21        **Q    Do you recognize the woman that Stephanie**

22   **approached in this video?**

23        A    Yes.

24        **Q    This is the only camera angle you will have**

25   **over the self-checkout lanes at this particular Wal-**

Confidential

```
 1   Mart store, so that they -- were these the only
 2   cameras that --
 3        A    When I --
 4        Q    -- you worked there?
 5        A    -- yeah.  But I thought there was one over
 6   the top of the registers, but I could be wrong.  I
 7   think they might have been just at the other check --
 8   self-checkout instead of the -- we call those the
 9   conveyor belt self-checkouts, but I thought that was -
10   - there was cameras over top of those, but I'm -- I
11   can't remember if there was or not.  Yep.  Mm-hmm.
12                  MR. VALOIS:  Yeah.  That's not there
13   anymore.  That's not there anymore.
14                  THE WITNESS:  They were making sure
15   everybody got their stuff.
16                  (Exhibit 16 was marked for
17                  identification.)
18   BY MS. INGLE:
19        Q    Looking at this video and the items -- what
20   we can see on the screen here --
21        A    Mm-hmm.
22        Q    -- everything on the conveyor belt, do you
23   see anything that strikes you as a big ticket item?
24        A    Maybe that first -- was it scooter or
25   something like that, might be considered a big ticket
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1   item.  Well see, like, some of this, I don't know what
 2   the price is on it.  If anything, it would be the
 3   scooter, because it's not in a bag, but then, you got
 4   all these toys.  I don't know, because some of those
 5   toys could be expensive.  So, I don't know what
 6   alerted them to it or not.
 7        Q    When you say you don't what "alerted" --
 8        A    Yeah.  I don't have nothing to do what they
 9   doing up here.
10        Q    -- do you know if Stephanie saw anything
11   herself or someone told Stephanie they saw something?
12        A    I -- I have no idea if -- I mean, all I
13   remember Stephanie saying, one of her cashiers told
14   her and I'm like, "Well," like I said, "I don't have
15   nothing to do with it."  I'm out front so I don't see
16   anything.
17        Q    After this incident with Stephanie, did you
18   do anything to report what had happened with this
19   customer?
20        A    No, because I didn't think it was nothing to
21   report.  I mean, I had -- basically, I just went out
22   there -- if there's any kind of confrontation with an
23   employee and a customer, I -- they use me, because I'm
24   the big black scary man to calm the customers down.
25   Anytime that they have a customer being rude, loud,
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1   they always call me up front and I -- my job is to
 2   observe to make sure that the employee is in a safe
 3   manner; if they have a customer being rude, loud to
 4   them.
 5        Q    Did you choose to go over to the vehicle
 6   with Stephanie after pointing out the customer to her?
 7        A    Say what, now?
 8        Q    Did you choose to go over to the vehicle
 9   with Stephanie after pointing the customer out to her?
10        A    Yeah.  I made -- I had to observe to make
11   sure that the employee is safe.  When she went to the
12   car, I told her I cannot get involved and I can't say
13   anything, but I can be here just in case she tries to
14   get loud, unruly with her.  I am there, but that's --
15   my job is to observe and -- protection of the store
16   and customers, and employees.
17        Q    Did Stephanie ever ask you to come with her?
18        A    Yes.  She did.
19        Q    You said they ask you to be there whenever
20   customers are being upset, because you're the big
21   black scary man, but has anybody ever told you that?
22        A    Yeah.  Actually, as in what customers or
23   employees?  Because every time -- they never told me -
24   - they never told me that, but every time that there's
25   something going on with anybody of color in the store,
```

**Confidential**                    Corey J. Osborne on 11/18/2021                    **Page 87**

```
 1   they always called me.  If there's -- there has been
 2   multiple times where I'm actually following a
 3   shoplifter -- a white male or female, if the Manager
 4   see somebody they don't like, they'll call me and say,
 5   "Hey, I got one for you."  I'm like, "I'm already on
 6   something," you know, because I'm the only AP guy.
 7   "I'm on a sure thing."  They will pull me off of that
 8   person to go follow the black people and then, guess
 9   what?  The black people pay for everything.  The
10   person that I was watching, the white female, or the
11   white male, walks out with a bag full of stuff.  They
12   do it all the time.
13        Q    Okay.  You say, "They do it all the time."
14   Who is they?
15        A    Every -- Store Managers.  Like I said, Mike
16   Hildreth.  Because Mike Hildreth used to be AP.  He
17   worked AP for maybe about three months, then he went
18   into management.  Mike Berry does it.  Ryan Fisher
19   does it.  When Mr. Hornsby was there, he did it.  If
20   they saw somebody that looked like -- that were black,
21   they looked like they were going to steal, they would
22   call me to go follow them.  And if I'm on somebody
23   that I know that's stealing, that I've actually got
24   all the elements, they will pull me off of that one,
25   just to follow the black man.
```

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                          Page 88

1      Q    How do you know that's what they were doing?

2      A    It was obvious.  I mean --

3      Q    How is it obvious?

4      A    -- I'm following a white person.  They call

5   me.  "AP Corey.  I got two black females over here in

6   electronics."  "Okay.  I'm on somebody right now."

7   "No.  I know these people are going to get something.

8   I know.  You need to get on them, now.  Let that --

9   don't worry about -- get on this one."  So I go follow

10  the black females, for example.  They didn't steal

11  nothing.  They paid for everything they had, but the

12  white girl I was watching, purse was full of stuff

13  that I seen her conceal.  And she goes out the --

14     Q    Did you tell them that --

15     A    -- as --

16     Q    -- "I'm watching a white woman with a purse

17  full of stuff steal stuff?"

18     A    -- no.  I tell -- I don't tell them I'm

19  watching a white woman.  I tell them, "I'm watching

20  somebody.  I got a sure thing.  I got concealment.  I

21  got everything.  I'm just waiting for her to go to the

22  front of the store."  They will tell me, "No.  This is

23  a sure thing. Come out here.  Come watch them.  Come

24  watch them," when they know that I got -- got this

25  person dead to rights.  All I got to do is wait for

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1   them to go to the last point of sales and I stop them.
 2   They would pull me off of that to follow people of
 3   color in the store.
 4       Q    But how do you know that they didn't see
 5   somebody conceal something?
 6       A    Because they walking in there with an empty
 7   basket.  They just walked in the store.  I see how --
 8       Q    How do you know that?
 9       A    -- because -- because there's been time,
10   I've watched somebody in the woman's department where
11   I can see the entrance of the door, and I can -- seen
12   somebody comes in and I knew -- I know, they would
13   call, "Hey, AP Corey, we got this one person," when I
14   seen that person walk by and I'm like, "They don't
15   have nothing in they hands.  They just walked in the
16   store."  I said, "I'm watching somebody right now."
17   "No.  They going to get -- it's a sure thing.  Trust
18   me.  Go follow them."  That's my boss, my manager, so
19   I got to do what he tells me to do.
20       Q    So, when you say your boss, your manager,
21   who are you talking about?
22       A    Mike Hildreth, Mike Berry, Ryan Fisher.
23       Q    Okay.  So give me an example of Mike
24   Hildreth -- is that the name you're saying?
25       A    Yes.
```

COREY J. OSBORNE vs WAL-MART STORES EAST

Confidential                Corey J. Osborne on 11/18/2021                Page 90

```
 1      Q    Mike Hildreth?

 2      A    Yes.

 3      Q    Just give me an example of specific time

 4   when he did that.

 5      A    There's a time when all three of them -- I

 6   can give you a perfect example with all three of them

 7   together.  They all three --

 8      Q    The date.  Can you give me a date when --

 9      A    -- I have no date.

10      Q    -- they did any of these things?

11      A    I have no dates.  They do it all the time.

12   There's no way possible I could give you a specific

13   date.

14      Q    I need -- I need any dates.  I need to know

15   exactly when this happened.  Because this is the first

16   time we're hearing about this.

17      A    Well --

18           MR. VALOIS:  Well, objection to the

19   form of the question.  He's not here to give you all

20   you need.  He's here to -- truth, so -- but he can

21   answer your question, he just -- I believe he's

22   already said that he doesn't -- that he can't give you

23   exact dates.

24           THE REPORTER:  Sir, I cannot hear your

25   objection.
```

COREY J. OSBORNE vs WAL-MART STORES EAST

1          MR. VALOIS:  Oh, I'm sorry.  The

2     microphone on this laptop is bad.  I said the

3     objection is is that he can't testify to give you what

4     you need.  He's can give you the truth and, if the

5     truth is that he doesn't remember the dates, that's

6     the truth.

7          MS. INGLE:  So, there's got to be a

8     date if it actually happened.  I need to know the date

9     it actually happened, if it actually happened.

10          THE WITNESS:  -- I can give you -- I

11     mean, it happened on a Tuesday.  I don't know the

12     exact date.  It happened so many times, so many

13     different incidents, I cannot give you an exact date

14     of when it happened.

15     BY MS. INGLE:

16     **Q    So, can you give me a approximate number of**

17     **times it happened?**

18          A    My goodness.  A lot.  I'll just say, in a

19     two-month span, I've got -- I'm watching, let's say

20     about, 60 people in a two-month span.  Out of that 60

21     people, probably about half.

22     **Q    So, I'm sorry.  You're saying you're**

23     **watching 60 people in two-month span, and about half.**

24     **What do you mean by that?**

25          A    I'll be watching 60 people, and out of the

| Confidential | | Page 92 |
|---|---|---|

```
 1   30 -- out of the 60, they will pull me off of 30 of

 2   them when I know I got a sure thing, somebody

 3   stealing, to go follow people of color.

 4       Q    When you say, "People of color," what do you

 5   mean by that?

 6       A    African Americans.

 7       Q    And when you say, "They," can you give me an

 8   approximate number of times Mike Hildreth did this?

 9       A    If it was, let's say, 30 times, he would do

10   it maybe 17 out of the 30.  Mike Berry would do

11   probably eight out of that, then, Brian Fisher would

12   call me and do -- I'll get eight out of that.  So

13   anywhere that adds up to 30.  Mostly it's -- because

14   Mike Berry would let me do me, but it was always --

15       Q    Okay.  What was that?

16       A    Mike berry let me do my job.  He

17   micromanaged a little bit, but he knew I could catch

18   shoplifters.  I've got -- if you ask anybody in

19   Lynchburg, I am the number one Asset Protection guy in

20   Lynchburg.  That's what I do.  And Mike left me alone,

21   but whenever Mike got around Fisher or Hildreth, he

22   falls in with that little group, with them and then,

23   "Hey, I got one over here in HBA."  I've had, like --

24       Q    Could you give me any other --

25       A    -- excuse me?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

1      Q     -- can you tell us, like, what they actually

2   observed --

3      A     Oh, they just, like --

4      Q     -- personally?

5      A     -- I have a guy that comes in.  It's a black

6   guy, comes in, there's something mentally wrong with

7   him.  Every time he comes in the store, they call me

8   to follow this guy.  He hasn't -- I don't know if it's

9   a disease or anything, but he just busts out laughing.

10   Every time he comes in the store, they call me to

11   follow him and he never steals a thing.  He pays for

12   everything he gets, every time he walks in the store

13   and he comes in the store probably three times a week.

14      Q     **Anytime though, that these managers called**

15   **you to follow people of color as you say, did you**

16   **catch anybody shoplifting?**

17      A     Sometimes, but most the time, no.  Let's say

18   out of that 60 that I'm following and then, they bring

19   off the watch those 30, I'll probably catch two out of

20   those 30 people that are African Americans.

21      Q     **And is this just a hypothetical you're**

22   **giving me?**

23      A     Yeah.

24      Q     **Now, any of these Asset -- or I'm sorry, any**

25   **of these managers, they're AP-09 authorized**

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                                 Page 94

```
 1   associates, correct?

 2        A    Yes.  All managers are.

 3        Q    Now, after the incident with the woman in

 4   the pink jacket that we watched on videos, did you

 5   have to write up any sort of report?

 6        A    I did write a statement after it happened.

 7   Yes.  When she wrote a letter to corporate of a

 8   complaint, I had to write a statement.

 9        Q    Did anybody -- or let me ask you this.  Did

10   Mike Berry ask you to write the statement?

11        A    Yes.

12        Q    Did you understand that there was an

13   investigation after she made the complaint?

14        A    Yes.  He called me in the office.  He asked

15   me to pull it up on video.  I did.  He actually reads

16   the complaint letter to me.  We both watched the

17   video.  He's like, "Well, I just need you to write a

18   statement."  He said, "You didn't do nothing wrong, so

19   I don't see what the problem is, but write a statement

20   anyway.  So I wrote a statement and then, he asked me

21   to burn the footage.  I burned the footage and then,

22   that was it.

23        Q    Going back to the screen again, here.  Are

24   you --

25        A    Yes.
```

COREY J. OSBORNE vs WAL-MART STORES EAST

```
 1        Q    Is this the statement that you provided
 2   about the incident --
 3        A    Yes.
 4        Q    -- with the customer on the --
 5        A    Yes.
 6        Q    -- reading through it here.  Did you ever
 7   tell Stephanie that you didn't think she had anything
 8   to worry about after the incident?
 9        A    I might have.  I don't think so, but I might
10   have, because I didn't see where anything was wrong,
11   because, like I say again, I didn't stop her.  But
12   Stephanie is a Customer Service Manager.  She can do a
13   receipt check.  There's been many times when people
14   did a receipt check, just -- and they, like, "Well,
15   thank you.  Have a good day." Same thing.  Stephanie
16   never said the girl was -- stole anything.  Stephanie
17   asked to do a receipt check.
18        Q    But here it says, "The female comes back in
19   the store being loud, trying to make a scene."  Did
20   you actually observe her in person when she came back
21   into the store?
22        A    I was standing outside.  She walks by me,
23   she goes in, like, they show -- when you showed the
24   video.  She was talking out loud and stuff outside,
25   and she walks in the store.  I didn't see her once --
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1   after she walks into the store until she walks back

2   out.  So what she did inside the store, I can't tell

3   you what she said or what she did, but when she walked

4   into the store at that time, she was being -- she was

5   upset.  She was loud and she was upset.

6       Q    Do you know what her allegations against

7   Wal-Mart were in the letter she wrote?

8       A    I just know bits and pieces, what Mike Berry

9   read to me and, one thing that I knew for good, that

10  she said that it was a big black man standing back

11  there.  He didn't say anything, but he looked very,

12  very intimidating.  That's what Mike Berry read to me.

13      Q    Do you know the customer's race?

14      A    Yes.  She was an African American.

15      Q    Did you find it offensive that she said that

16  about you in the complaint?

17      A    No, because I hear it all the time.  My wife

18  says I'm big and scary.

19              MS. INGLE:  If we could enter this

20  statement as Exhibit 17.

21              (Exhibit 17 was marked for

22              identification.)

23  BY MS. INGLE:

24      Q    At work, did Stephanie ever tell you that a

25  cashier had told her the description of the lady?

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 97

```
 1        A    Yes.  That's what -- that's what -- when she

 2   first approached me, Stephanie said one of her

 3   cashier's said, "A lady in a pink shirt with two small

 4   kid, a pink jacket, two small kids, didn't pay for all

 5   their stuff."  That's when I looked and said, "That's

 6   the only one I've seen with a pink coat on with two

 7   small kids."  So, I assume Stephanie went back inside

 8   and asked the cashier a better -- gave her a

 9   description of what this lady had on, and then, that's

10   when Stephanie came back out and then, we walked up

11   there.  So, what Stephanie went and asked the cashier,

12   I could not tell you.  They came to me because, you

13   know, I'm standing out there and then, here it is a

14   black lady.  Of course, they want me to go confront

15   her and that's when I told her --

16        Q    Do you know --

17        A    -- but I told them, I said --

18        Q    -- but --

19        A    -- "I can't confront her, because I didn't

20   see her do anything."

21        Q    -- but Stephanie didn't ask you to confront

22   her.  Did she?

23        A    No.  Stephanie asked for me to go with her

24   to walk down there.

25        Q    She didn't ask you to confront the woman?
```

```
 1        A    Nope.

 2        Q    Do you think Stephanie intended to confront

 3   the woman?

 4        A    I'm assuming she was, because she wanted --

 5   initiated all this.

 6        Q    Well, did you ever think to advise Stephanie

 7   that she shouldn't go talk to the woman?

 8        A    No, because that's not my job to advise her

 9   that.  That -- she knows that she has -- she can go do

10   a receipt check.  I'm not her supervisor.  I mean,

11   she's the Customer Service Manager.

12        Q    But she didn't actually see the woman take

13   anything or not pay for anything?

14        A    I can't answer that.

15        Q    But didn't she tell you that one of her

16   cashiers told her this woman didn't pay for something?

17        A    She did say that.

18        Q    So even if, hypothetically, the woman didn't

19   pay for anything, but no one -- well, let's say no one

20   who is AP authorized saw that, then, she couldn't be

21   stopped.  Is that --

22        A    Yeah.  I can't stop her, but --

23        Q    -- AP-09 policy?

24        A    -- I can't stop her, but anybody can do a

25   receipt check.  The guy working out there watering the
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Corey J. Osborne on 11/18/2021

1   flowers, he can go up to a person right there, "Can I

2   see your receipt?  Thank you."  And if it's stuff in

3   her bag that's stolen, he can't do nothing about it.

4   He can come back and tell me, and then, what I would

5   have to do is do an investigation and then, get PD

6   involved, because I didn't see it, but we have it on

7   camera.

8        **Q    Is it typical for people to go do receipt**

9   **checks as people are -- as customers are loading their**

10  **items into vehicles?**

11       A    If they have -- if they -- what's the word?

12  Had maybe somebody who didn't pay for something?  Yes.

13  You have people that might -- didn't scan water.  A

14  lot of people forget to scan dog food.  Say, "Oh.  He

15  didn't scan his dog food."  They will go, "Hey," and

16  they just go, "Can I receive your receipt, please?"

17  Boom.  "Hey, you didn't scan your dog food."  "Oh.  My

18  bad."  He goes back in, scans it, pays.  They do it

19  all the time.

20       **Q    Like the -- the big items you put under your**

21  **cart?**

22       A    Yeah.  They do it -- yes, ma'am.

23       **Q    So, after you wrote this witness statement,**

24  **looks like it's dated May 15, 2020, did you continue**

25  **to work for Wal-Mart?**

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1       A    I did.
 2       Q    And how -- well, let me ask you this.  When
 3  were you terminated from Wal-Mart?
 4       A    On May the 21st.
 5       Q    And how were you informed of your
 6  termination?
 7       A    They called me into the Management office.
 8  Mike Berry tells me, he says, "Man, I hate to tell you
 9  this."  He said, "I think it's wrong, he said, "but
10  Connie and Seth said I had to terminate you for the
11  incident that happened on," I guess -- what?  The 11th
12  or whatever.  The day it happened.  I'm like, "Okay.
13  Why am I getting terminated for something I didn't do?
14  This and that."  He said, "I don't know."  He said,
15  "This was the decision of Connie Morris and Seth
16  Harris.  And then, Mike told me to call The Open Door
17  policy, if I wanted to fight the termination.  So
18  that's when I called The Open Door.  Then, Open Door
19  told me they couldn't do a complaint until I talked to
20  the Store Manager.  The Store Manager refused to talk
21  to me, so I called back Open Door and told them that,
22  "I've called several times, I went there to talk to
23  him.  He refuses to talk to me."  So I called The Open
24  Door and told them everything that was going on.
25       Q    So, was the Store Manager -- was it still
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                          Page 101

```
 1    Ryan Fisher?

 2         A     Yes, ma'am.

 3         Q     Why did Open Door tell you you needed to

 4    talk to the Store Manager?

 5         A     I have no idea.  They said before I can file

 6    anything with them, I needed to talk to the Store

 7    Manager.  I went up to the store.  I called several

 8    times.  He hung up on me twice, before I even said,

 9    "Hello."  And then, what -- I actually went up there

10    and he told me -- he said, he has nothing to say.

11    That I need to go through the proper channels of Open

12    Door.  I'm like, "Okay."  I said, "Open Door told me

13    to call and talk to [him]."  He wouldn't even tell me

14    that.  He had Mike Hildreth come out and tell me that.

15         Q     So, when you say, "Open Door," what -- how

16    did you make an Open Door complaint?

17         A     I went and called that I got terminated for

18    something I didn't do; for actually doing my job.

19         Q     Did you call that ethics number we talked

20    about earlier?

21         A     Yeah.  And I had like four different people

22    call me back.

23         Q     And did they tell you -- who told you to

24    call or talk to the Store Manager?

25         A     The first person I talked to.  I don't
```

1   remember their name, but they told me to call it --

2   they told me I had to talk to the Store Manager first.

3        Q    Do you remember the date when you first

4   called to make --

5        A    It was probably -- probably May -- I think

6   it was May the 22nd.  The next day.  And that's when I

7   tried to call and talk to Mr. Fisher, then.  Wouldn't

8   receive my call twice, hung up on me both times.  So,

9   I go up to the store, refuses to speak to me.

10       Q    I'm going to share my screen again.  Mr.

11  Osborne, did you get a copy of this exit interview

12  form?

13       A    I don't think I did.  I might have.  I don't

14  think I did, but that's -- yeah.  He was the guy who

15  was an adjuster.

16       Q    What was Justin's position?

17       A    Assistant Manager.

18       Q    And did he say anything when you were having

19  the termination discussion with Mike Berry?

20       A    Nope.  He was just in there for a witness.

21       Q    Do you know if Mike was the one that writes

22  these manager comments on the exit interview form?

23       A    Yes.  Yes.  Mike wrote that.

24       Q    And you said he was the one to tell you to

25  file an Open Door complaint?

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Corey J. Osborne on 11/18/2021

```
 1        A    Yes.
 2        Q    Now, did you work on May 21st?
 3        A    For half a day.  I worked for about --
 4        Q    Okay.  You then --
 5        A    -- I worked for about four hours and then,
 6   that's when he called me back and terminated me.
 7                    MS. INGLE:  -- this as Exhibit 18.
 8                    (Exhibit 18 was marked for
 9                    identification.)
10   BY MS. INGLE:
11        Q    Mr. Osborne, have you ever seen a copy of
12   your typed up Ethics Complaint?
13        A    No.  I have not seen it.
14        Q    Give you a minute to look at this document.
15   Does this accurately describe the ethics complaint
16   that you had?
17        A    [No audible response.]
18        Q    Was that a, "Yes?"
19        A    What was the question again?
20        Q    This typed up Ethics Complaint, does it
21   accurately describe the ethics complaint you made?
22        A    Yes.
23        Q    You made it verbally on the phone.  Is that
24   correct?
25        A    That is correct.
```

```
 1                    MS. INGLE:  Enter this is Exhibit 19.

 2                    (Exhibit 19 was marked for

 3                    identification.)

 4    BY MS. INGLE:

 5         Q    So, I think we already did talk about this

 6    incident, where you said James Hornsby -- now, what

 7    was his position?

 8         A    He was the District Manager.

 9         Q    Okay.  So, he was in the office of Store

10    Manager, Ryan Fisher and James, who said, "I am glad I

11    have you two, now.  You all can catch some of your

12    people.  Jaylin Jackson was with me.

13         A    Mm-hmm.

14         Q    "This is Jaylin's second week of training."

15    That was the incident we talked about earlier when --

16         A    Yes.

17         Q    -- Jaylin started working in Asset

18    Protection.

19         A    Yes, ma'am.

20         Q    Then you say that you were terminated for --

21    "that you -- asked you if you had seen a customer --

22    matched."  That's the end of the description.  I think

23    it's missing a word here.  "The CSM was outside the

24    grocery store on the sidewalk.  Customer was asked for

25    a receipt."  Says, "I never stopped her.  I never
```

COREY J. OSBORNE vs WAL-MART STORES EAST

1   spoke to her.  The CSM said everything.  I was in a

2   yellow vests and at the time, I was getting carts and

3   CSM came to me stating that the cashier told her this.

4   I said, 'I can't do anything about it because I didn't

5   witness it.'  I told her that if I asked her for a

6   receipt, I would be fired."  Did you tell Stephanie

7   that?

8       A   I don't told her I would be fired.  I told

9   her I couldn't ask for a receipt because -- well, I

10  might have been, because I will be -- I would be fired

11  if I asked for a receipt, not doing a stop.  That's

12  why we never asked for receipts.

13      Q   So, Asset Protection never asks for

14  receipts?

15      A   No.  We do not ask for receipts.

16      Q   You say they fired you, but not Stephanie.

17  Do you know if they gave Stephanie any sort of

18  disciplinary action?

19      A   I have no idea, but I know she's been

20  disciplined before, but I don't know they disciplined

21  her this time.

22      Q   You say, "I feel like because I am a large

23  black man, they are discriminating against me."

24      A   Yes.

25      Q   Then there's another part to this where you

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 106

```
 1   say your Store Manager never called you back.  Three
 2   days later, you went to the store.  You asked the
 3   coach if you could have a pay stub, any type of
 4   paperwork you needed.  Store Manager was there --
 5        A    Yeah.  When I spoke to --
 6        Q    -- who --
 7        A    -- yeah.  So, Rich -- while I was there, I
 8   spoke to Coach Rich -- well, she wasn't Manager, but
 9   now they call it, "Coaches" -- and to Co-Manager, Mike
10   Hildreth, and came up front and then -- because I
11   asked them, because I see Ryan.  Ryan went through my
12   front, so I told him that I needed all subpoenas with
13   my names on it, so I would know to go to court and
14   then, all my write up paperwork, any kind of paperwork
15   dealing with Wal-Mart for disciplinary.  They refused.
16   They said I could not have it.  They said I could not
17   have the subpoenas when I got -- I think I got two
18   habeas, I'm not sure of the court, because they never
19   notified me that I had court cases.  I went up to the
20   store -- I went to the jail first, to turn myself in,
21   but then they -- the judge dismissed it.  And then, I
22   went to the store to ask for my subpoenas and Ryan
23   Fisher told me -- he said, "If you want your subpoenas
24   you need to get them subpoenaed."
25        Q    Were subpoenas issued to the store or to
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1   your residence?

 2        A    They was issued to the store, but they --

 3   they had my name on them, not Wal-Mart's name.

 4        Q    And who was Connie Morris?  What was her

 5   position?

 6        A    The District AP Manager.

 7        Q    So, had you ever met her before?

 8        A    Yes.

 9        Q    Did Wal-Mart reply back to you following

10   your ethics complaint to let you know the status?

11        A    Somebody called me back.  I can't remember -

12   - I know it was from Wal-Mart, but they just told me,

13   "We're looking into it," and I never heard anything

14   else back.

15        Q    Did they ever tell you the case was closed?

16        A    I don't remember if they did.  I'm not 100

17   percent sure of that.

18        Q    You eventually filed a charge of

19   discrimination with the EEOC.  Is that correct?

20        A    Yes, ma'am.

21        Q    Did you have any assistance in drafting your

22   charge of discrimination?

23        A    Any what?

24        Q    Assistance.  Did anybody help you?

25        A    Oh, no.  And -- nobody helped me besides my
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                    Corey J. Osborne on 11/18/2021                    Page 108

```
 1   attorney.
 2        Q    Okay.  You don't have to tell me anything
 3   your attorney said to you, but I'm going to show you
 4   this document and ask you a few questions about it.
 5   Can you see the Charge of Discrimination?
 6        A    Yes.
 7        Q    Now, in the Charge of Discrimination, you
 8   mentioned there were two positions for Asset
 9   Protection Manager --
10        A    Yes.
11        Q    -- that were never posted.
12        A    Yes.
13        Q    And that two white males who worked outside
14   the company were hired for the position.
15        A    One guy was working in the company.  One guy
16   was outside the company.  One guy was just a regular
17   floor stocker.  They call them a, "Cat2 Stocker."  And
18   then, the other guy was a former police officer.
19        Q    Cat2 --
20        A    Yes.
21        Q    -- employee of Wal-Mart?  What was his name?
22        A    Tyler.  That's all I know.
23        Q    I'm sorry.  What was that?
24        A    His name is -- his name is Tyler.  He's a AP
25   Manager; Tyler Beckert [ph], I believe.
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 109

```
 1        Q     And the guy who used to work for a police
 2   department, what was his name?
 3        A     Luke Robertson.
 4        Q     Now, did you ever tell anybody you wanted to
 5   be an Asset Protection Manager?
 6        A     Oh, yeah.  They knew it.  I did everything.
 7   And I told Mike Berry.  I did Mike Berry's job for
 8   him.  Mike did not do anything.  I should have been
 9   the AP Manager of Wards Road Wal-Mart, because I did
10   everything.  Mike would say, "Can you do this?"  Stuff
11   that's not my job that is solely for the AP Managers -
12   - his job to do -- I did it for Mike.  The weekly
13   reports that he had to do for OSHA.  I did those.
14   Doing this, doing that.  I did it.  He would be off,
15   "Hey, man.  Can you do this for me?  I forgot."  Of
16   course you forgot.  You always forget every week.  PD
17   would come in to speak -- when -- he got upset,
18   because when the police were called to speak to the AP
19   Manager, Mike would answer the phone, it was like,
20   "No.  We need to speak to Corey," because I knew
21   everything that went on in the store.
22        Q     So, did you ever tell Mike you wanted to be
23   Asset Protection Manager?
24        A     Yes.  Yes.  I have told him that.
25        Q     Did you ever tell Connie -- I'm sorry.  Go
```

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

1    ahead.

2        A    Yes.  I have told Mike.  Never told Connie,

3    because I used my chain of command.  Mike Berry's my

4    Manager.  I told him.  He should go tell Connie that,

5    "Hey.  I got a guy who's over qualified -- that's

6    really qualified to do this job," instead of training

7    two other guys to do the job.

8        **Q    Did you ever tell anybody, besides Mike that**

9    **you would like to be Asset Protection Manger?**

10       A    No, because Mike is my Manager.  That's who

11   I had to go through; my chain of command.  Mike's my

12   chain -- is my chain of command.

13                   MS. INGLE:  Enter the Charge of

14   Discrimination as Exhibit 20.

15                   (Exhibit 20 was marked for

16                   identification.)

17   BY MS. INGLE:

18       **Q    And here, in this charge, you mention the**

19   **incident may have occurred on or about May 11, 2020.**

20   **So we're talking about the incident that we saw in**

21   **video earlier.  Is that correct?**

22       A    Yes.

23       **Q    And you say the customer complained that you**

24   **looked intimidating while the Customer Service Manager**

25   **was checking her receipt?**

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 111

```
 1      A    Yes.

 2      Q    You say that was in the letter she wrote to

 3   Wal-Mart?

 4      A    That's what Mike Berry told me.

 5      Q    You say on or about May 5, 2020, "The

 6   Marketing Regional Store Manager said, 'I'm glad you

 7   two are here now.  You can start catching some of your

 8   people."  Is that the incident we talked about earlier

 9   with Jaylin and --

10      A    Yes.

11      Q    -- Hornsby --

12      A    Yes.  Yes, ma'am.

13      Q    -- Fisher?

14      A    Yes ma'am.  No.  No.  Yeah.  Mr. Hornsby,

15   Mr. Fisher.  Yes.

16      Q    And you said here, "The Marketing Regional

17   Manager would make comments like, 'Your people are out

18   there stealing and your people out there acting a

19   fool,' or words to that effect."  Who are you talking

20   about when you say Marketing Regional Manager?

21      A    That'd be James Hornsby.  Yes.  They called

22   him -- like, the Asset Protection Manager is called a,

23   "MAPM."  And I don't know what the weird name they

24   have for the regional person.

25      Q    When did Mr. Hornsby make these comments?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

1      A    I don't know exact dates, but he's made

2   those comments.

3      **Q    Do you know did anybody else witness him**

4   **saying those words, those phrases?**

5      A    He had all the Store Managers right there.

6   Mike Berry, Mike Hildreth.

7      **Q    Do you know what he would have been**

8   **referring to in saying that?**

9      A    Excuse me?  Referring --

10     **Q    Do you know what -- referring to in saying**

11  **that?**

12     A    -- I'm assuming, black people.  "Your

13  people."  I'm black, so.  So, he probably said, "Your

14  people."

15     **Q    Okay.  So I understand that you didn't**

16  **pursue the EEOC charge, eventually.  That got**

17  **withdrawn.  Is that correct?**

18     A    Excuse me?

19     **Q    I understand you didn't pursue the EEOC**

20  **charge.  Eventually, that got withdrawn and you**

21  **decided to pursue a lawsuit.  Is that correct?**

22     A    Yes.

23     **Q    See a copy of this -- have you reviewed the**

24  **Complaint in this case, the document that was filed in**

25  **Federal Court?  Have you seen this document before,**

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                         Page 113

```
 1    Mr. Osborne?

 2        A    Yes.

 3                  MS. INGLE:  And mark this as 21.

 4                  (Exhibit 21 was marked for

 5                  identification.)

 6    BY MS. INGLE:

 7        Q    I wanted to ask you about a few specific

 8    paragraphs in your Complaint.  The first is paragraph

 9    13.  It says that you engaged in protected activity

10    when you participated as a witness in a co-worker's

11    employment discrimination complaint.  What does that

12    refer to?

13        A    Oh, yeah.  With Jaylin?  When Jaylin came --

14    was upset when Mr. Hornsby made that comment, I'm a

15    witness to that.

16        Q    Did Jaylin ever complain about that comment?

17        A    He was right there when we both told Mike

18    Berry about it.  Yes.

19        Q    Do you know if Jaylin ever made a complaint

20    to Ethics, or --

21        A    I --

22        Q    anybody else besides Mike Berry?

23        A    -- yeah.  I would not know.

24        Q    And in paragraph 15, here, you say, "The

25    workplace was permeated by anti-black, racist comments
```

Confidential                                                    Page 114

1    and jokes made by management employees."  Is that what

2    you were telling me about earlier; those comments you

3    mentioned also in this paragraph, Ryan Fischer,

4    Michael Hildreth --

5         A    Yes ma'am.

6         Q    -- Hornsby.   Is there anybody else --

7         A    No, ma'am.

8         Q    -- that -- comments from?

9         A    No.  They not that dumb to say it in front

10   of other people.  They made that one mistake when they

11   said in front of Jaylin, but all the other times they

12   only said it to me.

13        Q    And in paragraph 16, where you say that you

14   reported the anti-black, racist comments and jokes to

15   your supervisor, Michael Berry, is that the incident

16   where you and Jaylin --

17        A    Yes.

18        Q    -- said something to Michael Berry?  Now,

19   did you --

20        A    Yes.

21        Q    -- so, that's just in reference to the

22   comments made to you and Jaylin by -- for Hildreth and

23   for Fisher?

24        A    Yes.

25        Q    I'm sorry.  Mr. Hornsby and Mr. Fisher?

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1        A    Yes.
 2        Q    Okay.  Did you report anything else to Mike
 3   Berry about feeling like you're getting pulled off
 4   surveillance of --
 5        A    I told --
 6        Q    -- people that were stealing --
 7        A    -- yes.  I had told Mike -- yes.  I had told
 8   Mike about that and Mike's been one -- he's one of
 9   them that has pulled me off of them.
10        Q    Did you complain to him about it?
11        A    Yes.  Like, you know, I tell them, "Some
12   black guy that's a sure thing.  I seen her conceal it
13   and everything, but you all call me to follow this
14   one.  This person didn't do absolutely nothing."  And
15   they, "Oh, man.  I could have sworn she was going to
16   get us for this."  Like, they didn't get nothing.
17   They paid for everything they picked up.  I said, "But
18   then I'll go back on video and show you."  I said,
19   "Look.  She's concealing it right now.  Look.  You see
20   me right there watching her?"  Boom.  You all --
21   that's when you all called me.  I walk away.  She
22   walks out the door with it.
23        Q    Are there certain departments at the store
24   that require more attention because thefts are higher
25   in certain departments?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                                 Page 116

1        A    Yes.

2        **Q    What departments are those?**

3        A    HBA, infants, electronics.  I mean, if it --

4    the shadow, it won't move, they will steal it.  And it

5    just -- the whole store is a big thing, but -- HBA,

6    because most of that stuff, lotion, women's products,

7    females' clothing, electronics, automotive -- most of

8    the times when I'm getting called off something, I'm

9    in the woman's department watching somebody conceal,

10    because usually they put it in a purse.

11        **Q    So, would you ever be called to then go,**

12    **maybe other -- in departments of products of higher**

13    **value, like electronics or automotive?**

14        A    Say that again, please.

15        **Q    Would you ever then be called away from the**

16    **women's products department to go, sort of, in**

17    **departments -- of higher value, like electronics or**

18    **automotive?**

19        A    Well, yeah.  But like I said, all of its

20    high theft and I only -- I wouldn't leave a -- I'm on

21    a sure thing.  I got concealment.  I got all the

22    elements, for somebody that just walked in.  Just

23    because they're black, they call me off that to go

24    follow them, when I'm -- I got all the elements I need

25    right now to stop this person as soon as they go

Confidential                  Corey J. Osborne on 11/18/2021                  Page 117

```
 1    through the door.  They see some black lady or black

 2    dad come in, "I need you to come follow this person."

 3    I would let them know that, "Hey, all I got to do is

 4    stop this person at the door.  She's got everything on

 5    their person right now."  "Hey, get off that one and

 6    come to this one.  This one is a sure thing.  I'm

 7    telling you."  I'm, like, "Why am I leaving a sure

 8    thing for what you think is a sure thing and, it turns

 9    out, it's not," because the people they get me to

10    follow pay for their stuff?

11         Q    Okay.  And looks like in paragraph 20, here,

12    you say you don't approach vehicles in this paragraph.

13    Is that your position about approaching this customer

14    that made the complaint against Wal-Mart?

15         A    Yes.  In the video you showed, I did not

16    approach her or the vehicle.  I'm back at least five

17    feet from her.

18         Q    In paragraph 24, you talk about how Virginia

19    had issued multiple subpoenas for your appearance in

20    court to testify in cases involving your employment

21    with Wal-Mart.

22         A    Yes.

23         Q    And I'm assuming those were shoplifting

24    cases.  Is that correct?

25         A    That's correct.
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Page 118

```
 1        Q     And you said the subpoenas had been served
 2   on Wal-Mart?
 3        A     Yeah.  The subpoenas were -- the Deputy
 4   would come, bring it to Wal-Mart.  Wal-Mart has to
 5   have them signed for them or they would take them,
 6   knowing I do not work there anymore.  So they would
 7   sign and take them and then, I have a court date I
 8   have no idea of knowing.  I have a police officer
 9   calls me at home and say, "Hey, they got a habeas for
10   you, because you didn't show up for court today."  I
11   didn't have court.  So I go to do all the stuff down
12   at the jail at the barrister.  Go to Wal-Mart.  I talk
13   to Mr. Fisher there and I ask him, I say, "I need my
14   my subpoenas because, you know, I have habeas.  I had
15   two knocked on me and I need my subpoenas."  He said,
16   "Well, if you want your subpoenas, you need to get
17   them subpoenaed.  They belong to Wal-Mart."  And when
18   I actually talk to the Commonwealth Attorney -- they
19   and the judge -- he said, "That is not true.  The
20   subpoenas actually belong to the State," but they are
21   to inform me of any court dates that any subpoenas
22   that come there or tell the Deputy I no longer work
23   there.
24        Q     Now, did the AP-09 policy have a part of it
25   that dealt with -- for in-court appearances?
```

```
 1        A    Yes.  It does.
 2        Q    And -- I pulled this up on the screen here.
 3   Do you understand this to be part of the AP-09 policy
 4   that deals with court procedures?
 5        A    Yes.  Yes.
 6        Q    Do you understand that if a subpoena was
 7   received it was supposed to be submitted to Wal-Mart's
 8   Legal Department?
 9        A    That all goes on Mike Berry.  He is the
10   Manager, not me.
11                  MS. INGLE:  We can mark this as Exhibit
12   22.
13                  (Exhibit 22 was marked for
14                  identification.)
15   BY MS. INGLE:
16        Q    And in paragraph 30, you mention that you
17   suffered severe emotional and psychological distress.
18   Have you treated with any medical providers for that?
19        A    I went to the hospital.  My -- Dr. Dobbins -
20   - that I went to the emergency room.  They put me on
21   heart medication and then, I had -- I just got -- I
22   already had asthma, but they put me on -- my -- they
23   said that my blood pressure had skyrocketed.
24        Q    Did you have any underlying heart conditions
25   before --
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                Page 120

```
 1      A    No.

 2      Q    -- terminating Wal-Mart?

 3      A    Nope.

 4      Q    You said you already had asthma.  Is that
 5   correct?

 6      A    Yeah.  I had asthma, but I was -- last time
 7   I went to this doctor, it was prior, probably, maybe
 8   two months prior or something for asthma, he checked
 9   everything.  Everything was good.  Then this happened
10   and then, Wal-Mart gives me a heart attack.

11      Q    I'm sorry.  What was the last part?

12      A    I said, "Yeah.  Then all the problems with
13   the heart, dealing with all the stress from Wal-Mart,
14   almost gave me a heart attack."

15      Q    And so, what are you seeking as a result of
16   your lawsuit against Wal-Mart?

17      A    What am I seeking?

18      Q    Yeah.  Like, what are you hoping to recover
19   as a result of your lawsuit against Wal-Mart?

20      A    Damages and lost wages.

21      Q    So, we'll talk about, I guess, the lost
22   wages portion.  You found employment after your
23   termination for Wal-Mart, correct?

24      A    Yeah.  About four months later.  I had a
25   vehicle repossessed.  I had bills that were -- that
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1   were fall -- way behind because of the termination,

 2   vehicle that needs to be repaired.  I had to struggle

 3   -- I had -- without a vehicle for a while.  Had to

 4   testify for free.  I still was going to court for Wal-

 5   Mart.  They wouldn't pay me.  I had to miss time from

 6   work, drive from Lynchburg -- from Danville to

 7   Lynchburg to come to court and then, drive back to

 8   Danville to go to work.  I didn't get paid for

 9   mileage, time I missed for work, nothing.

10       Q    And you found employment with -- was it,

11   Allied Security after --

12       A    Yes, ma'am.

13       Q    -- Wal-Mart?

14       A    Yes, ma'am.

15       Q    When did you secure employment with Allied?

16       A    In September.

17       Q    Of 2020?

18       A    Yes.

19       Q    And what was your position there?

20       A    Just a Security Guard.

21       Q    Where were you a Security Guard?

22       A    I was at two locations.  I was at the VEC in

23   Danville for two and a half months and then, I went to

24   the VEC in South Boston for the -- I think, the last

25   five months.
```

Confidential                                                    Page 122

```
 1        Q    So you said the DMV, initially?

 2        A    VEC.

 3        Q    VEC, as in Virginia Employment Commission?

 4        A    Yes, ma'am.

 5        Q    Okay.  So it -- Allied contracted with the

 6   State to provide security at its State agencies?

 7        A    Yes.  And so --

 8        Q    Did you get unemployment -- oh, I'm sorry.

 9        A    -- I had to commute all the way from

10   Lynchburg to Danville every day and round trip, and

11   then, that made one of my vehicles, it -- motor went

12   to one of my vehicles, so then, I had to take my

13   daughter's vehicle, use hers, and then, the

14   transmission went in hers.

15        Q    That's when you were commuting --

16        A    Yes.

17        Q    -- Danville?

18        A    To Danville and then, to Boston.  Yes.

19        Q    Now, did you apply for unemployment benefits

20   after your termination from Wal-Mart?

21        A    Yes.  I did.

22        Q    Did you get those?

23        A    Yeah.  Five months later.

24        Q    Why do you think it took so long to get

25   those?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                    Corey J. Osborne on 11/18/2021                    Page 123

```
 1        A     It was in the pandemic.
 2        Q     VEC was slow at that time?
 3        A     Oh, yeah -- yep.
 4        Q     And when you worked for Allied, what did --
 5   what were your earnings?
 6        A     Excuse me?
 7        Q     How much did you make?  What were your
 8   earnings with Allied?  How much did you make per hour?
 9        A     $14.00 an hour.
10        Q     I'm sorry.  What was that?
11        A     $14.00 an hour.
12        Q     Okay.  And why did you leave Allied?
13        A     I got a new job in Arrow.
14        Q     So, was your pay always $14.00 an hour when
15   you work at Allied?
16        A     It was 14 then it went to 17 and then, it
17   dropped down to 15, because they lost a --
18        Q     Did it -- oh, no.  I'm sorry.  Go ahead.
19        A     -- they lost the contract with the VECs, so
20   I was unemployed for two weeks and then, they brought
21   me back on, but then, they gave -- they did a pay cut.
22        Q     When did you start looking for work after
23   your termination from Wal-Mart?
24        A     That Monday.
25        Q     So the Monday right after --
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

```
 1      A    Yes.

 2      Q    -- termination?

 3      A    Yes.

 4      Q    Screen again here, looking at Interrogatory

 5   number 15 that we sent you asking about your efforts

 6   to obtain employment after you were separated from

 7   employment with Wal-Mart, and you listed some

 8   employers here, a G4S Technology in June, 2020, Allied

 9   Universal Security Services, which is where I

10   understand you worked for some time.

11      A    Mm-hmm.

12      Q    Arrow Solutions, which is where you work now

13   from what I understand and then, it looks like you

14   reapplied to work for Sweet Briar.  Is that correct?

15      A    Yes.

16      Q    Did you apply for any other jobs after your

17   termination from Wal-Mart?

18      A    I applied for several -- several online.  I

19   applied for the TSA at the airport.  What else?  What

20   was one?  Verizon.  I was going to try to sell cell

21   phones at -- and that was pretty much it.  I applied

22   at Lowe's.  I did apply for them, as well.  Home

23   Depot, I did apply.

24      Q    Another document, Mr. Osborne.  Mr. Osborne,

25   is this an updated version of your resume?
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                      Page 125

```
 1      A    As -- no.  Because I haven't put down Arrow

 2   Solutions yet.

 3      Q    Okay.  Do you think you would have submitted

 4   this before --

 5      A    Yeah.

 6      Q    -- you became employed there --

 7      A    Yes.

 8      Q    -- during your job search?

 9      A    Mm-hmm.

10      Q    There a couple of jobs on here, I noticed, I

11   don't think we talked about earlier.  Manpower

12   International?

13      A    Yes.

14      Q    What did you do there?

15      A    It's a temp job.  It's a temp service.

16      Q    And what kind of work did you perform there?

17      A    I went to wherever they sent me.  One day I

18   was at a food processing place.  One day I was doing

19   construction.  They just send me to different jobs.

20   There was multiple stuff.

21      Q    And then ERNC Security.

22      A    Yes.

23      Q    What was that?

24      A    River Ridge Mall Security.  They just

25   changed names.
```

COREY J. OSBORNE vs WAL-MART STORES EAST

Confidential          Corey J. Osborne on 11/18/2021          Page 126

1       Q     Was that -- okay.

2              MS. INGLE:  Okay.  Mark this as Exhibit

3    23.

4              (Exhibit 23 was marked for

5              identification.)

6  BY MS. INGLE:

7       Q     So I know that you talked about having some

8  -- having to go on heart medication, elevated blood

9  pressure -- you said, asthma, but have you had any

10 what you'd call significant health events since May,

11 2020?

12      A     Besides that?  No.  Before then?  No.

13      Q     Besides asthma, do you have any other kind

14 of chronic health conditions?

15      A     No.

16      Q     Have you ever applied for Social Security

17 Disability?

18      A     No.

19             MS. INGLE:  Those are all the questions

20 I have for you, Mr. Osborne.  Your attorney has some,

21 no?

22             MR. VALOIS:  Okay.  Let me get this on

23 the record.  Can you crouch in next to me?

24             THE WITNESS:  Mm-hmm.

25             MR. VALOIS:  Can -- Madame Court

**COREY J. OSBORNE vs WAL-MART STORES EAST**

```
 1   Reporter, can you hear both of us?

 2                   THE REPORTER:  Yes, sir.  I can.

 3                   MR. VALOIS:  Thank you.

 4                        EXAMINATION

 5   BY MR. VALOIS:

 6        Q    Mr. Osborne, did you have any contact with

 7   the lady in the pink jacket?

 8        A    No.

 9        Q    Did you say any words to her?

10        A    No.  I did not.

11        Q    Did you get closer than that five feet to

12   her at any time?

13        A    No.

14                   THE REPORTER:  Okay.  Sir, I cannot

15   hear you.

16                   MR. VALOIS:  Okay.  Did you get the

17   question about the pink jacket?

18                   THE REPORTER:  Barely.

19                   MR. VALOIS:  Okay.

20   BY MR. VALOIS:

21        Q    Mr. Osborne, did you ever get closer than

22   about five feet to this lady?

23        A    No.  I did not.

24        Q    Was it your job to observe her?

25        A    [Inaudible].
```

COREY J. OSBORNE vs WAL-MART STORES EAST

Corey J. Osborne on 11/18/2021

```
 1                    THE REPORTER:  I cannot hear Mr.
 2   Osborne, now.
 3                    MR. VALOIS:  You know what?  This is --
 4   we're going to -- we're just going to forget it.  I'll
 5   save it for trial, if necessary, but thanks.  No
 6   further questions.
 7                    THE REPORTER:  Okay.
 8                    MS. INGLE:  That's all I have.
 9                    MR. VALOIS:  He'll read and sign,
10   please.
11                    THE REPORTER:  Okay.
12                    MR. VALOIS:  And Madame Court Reporter,
13   if you can do digital delivery, that would be ideal.
14                    THE REPORTER:  Okay.
15                    MS. INGLE:  We'd like digital, as well.
16                    THE REPORTER:  Standard okay for
17   everybody?
18                    MS. INGLE:  Mm-hmm.  Yes.  So, that's
19   good.
20                    MR. VALOIS:  I'll designate this as
21   confidential pursuant to the Protective Order, if
22   that's okay.
23                    MS. INGLE:  Yes.  Yes.  Many of the
24   exhibits were marked confidential, so we should -- so
25   -- well.  Thank you for your time today, Mr. Osborne.
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                    Corey J. Osborne on 11/18/2021                    Page 129

```
 1                    MR. VALOIS:  All right.  Thank you.

 2    Does that conclude the deposition?

 3                    MS. INGLE:  It does.  Thank you all for

 4    your time.

 5                    THE WITNESS:  Yes, ma'am.  Thank you.

 6                    THE REPORTER:  Everyone have a good

 7    day.

 8                     (Signature reserved.)

 9                    (Whereupon, at 5:01 p.m., the

10                    proceeding was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      CERTIFICATE OF SHORTHAND/DIGITAL COURT REPORTER

 2   COMMONWEALTH OF VIRGINIA:

 3

 4      I, Nicole M. Peals, Virginia Notary Public, do

 5   hereby certify that the foregoing testimony was taken

 6   before me at the time and place hereinbefore set

 7   fourth; that the witness (es) were duly sworn to tell

 8   the truth, the whole truth, and nothing but the truth,

 9   that said testimony was taken by me electronically and

10   thereafter reduced to computer transcription, and I

11   certify that this is a true and accurate transcript to

12   the best of my ability.

13      I further certify that I am neither counsel for,

14   related to, nor employed by any of the parties to this

15   case and have no interest, financial or otherwise, in

16   its outcome. IN WITNESS WHEREOF, I have hereunto set

17   my hand and affixed my notarial seal this 18th day of

18   November, 2021.

19

20                              Nicole M Peals

21          Notary Public Registration No. _778093_

22             My commission expires: _4/30/2022_

23

24   [X] Review of the transcript was requested.

25
```

```
 1                  CHANGES AND SIGNATURE

 2   WITNESS NAME: Corey J. Osborne, 11/18/2021

 3   PAGE    LINE    CHANGE              REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20       I, Corey J. Osborne, have read the foregoing

21   transcript and hereby affix my signature that same is

22   true and correct, except as noted above.

23

24                   _____

25                        Corey J. Osborne
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                    Corey J. Osborne on 11/18/2021                    Index: $14.00..7

---

**$**

**$14.00**
123:9,11,
14

**$20.00**  11:22

**$30.00**  11:25

---

**-**

**-the**  46:25

---

**0**

**09**  66:6

---

**1**

**1**  13:20,21

**1-800-WMETHICS**
44:3

**10**  51:8
58:25 59:1

**100**  27:14,
17 32:24
42:10,15
107:16

**11**  15:5
63:25 64:1
110:19

**11th**  100:11

**12**  13:25
16:22
68:10
76:25

**12A**  68:11

**12B**  77:1

**13**  10:3
82:1,2
113:9

**1305**  24:13

**14**  82:19,20
123:16

**14th**  23:10

**15**  83:15,16
99:24
113:24
123:17
124:5

**15th**  12:4,5

**16**  84:16
114:13

**17**  10:3,11
13:4 92:10
96:20,21
123:16

**18**  9:25
18:17
103:7,8

**19**  104:1,2

**1973**  10:11

**1992**  18:13

**1998**  19:6

**1st**  58:11

---

**2**

**2**  18:6,7

**20**  10:3
13:4 40:18
110:14,15
117:11

**2012**  15:5

**2017**  23:10
40:18

**2018**  65:16

**2019**  9:8
15:3

**2020**  62:23
99:24
110:19
111:5
121:17
124:8
126:11

**2021**  63:4
68:15

**202220**  63:3

**21**  113:3,4

**21st**  58:8,
11 100:4
103:2

**22**  63:4
119:12,13

**22nd**  62:10
102:6

**23**  126:3,4

**24**  117:18

**24502**  9:6,11

**246**  9:5

**27th**  11:11

---

**3**

**3**  29:8

**30**  16:15
51:2 68:3
92:1,9,10,
13 93:19,
20 119:16

**3405**  19:22

---

**4**

**4**  29:9,10

**40**  51:6

**45**  51:6,7,8

---

**5**

**5**  35:25
36:1 111:5

**5:01**  129:9

---

**6**

**6**  38:5,6

**60**  71:10
91:20,23,
25 92:1
93:18

**64**  9:10

---

**7**

**7**  41:12,13

---

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                 Corey J. Osborne on 11/18/2021                 Index: 8..AP

---

**8**

8  44:10,11

---

**9**

9  58:13,14

900  74:25

---

**A**

Aaliyah  9:23
  10:3

AB  48:6

ability
  7:22,25

absolutely
  115:14

academies
  41:9

academy  20:7
  38:15,17,
  24  39:2
  41:6,7

access  29:4
  75:25

accident
  14:21
  15:2,8
  16:4,13,19

accurate
  17:10
  19:19  21:7
  29:16

36:24

accurately
  25:14
  103:15,21

acting  46:6
  47:22
  49:15
  111:18

action  14:4
  15:8  36:14
  47:10
  58:23
  59:15,22
  60:9,13
  62:10  63:1
  65:7
  105:18

actions  14:5
  16:21,23
  17:10  64:4

active  60:9
  63:7,9

activity
  113:9

actual  8:13
  48:19,20
  49:1  60:25

address  9:4,
  7,21

adds  92:13

adjuster
  102:15

advise  98:6,
  8

afraid
  57:12,14

African
  52:1,6
  92:6  93:20
  96:14

afternoon
  5:9

age  9:25

agencies
  122:6

ages  10:2

agree  43:15

ahead  37:11
  38:13
  45:16
  48:12
  53:17
  66:19
  110:1
  123:18

airport
  124:19

alert  32:9

alerted
  85:6,7

allegations
  96:6

Alleys  47:10

alleyway
  34:6

Allied
  121:11,15

122:5
123:4,8,
12,15
124:8

allowed
  26:25

alter  77:13

altered  78:4

American
  52:6  96:14

Americans
  52:1  92:6
  93:20

angle  83:24

answers  7:5
  13:18

Anthony
  66:13

anti-black
  113:25
  114:14

anymore
  66:1,5,7,
  15  84:13
  118:6

Anytime
  85:25
  93:14

AP  27:4
  48:4  52:21
  53:18  58:9
  60:23,24
  87:6,16,17
  88:5  89:13

---

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

98:20
107:6
108:24
109:9,11,
18

**AP-** 66:5

**AP-09** 26:2,7
28:16
30:24
31:14 35:1
36:13 38:9
40:12,13
41:2,4
65:22
93:25
98:23
118:24
119:3

**AP-090** 70:1

**apartment**
12:25

**appearance**
117:19

**appearances**
118:25

**application**
23:24

**applied**
124:18,19,
21 126:16

**apply** 122:19
124:16,22,
23

**apprehend**

21:14,17
22:1,4
24:22
27:1,3
33:23

**apprehending**
21:22

**apprehension**
27:10
33:11

**apprehensions**
30:12 34:4

**approach**
26:19
27:1,2
29:14
33:13
34:16,18
67:13
117:12,16

**approached**
65:18
81:7,11
82:13,16
83:5,22
97:2

**approaches**
37:17

**approaching**
31:12
117:13

**approximate**
46:18
91:16 92:8

**approximately**

19:16 49:3
50:4 58:5

**April** 58:9,
10

**area** 54:16
61:2 64:9
69:24 83:7

**areas** 72:8

**arm** 75:12

**arm's** 67:16

**Army** 18:13,
16,20,22
19:2

**Arrow** 11:6,
7,9,19
12:7,16
123:13
124:12
125:1

**asks** 105:13

**aspect** 78:4

**asset** 16:18
17:8,16
24:8,14,20
25:15,19,
25 26:8
31:3,8,17,
24 33:7
35:12,13
36:10,16
39:7 50:21
52:1 62:15
92:19
93:24

104:17
105:13
108:8
109:5,23
110:9
111:22

**assistance**
107:21,24

**Assistant**
19:12,14
46:21 61:7
102:17

**Associate**
21:11,13
24:15,21
25:15,19
26:9 27:5,
15 60:23
63:6,14

**Associate's**
10:19

**associates**
26:1,25
29:3
30:11,14,
25 31:2
35:10,13,
15 39:8
40:13,16
47:3,5
50:21 65:5
68:23 94:1

**assume** 72:20
97:7

**assuming**

COREY J. OSBORNE vs WAL-MART STORES EAST

Confidential                                                                Index: asthma..Benning

44:8 80:21
83:12 98:4
112:12
117:23

**asthma**
119:22
120:4,6,8
126:9,13

**attack**
120:10,14

**attention**
115:24

**attorney**
5:13 6:12,
16 8:22,25
28:5
108:1,3
118:18
126:20

**attributed**
46:17

**audible**
42:18
59:25
73:13
103:17

**August**  19:6

**Authority**
13:1

**Authorize**
30:19

**authorized**
30:14,17,
22,25 31:2

35:9,15
40:13,16
70:1 93:25
98:20

**automotive**
48:6
116:7,13,
18

_____

B
_____

**back**  15:16,
21 16:4,9
30:3,4,7
31:17
40:22
41:18,19
46:10
47:11
52:15 62:4
64:16,21
65:3 67:22
69:6,8,9,
10 72:18
73:12,15
74:2 75:13
76:18
78:18
80:13,21,
22,24
81:2,4,8,
19,23,24
82:15
94:23
95:18,20
96:1,10
97:7,10
99:4,18

100:21
101:22
103:6
106:1
107:9,11,
14 115:18
117:16
121:7
123:21

**backing**
51:13

**bad**  91:2
99:18

**bag**  67:2
71:3,11,13
85:3 87:11
99:3

**bagging**
71:18

**bags**  71:7

**balancing**
62:14

**balls**  48:3

**bankruptcy**
17:18

**barcode**  72:1

**Barely**
127:18

**barrister**
118:12

**Barry**  76:10

**based**  39:5
55:2 56:14

**Basic**  20:7

**basically**
9:13 10:18
12:13
15:20 26:8
28:21
44:23,24
45:14
46:5,7
47:18
49:11
50:13
54:12
64:10
69:17
70:25
85:21

**basket**  89:7

**Bear**  13:13

**beat**  48:20

**Beckert**
108:25

**beer**  66:11,
24 67:5

**beginning**
18:13

**belong**
118:17,20

**belt**  84:9,
22

**benefits**
122:19

**Benning**
18:23,24

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                                 Index: berry..call

19:1

**berry** 23:15,
18,25 24:4
25:22
52:24,25
53:2 57:8,
18,21
70:15 76:3
87:18
89:22
92:10,14,
16 94:10
96:8,12
100:8
102:19
109:7
111:4
112:6
113:18,22
114:15,18
115:3
119:9

**Berry's**
109:7
110:3

**Bethany** 5:10
79:12
82:4,24

**big** 71:1,9
80:19
84:23,25
85:24
86:20
96:10,18
99:20
116:5

**bigger** 25:11
40:1

**bills** 120:25

**bin** 39:18

**bins** 39:13

**birth** 10:8,
10

**bit** 5:14
32:2 79:22
92:17

**bite** 56:2

**bits** 96:8

**black** 45:20
46:12 48:1
49:9,14
50:19
85:24
86:21
87:8,9,20,
25 88:5,10
93:5 96:10
97:14
105:23
112:12,13
115:12
116:23
117:1

**blah** 50:17
54:11,17
57:11
61:13,25
64:22

**blood** 40:21
119:23

126:8

**Blue** 20:2

**book** 56:7

**Boom** 99:17
115:20

**borne** 40:21

**boss** 89:18,
20

**Boston**
121:24
122:18

**bother** 49:7
53:6

**bought** 71:15

**boundaries**
26:10

**boyfriend**
80:4

**break** 7:17,
20 73:9
75:6

**Brian** 92:11

**Briar** 22:15,
20 124:14

**bring** 15:6
93:18
118:4

**brought**
123:20

**brushed** 46:8

**BS** 54:18

**bucks** 71:10

**buddy** 62:4

**Builder** 41:7

**building**
69:10

**bullet** 56:3

**bunch** 45:23

**burn** 94:21

**burned** 75:22
94:21

**bus** 63:22

**business**
48:14

**businesses**
12:17,22
17:15

**busts** 93:9

**Bye** 54:17

_____
C
_____

**C-O-R-E-Y**
5:21

**Caleb** 9:23
10:3

**call** 16:1
26:12
30:10
37:13
43:12,16,
20,22
44:5,21
45:22

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

47:10
49:15
63:15,16
71:18 84:8
86:1 87:4,
22 88:4
89:13
92:12
93:7,10
100:16
101:13,19,
22,24
102:1,7,8
106:9
108:17
115:13
116:23
126:10

**called** 5:4
11:5 12:19
20:15
23:25 26:2
35:1 40:13
41:6,21
42:8 43:11
44:7,14,16
49:8 56:7
63:13
64:16
66:17 87:1
93:14
94:14
100:7,18,
21,22,23
101:7,17
102:4
103:6
106:1

107:11
109:18
111:21,22
115:21
116:8,11,
15

**calls** 12:11
64:20
118:9

**calm** 85:24

**camera** 47:12
71:20
83:24 99:7

**cameras**
21:16,18
24:25 72:6
75:23,25
84:2,10

**Candlers**
19:22

**cans** 67:6

**car** 14:21
15:2
34:21,23
73:3,4
79:11
86:12

**care** 49:10,
11 56:5
71:2 72:19

**carrier** 21:4

**carry** 37:24,
25

**cars** 34:19

**cart** 99:21

**carts** 105:2

**case** 6:10
8:17 9:1
14:7,9
53:22
66:11,24
68:6 86:13
107:15
112:24

**cases** 6:7
7:2 14:12
28:11
106:19
117:20,24

**cash** 33:2
34:6 69:18

**cashier**
72:20
96:25
97:8,11
105:3

**cashier's**
97:3

**cashiers**
72:19
85:13
98:16

**Cat2**
108:17,19

**catch** 52:19
92:17
93:16,19
104:11

**catching**
46:13 51:5
111:7

**caught** 14:16
33:1

**cell** 124:20

**CEO** 43:2

**certified**
21:19
38:11

**chain** 110:3,
11,12

**changed**
125:25

**channels**
101:11

**charge** 17:1
21:14,18
24:22
107:18,22
108:5,7
110:13,18
112:16,20

**charges** 68:7

**Charlottesvill
e** 12:21

**chase** 29:21

**chat** 13:14
25:6 28:12
65:13

**check** 27:5,
6,10 31:10
69:4,19

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                    Index: checked..comply

70:4,20
71:3,15
72:23
80:25 84:7
95:13,14,
17 98:10,
25

**checked**
81:14
120:8

**checking**
70:23
110:25

**checks** 22:22
69:7 70:7
99:9

**child** 10:4

**children**
9:23,24

**children's**
10:2

**choose** 43:18
86:5,8

**chronic**
126:14

**claims** 17:5

**clarify** 7:14

**clarity**
77:16

**classes**
40:20

**clean** 63:23

**clear** 78:3

**client** 77:9

**closed**
107:15

**closer**
127:11,21

**closes** 57:12

**clothing**
116:7

**Co-** 46:22

**Co-manager**
45:12
46:24,25
106:9

**co-worker's**
113:10

**coach** 106:3,
8

**Coaches**
106:9

**coaching**
59:8,10,11

**coat** 68:24
97:6

**codes** 59:10,
12

**Coleman**
61:5,20

**college**
10:18
22:15,20,
24 23:1,6,
7

**color** 59:10,
11 86:25
89:3 92:3,
4 93:15

**command**
110:3,11,
12

**comment** 45:5
46:11
47:19
52:7,13
61:8 63:10
113:14,16

**comments**
46:5,7,17,
19 47:1
63:23
102:22
111:17,25
112:2
113:25
114:2,8,
14,22

**Commission**
122:3

**Commonwealth**
118:18

**commute**
122:9

**commuting**
122:15

**company**
11:3,5
12:9 25:24
36:18

108:14,15,
16

**compensation**
17:5

**complain**
113:16
115:10

**complained**
110:23

**complaint**
43:21
55:4,6
56:3,17,22
57:7 58:18
62:6 76:7
94:8,13,16
96:16
100:19
101:16
102:25
103:12,15,
20,21
107:10
112:24
113:8,11,
19 117:14

**complaints**
43:8 55:23

**complete**
39:4

**complexes**
12:25 13:1

**compliance**
26:2

**comply** 36:12

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021
Confidential                                                 Index: complying..count

complying
  25:24

computer
  40:19  41:3

computer's
  39:24

computer-
  39:4

computers
  40:23
  41:20  42:5
  78:14,15

conceal
  32:16  38:1
  66:8  88:13
  89:5
  115:12
  116:9

concealed
  65:19
  66:3,6,10,
  23  67:14

concealing
  27:18,23
  61:3
  115:19

concealment
  34:14
  88:20
  116:21

concerns
  44:6

conclude
  129:2

concluded
  129:10

conditions
  7:24  21:20
  119:24
  126:14

conference
  41:19

confidential
  128:21,24

confirm
  66:14

conflict
  20:12,13

confront
  97:14,19,
  21,25  98:2

confrontation
  85:22

congratulation
s  11:16

Connie
  100:10,15
  107:4
  109:25
  110:2,4

considered
  32:12
  35:14
  84:25

construction
  125:19

contact
  23:19  44:1

127:6

contacted
  23:13,20

Contents
  43:2

continue
  16:3  37:8
  99:24

continued
  16:5

contract
  123:19

contracted
  122:5

contracts
  12:8

control
  45:16

conversations
  62:12,20

conveyor
  84:9,22

convicted
  17:20

copy  28:23
  36:9  77:5
  78:6,8
  102:11
  103:11
  112:23

Corey  5:3,
  17,19,20
  48:4,6

54:10
  61:24  88:5
  89:13
  109:20

corner  32:17

corporate
  94:7

correct
  18:19
  19:9,11,25
  21:4  22:15
  23:1
  24:15,18
  29:20
  39:13  45:9
  57:20
  68:16  70:2
  71:20,21,
  23  94:1
  103:24,25
  107:19
  110:21
  112:17,21
  117:24,25
  120:5,23
  124:14

correctional
  19:24
  20:5,11

correctly
  36:19,24
  39:20

count  39:15
  68:20,21
  74:20

**COREY J. OSBORNE vs WAL-MART STORES EAST**

counted
  39:14,16,
  18

counter
  30:18

counting
  69:11
  74:20

couple  40:25
  79:1
  125:10

courses
  40:2,5,9,
  11,24
  41:4,6
  42:2

court  6:13,
  14,19,20,
  21,22 7:1,
  10 14:15,
  16 15:10,
  17 28:3
  106:13,18,
  19 112:25
  117:20
  118:7,10,
  11,21
  119:4
  121:4,7
  126:25
  128:12

cousin  45:24

cover  26:14
  76:8

crime  17:20

criminal
  10:23 68:7

Crossing
  12:19

crouch
  126:23

CSM  104:23
  105:1,3

curb  34:23

curious
  66:23

current  9:20
  11:1,2

Cursor  59:14

custody
  31:19

customer
  68:21
  69:14,15
  70:3 74:14
  83:4,7
  85:19,23,
  25 86:3,6,
  9 95:4,12
  98:11
  104:21,24
  110:23,24
  117:13

customer's
  96:13

customers
  36:22
  85:24
  86:16,20,

22 99:9

cut  15:23
  123:21

───────────
      D
───────────

dad  117:2

damages
  15:10
  120:20

dang  54:23

Danville
  121:6,8,23
  122:10,17,
  18

date  10:8,
  10 58:5,7
  61:25 63:1
  90:8,9,13
  91:8,12,13
  102:3
  118:7

dated  99:24

dates  46:18
  90:11,14,
  23 91:5
  112:1
  118:21

dating  61:14

daughter's
  122:13

day  24:1
  54:14
  57:23
  95:15

100:12
102:6
103:3
122:10
125:17,18
129:7

daycare  10:7

days  16:15
  41:2 51:2,
  6,7,8
  106:2

dead  88:25

dealing
  106:15
  120:13

deals  119:4

dealt  118:25

debt  14:24

decided
  112:21

decision
  43:15
  100:15

deep  16:8

defend  28:10

defendant
  14:4

defender
  28:10

define  26:24

degree
  10:19,22,
  24

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

| Confidential | | | Index: deli..document |
|---|---|---|---|

deli  30:19

delivery
  128:13

demeanor
  81:10

department
  12:14 27:4
  30:19
  31:21 34:1
  37:16 38:3
  41:18 51:5
  55:19,20
  61:23
  89:10
  109:2
  116:9,16
  119:8

departments
  115:23,25
  116:2,12,
  17

depends  71:9

deposition
  6:5 8:4,
  20,23
  77:11
  78:17,25
  129:2

Depot  124:23

Deputy
  118:3,22

describe
  103:15,21

describes

25:14

description
  25:9,23
  68:24 69:2
  72:11,17
  75:10
  80:22
  96:25 97:9
  104:22

designate
  128:20

detain  26:13
  31:24 32:3

detainer
  14:5

detainers
  14:10

detaining
  26:17
  31:13,15

detention
  27:11
  35:17,20
  36:7

difference
  31:11,14

difficulties
  73:7

dig  71:12

digging  71:6

digital
  128:13,15

direct  25:18

Director
  19:12,15

dirt  62:3

Disability
  126:17

disciplinary
  36:14
  58:23
  59:15,22
  60:9,13
  62:9 63:1
  64:4
  105:18
  106:15

disciplined
  105:20

discovery
  8:17

discriminating
  105:23

discrimination
  17:2
  56:10,14,
  17,23
  58:19
  107:19,22
  108:5,7
  110:14
  113:11

discuss  8:22

discussed
  8:25

discussion
  102:19

disease  93:9

disk  76:1,
  2,5,9

dismissed
  14:11
  106:21

distress
  119:17

District
  46:16
  104:8
  107:6

ditch  32:17

ditched
  66:18

DMV  122:1

Dobbins
  119:19

doctor  120:7

document
  13:14,17
  17:22,23
  25:5,7
  28:11
  35:3,7
  36:4 39:23
  44:10
  58:13
  59:13
  65:13,15
  103:14
  108:4
  112:24,25
  124:24

documents
  8:3

dog  99:14,
  15,17

door  37:15
  43:11,17,
  19 47:13
  60:24
  69:10
  80:13 81:5
  89:11
  100:16,18,
  21,24
  101:3,12,
  15,16
  102:25
  115:22
  117:1,4

doors  24:23

downloaded
  78:13 79:2

drafting
  107:21

dress  67:4

drive  9:5,10
  121:6,7

driver  15:7
  81:23

driver's
  81:21,24

drop  67:19

dropped  53:4
  123:17

Dude  52:23

duly  5:4

dumb  46:6
  114:9

duties  12:6
  21:12
  22:19 23:5
  24:20
  25:13,15
  69:15

_____
        E
_____

ear  54:24

earlier
  35:23
  74:19
  76:16
  77:10
  101:20
  104:15
  110:21
  111:8
  114:2
  125:11

earn  11:21

earnings
  123:5,8

edit  77:25

editing
  77:13

Edna  61:5,
  20 64:11

Edna's  64:24

education
  10:16

EEOC  107:19
  112:16,19

effect
  111:19

efforts
  124:5

electric
  16:9

electronics
  88:6
  116:3,7,
  13,17

elements
  32:5 33:9
  34:14,15
  35:22
  87:24
  116:22,24

elevated
  126:8

emergency
  24:23
  119:20

emotional
  119:17

employed
  10:4,6
  44:16 51:7
  125:6

employee
  85:23
  86:2,11

108:21

employee's
  55:25

employees
  36:22
  41:17
  55:25
  62:15
  86:16,23
  114:1

employers
  17:2 124:8

employment
  20:23
  22:17
  113:11
  117:20
  120:22
  121:10,15
  122:3
  124:6,7

empty  78:21
  89:6

end  43:21
  69:17
  70:20
  104:22

ended  15:17

Enforce
  22:21

enforcement
  37:6 56:6

engaged
  113:9

COREY J. OSBORNE vs WAL-MART STORES EAST
Confidential                Corey J. Osborne on 11/18/2021        Index: enlisted..February

enlisted
  18:15

enroute   32:2
  37:12
  66:18

ensuring
  26:1

entail   39:12

enter   13:20
  38:4 58:12
  68:9 96:19
  104:1
  110:13

entire   51:1

entrance
  89:11

entryway
  22:23

equipment
  12:10

Eric   9:23
  10:3

ERNC   125:21

escorted
  31:17

escorts
  22:23

essentially
  26:25
  39:21

ethics   25:25
  42:13,20,
  23 43:2,7,

25 44:6
  101:19
  103:12,15,
  20,21
  107:10
  113:20

events   8:8
  126:10

eventually
  16:6
  107:18
  112:16,20

everyday
  49:14

everything's
  39:13,14

ex-   61:21

ex-girl
  62:22

exact   58:7
  90:23
  91:12,13
  112:1

EXAMINATION
  5:7 127:4

examined   5:6

excuse   10:9
  37:10
  42:21 51:2
  57:1 79:12
  92:25
  112:9,18
  123:6

exhibit

13:20,21
  18:6,7,9
  29:8,9,10
  35:25 36:1
  38:5,6
  41:12,13
  44:10,11
  58:13,14,
  25 59:1
  63:25 64:1
  65:13
  68:10,11
  76:25
  77:1,4
  82:1,2,19,
  20 83:15,
  16 84:16
  96:20,21
  103:7,8
  104:1,2
  110:14,15
  113:4
  119:11,13
  126:2,4

exhibits
  128:24

exit   34:6
  102:11,22

exited   74:15

expensive
  85:5

expiration
  62:25

explained
  64:19

extended
  63:1

extinguisher
  22:22

extinguishers
  21:15,18
  24:24

―――――――――――
          F
―――――――――――

face   47:16,
  20 53:4

Facebook
  23:20

failure
  36:12

fair   67:7,
  12,14

fall   121:1

falls   92:22

familiar
  35:6
  58:22,24
  59:5

families
  13:1

fast   7:15

fault   32:19

feature
  13:14 25:6
  28:12
  65:13

February   9:8

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                                                Index: Federal..full

62:10 63:4

**Federal**
112:25

**feel** 105:22

**feeling**
115:3

**feet** 117:17
127:11,22

**fell** 67:6,
7,12

**felt** 17:6

**female**
51:18,21
64:11
87:3,10
95:18

**females**
88:5,10

**females'**
116:7

**fight** 100:17

**fights** 66:22

**file** 78:18,
21 101:5
102:25

**filed** 5:11
13:9 14:13
17:1,18
107:18
112:24

**files** 77:8,
24 78:1

**filled** 23:23

**final** 60:4

**find** 12:12
61:13 65:1
96:15

**fine** 7:6
73:8

**finger** 72:1

**finish** 10:25

**fire** 21:15,
18 22:22
24:23

**fired** 53:25
54:10,14,
18 55:8,9
61:17
105:6,8,
10,16

**Fischer**
45:3,25
114:3

**Fisher** 47:18
48:16
49:16,22
50:10
52:17
70:14,15
87:18
89:22
92:11,21
101:1
102:7
104:10
106:23
111:13,15

**filled** 23:23

114:23,25
118:13

**Fisher's**
46:1

**fits** 72:16
75:10

**fleeing**
29:18

**floor** 47:6,
14 48:5
67:7,12
108:17

**flowers** 99:1

**follow** 87:8,
22,25 88:9
89:2,18
92:3 93:8,
11,15
115:13
116:24
117:2,10

**font** 25:11
40:1

**food** 99:14,
15,17
125:18

**fool,'**
111:19

**footage**
24:24
94:21

**forget** 39:14
99:14
109:16

128:4

**forgot**
109:15,16

**form** 28:8
90:19
102:12,22

**formal** 37:13

**format** 28:24
78:3,7

**formats**
28:20

**Fort** 18:23,
24 19:1

**found** 120:22
121:10

**frame** 50:23

**Fredericksburg**
38:20

**free** 71:18
121:4

**frequently**
69:19

**friend** 23:15

**friends**
23:20 24:5

**front** 46:11
69:17
85:15 86:1
88:22
106:10,12
114:9,11

**full** 87:11
88:12,17

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                    Index: full-time..hands

full-time
  10:5 22:9,
  17

_____

        G

G4s   124:8

game   67:8,
  12,14
  71:10

gave   13:25
  68:24
  72:10 97:8
  105:17
  120:14
  123:21

general   14:4

generally
  42:17,19,
  22

Georgia
  18:23

gesture   7:9

gestures
  83:13

girl   27:15
  51:3,6
  61:13,17
  68:24
  80:22
  88:12
  95:16

girl's   62:2

girlfriend
  61:22

give   7:4,9
  55:15 75:6
  89:23
  90:3,6,8,
  12,19,22
  91:3,4,10,
  13,16
  92:7,24
  103:14

giving   93:22

glad   46:12
  104:10
  111:6

glanced
  42:16

Global
  42:12,13,
  19,22
  43:25

good   5:9
  21:20
  52:18
  55:13,19
  79:25 83:2
  95:15 96:9
  120:9
  128:19
  129:6

goodness
  91:18

grain   56:4,5

groceries
  71:15

grocery
  60:25

104:24

groin   68:1

ground   5:14
  68:2

group   39:17
  45:20 48:1
  49:14
  92:22

Guard   18:20
  19:5
  121:20,21

guess   8:10
  15:10
  16:1,6
  23:19
  31:14
  41:19 42:8
  43:21 49:6
  50:14 53:5
  72:18
  74:20
  81:12,15
  87:8
  100:11
  120:21

guide   36:7,
  13

guidelines
  35:1

gun   37:21,
  22,23

guy   46:11
  51:9 61:21
  62:21
  63:17

78:23 87:6
  92:19
  93:5,6,8
  98:25
  102:14
  108:15,16,
  18 109:1
  110:5
  115:12

guys   36:16
  46:8 48:10
  52:17
  54:16
  73:21
  110:7

_____

        H

habeas
  106:18
  118:9,14

half   50:11
  91:21,23
  103:3
  121:23

hand   6:17
  67:6 83:13

handcuffs
  68:2,4

handheld
  39:19

handle   39:8

Handled
  39:11

hands   67:25

Confidential                                               Index: hanging..Housing

89:15

**hanging**
  28:22

**happened**  7:3
  15:9 65:11
  68:18
  85:18
  90:15
  91:8,9,11,
  12,14,17
  94:6
  100:11,12
  120:9

**harassment**
  56:11,13,
  17 58:19

**hard**  49:18,
  23

**Harris**  76:4
  100:16

**hat**  66:10

**hate**  100:8

**HBA**  61:23
  92:23
  116:3,5

**He'll**  53:14
  128:9

**head**  7:6,10
  42:24

**header**  78:1

**headers**
  77:14

**health**

126:10,14

**hear**  6:23
  47:4 53:3
  57:11
  73:18,21,
  22 77:19
  90:24
  96:17
  127:1,15
  128:1

**heard**  44:23
  56:19
  64:14,25
  107:13

**hearing**
  90:16

**hears**  61:8

**heart**
  119:21,24
  120:10,13,
  14 126:8

**Heights**
  9:17,18

**held**  38:18

**heldhand**
  39:15

**hell**  52:22

**helped**
  107:25

**helps**  25:11

**Hey**  23:21
  27:21 30:7
  45:14,22
  46:8 48:8,

10 50:17,
18 52:17
54:16,22
56:22 57:8
61:6,9,12,
24 64:9,19
87:5 89:13
92:23
99:15,17
109:15
110:5
117:3,5
118:9

**high**  23:18
  116:20

**higher**
  115:24
  116:12,17

**highest**
  10:16

**Hildreth**
  45:3,7
  46:18
  48:19,24
  49:4 50:13
  70:15
  87:16
  89:22,24
  90:1 92:8,
  21 101:14
  106:10
  112:6
  114:4,22

**him]**  101:13

**hint**  48:18

**hire**  51:1

**hired**  24:1,
  14 108:14

**home**  9:13
  118:9
  124:22

**Honestly**
  50:5

**hoping**
  120:18

**Hornsby**
  23:24 45:5
  46:10
  52:8,14
  57:9,19
  87:19
  104:6
  111:11,14,
  21,25
  113:14
  114:6,25

**Hornsby's**
  24:2 46:15

**hospital**
  119:19

**Host**  60:24

**hour**  11:22,
  25 32:1,3
  123:8,9,
  11,14

**hours**  103:5

**house**  9:9

**Housing**
  12:25

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                                      Index: HR..intended

HR   41:18
   42:5

Human   40:22

hung   101:8
   102:8

hypothetical
   93:21

hypothetically
   98:18

_____

            I

ID   42:1

idea   85:12
   101:5
   105:19
   118:8

ideal   128:13

identification
   13:22 18:8
   29:11 36:2
   38:7 41:14
   44:12
   58:15 59:2
   64:2 68:12
   77:2 82:3,
   21 83:17
   84:17
   96:22
   103:9
   104:3
   110:16
   113:5
   119:14
   126:5

ignore   64:10

impair   7:22,
   25

important
   6:21

in-court
   118:25

in-service
   39:3

inappropriate
   45:6 62:12

Inaudible
   54:13
   127:25

incident
   45:4 57:17
   60:20
   61:17
   65:23
   68:14
   85:17 94:3
   95:2,8
   100:11
   104:6,15
   110:19,20
   111:8
   114:15

incidents
   91:13

income   11:2
   13:1

infants
   116:3

inform

118:21

Information
   44:1

informed
   36:17
   100:5

Ingle   5:8,10
   13:20,23
   14:6 18:5,
   11 28:9,13
   29:7,12,15
   30:23
   35:25 36:3
   38:4,8
   41:11,15
   44:9,13
   58:12,16,
   25 59:3
   62:8,14,18
   63:24 64:3
   68:9,13
   73:6,13,21
   74:1,3
   76:24
   77:9,18,22
   78:11,24
   79:5,17,25
   80:10
   81:25
   82:7,9,18,
   22 83:3,
   15,18
   84:18
   91:7,15
   96:19,23
   103:7,10
   104:1,4

110:13,17
113:3,6
119:11,15
126:2,6,19
128:8,15,
18,23
129:3

Initial
   11:20

initially
   11:18
   122:1

initiated
   98:5

injured
   15:14,15

injuries
   15:11

inside   69:12
   72:18
   80:21,22
   96:2 97:7

inspection
   21:15

inspections
   22:23

instructions
   78:12

intake
   20:16,21

integrity
   25:25

intended
   98:2

**COREY J. OSBORNE vs WAL-MART STORES EAST**

interaction
    62:15

interest
    20:12,13

interested
    23:22

International
    125:12

Interrogatorie
s   13:18

Interrogatory
    16:22
    124:4

interview
    23:25 24:1
    102:11,22

intimidating
    96:12
    110:24

intranet
    28:25

introduce
    30:6

inventory
    39:7,8,10,
    11,17

investigate
    26:15

investigation
    36:7 94:13
    99:5

involved
    16:23

69:2,5
72:23
80:25
86:12 99:6

involving
    68:7
    117:20

issued
    62:10,11,
    23 65:15
    106:25
    107:2
    117:19

it.'   105:5

item   84:23
    85:1

items   8:20
    30:8 68:24
    71:1,7,9
    72:13
    80:13
    84:19
    99:10,20

―――――――――
           J
―――――――――

J-A-M-I-E-L
    5:24

jacket   74:14
    76:16 94:4
    97:4
    127:7,17

Jackson
    104:12

Jacob   64:14,

20  65:1,5
    70:18

jail   20:2,
    21 66:22
    106:20
    118:12

Jailer   20:7

James   12:19
    23:24 24:2
    45:5 46:10
    57:25
    104:6,10
    111:21

Jamiel   5:19

Jaylen   52:21

Jaylin   51:10
    52:4,10,15
    53:5,7,8
    57:10,19,
    24 58:8
    104:12,17
    111:9
    113:13,16,
    19 114:11,
    16,22

Jaylin's
    104:14

jealous
    61:15

jewelry
    30:18

job   12:6
    16:17
    21:9,12

23:5,11
24:20
25:9,23
33:4 36:17
52:18
55:13,19
56:1,2
69:13,15
86:1,15
92:16 98:8
101:18
109:7,11,
12 110:6,7
123:13
125:8,15
127:24

jobs   124:16
    125:10,19

joined   9:16

joke   57:9

jokes   44:25
    114:1,14

joking   50:16

Josh'   70:17

judge   106:21
    118:19

judicial
    14:1

July   11:11

jump   13:24

jumpier   78:2

jumps   64:21

jumpy   77:15,

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                              Index: June..listed

17

June   124:8

justice
   10:23

Justin's
   102:16

_____
          K
_____

Kendra   70:16

Key   35:1,6

kick   67:19

kicks   68:1

kid   97:4

kids   68:25
   97:4,7

kilobytes
   78:21

kind   12:10
   16:8,9
   24:24
   37:21 53:6
   65:4
   75:11,12,
   13 85:22
   106:14
   125:16
   126:13

Kmart   16:18
   17:12
   21:7,10,
   13,23
   22:8,11
   25:1,3,20

knew   14:10
   23:17,18
   53:24
   54:11
   89:12
   92:17 96:9
   109:6,20

knife   37:21,
   22,23
   65:19,25
   66:9,11,
   12,15,17,
   18 67:5,6,
   12,16,19

knock   47:12

knocked   62:2
   118:15

knowing
   118:6,8

_____
          L
_____

ladies   69:6

lady   68:23
   69:7,8
   72:17
   75:10
   76:7,13,14
   80:3,7,11
   81:15
   96:25
   97:3,9,14
   117:1
   127:7,22

lanes   83:25

laptop   91:2

large   67:1
   105:22

late   14:14,
   23

laughing
   93:9

law   37:6
   56:6

lawful   32:4

lawsuit   5:10
   13:8,11
   14:1 15:6
   16:24
   112:21
   120:16,19

lawsuits
   13:9 14:2

lawyer
   15:12,13

learn   23:11

leave   20:10
   22:7 32:21
   48:12,15
   116:20
   123:12

leaving
   54:15
   72:11
   117:7

led   68:15

left   19:14
   50:11 58:8

92:20

legal   15:7
   16:22 17:9
   119:8

letter   76:7,
   8,13 94:7,
   16 96:7
   111:2

level   10:16
   59:24 60:2
   62:10

levels   59:8,
   22 60:13,
   15

liability
   36:18

Liberty
   10:21

license
   33:25 37:9

Lieutenant
   20:19

life   9:13

lifted   75:11

lights   24:23

limit   31:23

limited   34:5

limits   74:23

list   14:2
   25:13 40:5

listed   14:7,
   18 16:21

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                                    Index: live..man

35:19
124:7

**live**  9:3,9,
20

**lived**  9:7,12

**living**  9:15

**load**  55:20
80:13

**loading**  99:9

**local**  37:6

**locate**  41:17

**location**
24:18

**locations**
121:22

**lock**  66:22

**log**  41:24

**long**  9:7,12
11:9 16:13
18:24 19:4
20:8 23:18
25:13
26:13
31:24 43:1
63:9 70:11
122:24

**longer**  32:3
53:15,18
64:15
118:22

**looked**  83:13
87:20,21
96:11 97:5

110:24

**losing**  56:2

**loss**  21:6,
11,12 22:7
23:16
31:17

**lost**
120:20,21
123:17,19

**lot**  30:16
34:22
36:18
39:6,9
40:1,19,20
71:16
91:18
99:14

**lotion**  116:6

**loud**  85:25
86:3,14
95:19,24
96:5

**low**  13:1

**Lowe's**
124:22

**LPD**  24:25
31:19,20
68:1

**Luke**  109:3

**Lynchburg**
9:5,10,12,
15 12:18
19:22
31:20 54:9

92:19,20
121:6,7
122:10

_____

**M**

_____

**Macy's**  23:16

**Madame**
126:25
128:12

**made**  28:20
45:2,5
46:19 47:2
52:8,11
55:5
56:16,20,
22 57:5,7,
9,19 58:18
63:10,23
75:19,20
76:7 86:10
94:13
103:21,23
112:1
113:14,19
114:1,10,
22 117:14
122:11

**Madison**
9:17,18

**maintain**
27:17
32:24 38:2

**maintenance**
12:11

**make**  6:24

7:9 11:23
21:19
25:10
26:11
30:4,12
31:2,9
33:11 34:4
39:13,20
40:1 46:10
55:4,6,16
56:3 57:7
61:8 62:6
70:25
71:1,7
77:14 78:5
86:2,10
95:19
101:16
102:4
111:17,25
123:7,8

**making**  11:22
29:12 43:7
55:23 65:2
84:14

**male**  46:12
49:15
51:24
87:3,11

**males**  48:1
108:13

**mall**  19:8,
21 23:16
125:24

**man**  49:9
50:19

**COREY J. OSBORNE vs WAL-MART STORES EAST**

85:24
86:21
87:25
96:10
100:8
105:23
109:15
115:15

**management**
43:13,14
44:24 45:2
52:16
63:13
70:22
87:18
100:7
114:1

**manager**
11:8,13,
15,24
12:7,9
13:3
23:14,16
24:3,9
43:16
46:2,16,
20,21,22,
23 53:1
61:7 62:5
63:15
64:15 65:9
66:13
68:22
69:14
70:3,12,
13,17,18,
19 87:3

89:18,20
95:12
98:11
100:20,25
101:4,7,24
102:2,17,
22 104:8,
10 106:1,
4,8 107:6
108:9,25
109:5,9,
19,23
110:4,10,
24 111:6,
17,20,22
119:10

**managers**
24:25
31:6,8
35:12,13
65:3 69:16
70:16
87:15
93:14,25
94:2
109:11
112:5

**Manger** 110:9

**manner** 50:16
86:3

**Manpower**
125:11

**MAPM** 111:23

**mark** 18:5
29:8 35:25
41:11 44:9

63:24
76:24
81:25
82:18
113:3
119:11
126:2

**marked** 8:13
13:21
18:7,10
20:17
29:10 36:1
38:6 41:13
44:11
58:14,25
59:1 64:1
68:11 77:1
82:2,20
83:15,16
84:16
96:21
103:8
104:2
110:15
113:4
119:13
126:4
128:24

**Marketing**
111:6,16,
20

**married**
10:13,14

**Mart** 17:13
26:3 38:12
44:22 84:1
121:5

**massage** 16:8

**match** 71:8

**matched**
104:22

**matches** 71:5

**matter** 14:2

**maximize**
62:16

**Maybrook**
9:10

**Mchomes**
70:16

**means** 30:15,
21 32:6

**measures**
36:23

**meat** 30:18

**meats** 71:17

**medical** 7:24
119:18

**medication**
119:21
126:8

**medications**
7:21

**meet** 45:22
47:14 48:7

**memory** 42:25
78:21

**mentally**
93:6

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

mention
  110:18
  119:16

mentioned
  10:12
  12:1,15
  15:1 30:11
  31:3 33:9,
  13 50:20
  51:17
  52:4,7
  57:17
  60:21
  72:10
  74:13,19
  108:8
  114:3

merchandise
  27:13 37:5
  61:3 66:4

met  107:7

metaphysical
  16:7

Michael
  114:4,15,
  18

micromanaged
  92:17

microphone
  91:2

middle  5:18,
  23

Mike  23:15,
  18,20,25
  24:4 25:22

45:3 48:19
50:13
52:24 53:2
57:8,10,
12,14,24
70:15
76:3,6,10
87:15,16,
18 89:22,
23 90:1
92:8,10,
14,16,20,
21 94:10
96:8,12
100:8,16
101:14
102:19,21,
23 106:9
109:7,8,
10,12,19,
22 110:2,
3,8,10
111:4
112:6
113:17,22
115:2,7,8
119:9

Mike's  57:10
  110:11
  115:8

mileage
  121:9

military
  9:14,16
  56:6

mine  23:15
  81:18

minute  79:23
  103:14

missed  67:23
  121:9

missing
  104:23

mistake
  114:10

mistaken
  43:14

Mitch  63:14

Mm-hmm  18:2
  24:6 26:4,
  21 33:15
  35:5,11,18
  44:2,4
  54:6 59:20
  62:24 63:5
  65:17
  69:20
  77:22 79:8
  82:14 83:6
  84:11,21
  104:13
  124:11
  125:9
  126:24
  128:18

Monday  12:3
  123:24,25

monitor
  21:17
  22:23

monitored
  21:16

months  16:11
  20:9 38:22
  51:2,10,11
  87:17
  120:8,24
  121:23,25
  122:23

morning  73:8

Morris  76:3
  100:15
  107:4

motions
  71:24

motor  122:11

motorized
  46:9

Mountain
  19:23

move  19:1
  55:14,20
  61:1,6,16
  64:9 79:14
  82:25
  116:4

moved  14:21,
  22 15:2
  55:14
  60:24

multiple
  41:3 87:2
  117:19
  125:20

mute  73:17

muted  73:16,

19

**N**

names   6:3
106:13
125:25

National
18:20  19:4

nature   14:4

necessarily
7:11

needed   29:1,
2  42:1
44:21
61:15
63:14
101:3,6
106:4,12

newer   28:18

Nigger   48:21

niggers
45:23

Niglet   48:23

niglets
45:15
47:23
48:21,25

nod   7:10

nodding   7:6

note   25:23

noticed
125:10

notified
106:19

notify   31:19
33:25  37:5
38:3

November
12:4  23:10
40:17

number   13:25
23:13
24:10,12,
13  39:16
43:22
44:3,5,8,
21  91:16
92:8,19
101:19
124:5

numbers
14:7,9

**O**

O-S-B-O-R-N-E
6:1

oath   6:20

objection
28:8  77:4
78:10  82:5
90:18,25
91:3

observation
27:14,18
32:25  37:8
38:2

observe   22:4
86:2,10,15
95:20
127:24

observed
93:2

obtain   124:6

obtained
10:17

obvious
88:2,3

occupancy
74:23

occur   38:21
65:10

occurred
8:9,11
110:19

October
65:16

offensive
96:15

office   28:22
31:18,25
36:10
40:22  42:5
43:13
47:11
52:16,21
57:24  58:4
61:9  64:17
94:14
100:7
104:9

officer
19:14,25
20:5,11,16
22:15,19
23:3  32:4
37:17  68:1
108:18
118:8

official
31:2

OGP   46:22

oldest   10:4

online
124:18

open   22:12
36:17,21
37:24,25
43:11,17,
19  77:8
81:5
100:16,18,
21,23
101:3,11,
12,15,16
102:25

opening   80:7

opera   54:10

operating
72:8

operation
22:11

opportunities
34:4

opportunity

Confidential                                                    Index: orange..perfect

23:12

orange   60:17

order   32:1,4
  78:13 79:2
  128:21

Osborne   5:3,
  9,17,19
  9:22
  13:17,23
  17:22
  18:12
  34:25 36:4
  39:25
  41:16
  59:14 62:9
  65:14
  102:11
  103:11
  113:1
  124:24
  126:20
  127:6,21
  128:2,25

OSHA   109:13

owns   10:7

——————————

P

p.m.   129:9

package
  65:20

paid   14:25
  15:10
  88:11
  115:17
  121:8

pandemic
  68:20
  74:21,24
  123:1

paper   21:3

paperwork
  31:18
  106:4,14

paragraph
  113:8,24
  114:3,13
  117:11,12,
  18 119:16

paragraphs
  113:8

park   48:14

parked   34:23

parking
  34:22

part   22:9
  34:25
  105:25
  118:24
  119:3
  120:11

part-time
  22:10

participated
  113:10

party   13:11
  14:1

pass   32:11

passenger

81:5,24

past   12:3
  27:19 33:2
  34:5

pathogens
  40:21

patrol   22:22

Paul   77:3,
  18

pay   41:25
  68:23 69:9
  72:13
  81:17 87:9
  97:4
  98:13,16,
  19 99:12
  106:3
  117:10
  121:5
  123:14,21

pays   93:11
  99:18

PD   37:10,
  12,14,15
  66:16,17,
  21,22
  67:23 99:5
  109:16

pending   7:18

people   12:12
  13:2,6
  33:5,13
  34:18
  35:14
  45:14,16,

23,24
46:14
47:6,21
48:8 52:20
56:19
60:17 67:3
68:20
69:23
71:16
74:20,21
87:8,9
88:7 89:2
91:20,21,
23,25
92:3,4
93:15,20
95:13
99:8,9,13,
14 101:21
104:12
111:8,17,
18 112:12,
13,14
114:10
115:6
117:9

people's
  71:7

people?'
  52:23

percent
  27:14,18
  32:24
  42:10,15
  107:17

perfect   90:6

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

Confidential                                          Index: perform..pretty

perform
  125:16

performed
  25:15

perimeter
  22:21

period  60:10

permeated
  113:25

person
  27:21,22
  30:9 32:10
  51:13,16,
  19,22
  54:24,25
  55:18 61:3
  72:11,15,
  16,21,24
  73:2,3
  75:2,3
  80:18
  87:8,10
  88:4,25
  89:13,14
  95:20 99:1
  101:25
  111:24
  115:14
  116:25
  117:2,4,5

personally
  34:13 93:4

ph  108:25

phone  43:20,
  22 44:3,5

103:23
109:19

phones
  124:21

phrases
  112:4

picked
  115:17

pieces  96:8

pink  68:24
  74:14
  76:14 94:4
  97:3,4,6
  127:7,17

place  33:10
  34:15
  125:18

plainclothes
  33:5

plaintiff
  14:3

plan  63:11

plate  33:25
  37:9

play  48:14
  73:6
  77:14,15
  78:1,13

played  77:16
  78:3,7,9

player  77:7
  78:2,5

playground

48:11,13

plays  77:15,
  17

pleasant
  81:12

pocket  32:21

point  27:19
  32:12 34:5
  72:15 74:7
  89:1

pointing
  86:6,9

points  32:11

police  26:12
  30:10
  31:20
  32:1,4
  33:25
  37:16,17
  38:3
  108:18
  109:1,18
  118:8

policies
  25:24
  41:17 55:1

policy  26:2,
  14 28:16
  30:24
  36:13,23
  38:10
  56:11
  58:23
  59:15
  98:23

100:17
118:24
119:3

pops  42:2

portion
  120:22

position
  19:12
  20:10 22:8
  23:21 24:2
  45:11
  46:1,15
  75:3
  102:16
  104:7
  107:5
  108:14
  117:13
  121:19

positions
  108:8

possession
  65:19

posted
  108:11

prepare  8:3,
  20

present  14:2

pressure
  119:23
  126:9

pretty  7:3
  21:16
  24:25

COREY J. OSBORNE vs WAL-MART STORES EAST

| | | | |
|---|---|---|---|
| 25:13 34:5 | 6:17 7:3 | protection | 61:12 |
| 36:14 | 43:7,19 | 16:18 | 87:7,24 |
| 37:14 43:1 | | 17:9,16 | 89:2 92:1 |
| 44:24 | processing | 24:9,15,21 | 94:15 |
| 50:25 54:1 | 125:18 | 25:15,19 | |
| 124:21 | produce | 26:1,9 | pulled  67:5 |
| | 66:13,19 | 31:3,8,18, | 80:1 |
| prevention | 67:9 | 24 33:7 | 115:3,9 |
| 21:6,11,13 | | 35:12,13 | 119:2 |
| 22:7 23:16 | produced | 36:10,16 | |
| 31:17 | 8:15 69:7 | 39:8 50:21 | pulls  41:25 |
| 56:11 | | 52:1 62:16 | |
| | productivity | 86:15 | purports |
| price  26:11 | 62:16 | 92:19 | 78:20 |
| 85:2 | | 104:18 | |
| | products | 105:13 | purpose |
| prior  120:7, | 116:6,12, | 108:9 | 70:23 |
| 8 | 16 | 109:5,23 | |
| | | 110:9 | purse  27:16 |
| priority | program | 111:22 | 30:8 |
| 29:13 | 78:12,20 | | 88:12,16 |
| | | Protective | 116:10 |
| problem | programs | 128:21 | |
| 78:18 | 78:19 | | pursuant |
| 79:13 | | provide | 128:21 |
| 94:19 | prohibits | 12:16 | |
| | 56:13 | 122:6 | pursue  29:18 |
| problems | | | 112:16,19, |
| 15:16 | promoted | provided | 21 |
| 16:4,6 | 11:15 12:1 | 95:1 | |
| 120:12 | | | put  7:11 |
| | promotion | providers | 27:15 |
| procedures | 12:2 | 119:18 | 28:12 |
| 25:24 | | | 39:15,17 |
| 119:4 | proper | provisions | 42:1 46:10 |
| | 101:11 | 29:8 | 55:20 |
| proceeding | | | 59:13 |
| 14:1 | property | psychological | 67:25 |
| 129:10 | 37:13 | 119:17 | 68:4,5 |
| | | | 71:11 72:1 |
| proceedings | prosecute | public  28:9 | 75:25 |
| 14:3 | 26:12 | | 76:2,5,9 |
| | | pull  39:23 | 79:15 |
| process  5:13 | protected | | |
| | 113:9 | | |

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

Confidential                                              Index: putting..refuses

99:20
116:10
119:20,22
125:1

putting   73:5
79:11

_____

**Q**
_____

qualified
110:5,6

question
7:7,8,18,
19 90:19,
21 103:19
127:17

questioned
6:12 20:18

questions
5:12 7:5,
25 108:4
126:19
128:6

quick   37:15
73:9

quit   51:2
55:16,21

_____

**R**
_____

race   51:14,
16,20,23
52:5 55:2
56:14
96:13

racial
44:23,25
45:1,2
49:1 56:17
58:18

racist
113:25
114:14

radio   45:22
47:13 78:4

raise   6:17
82:5

raised   80:13

Randall
15:12

Randolph
23:1,6

range   26:11

ratio   78:5

raw   77:24

reach   67:16

read   42:12,
24 56:10
58:24
59:14 76:8
96:9,12
128:9

reading   95:6

reads   94:15

ready   73:24

realized
50:18

reapplied
124:14

rear   15:16

reason   7:16
44:17,18,
19,20 65:5
76:5

recall   16:13

receipt
27:5,6,10
31:10
69:4,7,8
70:4,7,20
71:2,5,8,
14 72:23
80:24
81:14,15
95:13,14,
17 98:10,
25 99:2,8,
16 104:25
105:6,9,11
110:25

receipts
69:19
70:24 71:4
105:12,14,
15

receive
20:25
21:22 38:9
60:12,15
99:16
102:8

received
14:24

16:20 77:5
119:7

recently
12:1

recognize
13:17
14:7,9
83:21

record   5:16
6:25 7:11,
17,20
73:10,15,
20 126:23

recorded
8:12

recover
120:18

red   59:19
60:4

refer   113:12

reference
14:19
114:21

referring
112:8,9,10

refresh
42:25

refresher
39:2

refused
100:20
106:15

refuses

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

100:23
102:9

regional
20:2
111:6,16,
20,24

register
34:6  72:2

registers
33:2  69:18
84:6

regular
19:13
108:16

regulations
22:21

related
44:25

relationship
65:4

relieving
75:1,2

remain  19:4

remember
7:22  8:1
42:15
60:20
65:23
84:11
85:13  91:5
102:1,3
107:11,16

rent  14:14,
16,23,25

repaired
121:2

rephrase
7:14

replace
12:12,13

reply  107:9

report  44:6
53:1  56:20
85:18,21
94:5  115:2

reported
53:2
114:14

reporter
6:23  7:10
73:16,24
74:2  90:24
127:1,2,
14,18
128:1,7,
11,12,14,
16  129:6

reports
109:13

repossessed
120:25

represent
5:10

require
115:24

resend  78:24

reserved
129:8

residence
107:1

resignation
21:1

resigned
20:21,23

resolution
78:2

Resources
40:22

respond  37:3
63:13

responds
37:14

response
16:21
42:18
59:25
73:13
103:17

responsible
21:21  26:1

rest  12:24

result  15:8
21:1  36:13
120:15,19

resume  17:25
23:23,24
124:25

retaliates
55:11

retaliation
55:10

57:12,15

review  8:3,
6,19  24:24
36:6

reviewed
112:23

rewind
79:17,21

Rich  106:7,
8

rid  66:2,12

Ridge  19:8,
21  20:2
125:24

rights  88:25

ripping
65:20

risks  36:23

River  19:8,
21  125:24

Road  19:23
109:9

Roanoke
38:20,25
39:2,9

Robertson
109:3

role  11:18
13:6

room  41:19
65:3
119:20

Confidential                                          Index: round..Seth

round  20:14,
  17,18
  122:10

rude  85:25
  86:3

rules  5:15
  21:25
  22:3,21
  26:8

run  12:13
  69:17

running  48:3
  75:12,13

Ryan  45:3,
  24  46:1
  87:18
  89:22
  101:1
  104:10
  106:11,22
  114:3

───────────
        S
───────────

safe  86:2,
  11

safety
  22:15,19,
  22  23:3
  29:13
  36:22

salaried
  31:6,8

sales  27:19
  32:11  34:5

  48:5  89:1

salt  56:4,5

save  128:5

Saved  62:8

scan  39:19
  71:17
  99:13,14,
  15,17

scanned
  71:25
  72:3,4

scans  71:22
  99:18

scared  56:1
  62:6

scary  85:24
  86:21
  96:18

scene  95:19

school  10:5
  12:24
  23:18

scooter
  84:24  85:3

screen
  13:13,15
  17:23
  28:14  35:2
  39:25  42:2
  43:1  59:13
  62:8  74:5
  79:6  84:20
  94:23
  102:10

119:2
124:4

scroll  13:24
  43:6

scrolling
  40:8

seal  32:10

search  125:8

seconds  68:3

section
  66:13,19
  67:9

secure
  121:15

security
  11:3,8,12,
  15,23
  12:6,9,13,
  16  13:3
  19:8,12,13
  121:11,20,
  21  122:6
  124:9
  125:21,24
  126:16

seeking
  120:15,17

seizures
  51:9

selected
  32:10

selecting
  27:18

self-checkout
  69:23
  71:19  72:8
  83:25  84:8

self-checkouts
  84:9

sell  124:20

send  23:23
  125:19

separate
  65:7

separated
  124:6

September
  10:11
  121:16

series  5:12

served  18:18
  118:1

service
  18:22
  68:22
  69:14,15
  70:3  83:7
  95:12
  98:11
  110:24
  125:15

Services
  124:9

set  40:23

Seth  76:3
  100:10,15

settlement
  15:24
  16:2,20
  21:1

setup  41:20

severance
  20:25

severe
  119:17

shadow  116:4

shape  83:2

share  13:13,
  14 25:5
  35:2
  102:10

Sherbrooke
  9:5

shift  11:20,
  21 12:12
  13:5

shirt  97:3

shirts  66:10

shocks  16:9

shoes  48:6

Shop  32:13

shoplift
  27:8 32:15
  34:3

shoplifted
  37:19

shoplifter
  22:5

27:11,12
34:16 37:4
60:25
61:6,10,12
64:12,20
65:19 87:3

shoplifters
  21:14,17,
  22 22:1
  24:22
  26:10,17
  27:1,3
  30:12 37:2
  92:18

shoplifting
  6:8,10 7:2
  26:15,20
  27:21
  28:11
  31:13
  32:14
  93:16
  117:23

shopping
  53:14

shoulder
  49:8 61:1,
  16 64:8,23

show  28:11
  39:24
  65:12 74:4
  95:23
  108:3
  115:18
  118:10

showed  95:23

117:15

showing
  43:25 79:5

side  34:8
  38:2 60:25
  61:2 81:5,
  21

sidebar
  79:14

sidewalk
  29:25
  30:1,2,5,9
  33:14,18
  34:9,10,24
  67:25
  70:9,12,21
  72:18 73:1
  104:24

sidewalk's
  70:20

sign  118:7
  128:9

signal  32:9

signature
  129:8

signed  118:5

significant
  126:10

similar  6:19

sir  90:24
  127:2,14

site  12:19

sites  12:9,

10,16,20,
23

situations
  37:3

Skill  41:6

skyrocketed
  119:23

slow  7:15
  39:24
  123:2

slur  49:2

slurs  44:23,
  25 45:1,2

small  68:25
  97:3,4,7

smoke  54:15

soap  54:10

Social
  126:16

softer  49:25
  50:1

solely
  109:11

Solutions
  11:6,7,10,
  19 12:7,16
  124:12
  125:2

son  15:20

sort  20:25
  31:23 39:4
  94:5
  105:17

COREY J. OSBORNE vs WAL-MART STORES EAST
Corey J. Osborne on 11/18/2021

116:16

sound   59:5

sounds   16:20

sources   11:2

South   121:24

span   91:19,
20,23

speak   63:12
102:9
109:17,18,
20

speaking
57:18

special   20:4

specific
30:25
90:3,12
113:7

specifically
52:13

spell   5:20,
22,25

spoke   61:23
62:7 63:18
81:13
105:1
106:5,8

spoken   63:12

spreadsheet
40:9

stand   68:20
80:23
81:2,4

Standard
128:16

standards
25:25

standing
61:5 73:4
74:10
80:8,15,17
81:19 82:5
95:22
96:10
97:13

start   19:13
23:9 31:18
46:13
111:7
123:22

started
11:19 12:3
19:7,13
21:6 25:10
38:10,22
40:17 41:1
59:16
104:17

state   5:15
118:20
122:6

stated   27:4

statement
42:13,20,
23 43:2
94:6,8,10,
18,19,20
95:1 96:20
99:23

statements
55:5,6
57:18

States   18:13

stating
105:3

stationed
18:21

status
107:10

stay   63:7

stayed   60:9

steal   81:17
87:21
88:10,17
116:4

stealing
87:23 92:3
111:18
115:6

steals   93:11

step   29:25
30:1,9
48:5 69:6

Stephanie
68:25
69:7,11
72:10,15,
18,25 73:2
75:7,8
76:18
80:20,23
81:1,7,8,
10,13

82:12,16
83:4,10,21
85:10,11,
13,17
86:6,9,17
95:7,12,
15,16
96:24
97:2,7,10,
11,21,23
98:2,6
105:6,16,
17

Stephanie's
69:13
72:21
75:13
81:22

stepped
70:21

steps   26:9,
14

sticker
39:17

stocker
108:17

stole   65:20
95:16

stolen   99:3

stood   69:10

stop   27:25
28:1 31:16
32:18 37:7
54:20,23
70:5 89:1

**COREY J. OSBORNE vs WAL-MART STORES EAST**
Corey J. Osborne on 11/18/2021

95:11
98:22,24
105:11
116:25
117:4

**stopped**
52:17
54:22
61:22
62:21
65:18,25
66:2,14,
16,19
74:14
98:21
104:25

**stopping**
27:7

**stops** 31:2,9
37:17
66:21

**store** 24:3,
10,13,17
29:22
30:3,4,17
31:9 32:22
33:14
34:3,6
46:2 47:9
48:3 50:22
53:13
54:2,4,7
61:7,23
63:19 65:9
66:13,20
67:20,21,
22 70:10,

12,13
72:11
74:10,15
75:13
76:20
82:15 83:8
84:1
86:15,25
87:15
88:22
89:3,7,16
93:7,10,
12,13
95:19,21,
25 96:1,2,
4 100:20,
25 101:4,
6,7,24
102:2,9
104:9,24
106:1,2,4,
20,22,25
107:2
109:21
111:6
112:5
115:23
116:5

**Store's** 65:3

**stores** 72:5

**story** 54:25

**straighten**
82:6

**stress**
120:13

**stretched**

78:5

**strikes**
84:23

**struggle**
121:2

**stub** 41:25
106:3

**stuff** 40:21
48:3 49:13
53:14 56:6
69:8,9
71:2,17
73:5 79:11
83:13
84:15
87:11
88:12,17
95:24 97:5
99:2
109:10
116:6
117:10
118:11
125:20

**stupid** 24:12
45:21
47:22 48:2
49:15

**subject**
37:6,10

**submitted**
18:1 119:7
125:3

**subpoena**
119:6

**subpoenaed**
106:24
118:17

**subpoenas**
106:12,17,
22,23,25
117:19
118:1,3,
14,15,16,
20,21

**suffered**
119:17

**suggest** 7:18

**supervise**
13:3,6

**supervisor**
11:20,21
13:5 25:18
98:10
114:15

**supplemental**
36:6 49:24

**supposed**
29:13,18
53:1 64:6
65:4 119:7

**surveillance**
115:4

**suspect**
26:20
31:12,15
34:19

**suspected**
34:16

**COREY J. OSBORNE vs WAL-MART STORES EAST**

suspects
  29:19

SUV  80:14

swear  6:17

sweater
  76:16

Sweet  22:14,
  20 124:14

Sweetbriar
  23:6

swing  67:23,
  24

sworn  5:4
  115:15

system  60:10

―――――――
      T
―――――――

Table  43:2

tail  76:9

takes  67:23

taking  27:23

talk  6:22
  26:19 29:7
  30:3,7,8
  35:9
  43:14,18
  53:8,11,16
  61:9 63:11
  67:25
  78:16 98:7
  100:20,22,
  23 101:4,
  6,13,24

102:2,7
104:5
117:18
118:12,18
120:21

talked  5:13
  15:18
  35:23 41:9
  51:14
  53:22,23
  64:18 65:9
  100:19
  101:19,25
  104:15
  111:8
  125:11
  126:7

talking
  50:19
  62:19
  70:9,14
  78:22
  80:20
  81:22
  83:10,14
  89:21
  95:24
  110:20
  111:19

talks  25:23
  29:12
  59:17
  62:11
  72:19 81:2

tapped  61:1,
  3,16 64:7,
  8,22

tech  78:23

technical
  73:7

technically
  34:24

Technology
  124:8

teens  45:21
  46:6 48:2
  49:15

telling
  54:16
  114:2
  117:7

tells  62:5
  89:19
  100:8

temp  125:15

tend  37:20

term  30:15
  32:5 35:2,
  10,17

terminate
  20:22
  100:10

terminated
  44:8,15
  51:12 52:3
  53:9,12,24
  54:3,5,8
  57:8 60:5
  100:3,13
  101:17
  103:6

104:20

terminating
  120:2

termination
  55:2 68:15
  100:6,17
  102:19
  120:23
  121:1
  122:20
  123:23
  124:2,17

terminology
  31:14

terms  30:22,
  24 35:7
  43:19 59:8

terrible
  16:5

testified
  5:6 6:14
  7:1 15:18
  77:10

testify  6:13
  68:6 91:3
  117:20
  121:4

That'd
  111:21

theft  116:20

thefts
  115:24

them's  12:24

Confidential                                                    Index: thing..training

thing  8:13
  14:20
  49:14
  50:13
  54:24 65:1
  87:7
  88:20,23
  89:17 92:2
  93:11
  95:15 96:9
  115:12
  116:5,21
  117:6,8

things
  30:16,17
  47:8 79:2
  81:14
  90:10

thinking
  55:7

Third/written
  59:19

thought
  44:20 77:9
  84:5,9

threaten
  20:22

threw  14:16

throat  64:21

throw  49:8

throwing
  48:3 63:21

ticket  71:1,
  10 84:23,

25

Tiffany  9:22

time  14:25
  16:13,16,
  17 23:14,
  18 24:3,5,
  18 31:23
  37:15 39:9
  40:17
  46:23,25
  47:25 49:5
  50:7,22
  51:1 52:24
  54:24
  58:8,19
  60:10,12
  62:11
  63:19
  70:17,18,
  19 73:11,
  14 77:7
  86:23,24
  87:12,13
  89:9 90:3,
  5,11,16
  93:7,10,
  12,17
  96:4,17
  99:19
  105:2,21
  120:6
  121:5,9
  123:2
  124:10
  127:12
  128:25
  129:4

Timeframe
  46:24

times  17:10
  32:11
  45:20
  49:3,12
  50:3,6,8,
  12,14
  63:18 77:6
  87:2
  91:12,17
  92:8,9
  93:13
  95:13
  100:22
  101:8
  102:8
  114:11
  116:8

tissue  16:8

title  21:9

today  5:12
  7:21 8:4,
  23 77:11
  118:10
  128:25

told  6:15
  20:18 27:5
  40:4 52:24
  53:5,23
  54:12,20,
  21 57:6,8,
  10,17 58:1
  61:15 64:6
  66:17
  68:25 69:3

72:20 76:6
  85:11,13
  86:12,21,
  23,24
  96:25
  97:15,17
  98:16
  100:16,19,
  21,24
  101:10,12,
  23 102:1,2
  105:3,5,8
  106:12,23
  107:12
  109:7,24
  110:2,4
  111:4
  113:17
  115:5,7

Tony  76:3

top  84:6,10

topic  21:23

toss  32:21

totally
  54:25

touch  61:4
  64:12,22

toys  85:4,5

training
  20:5,8
  21:22
  38:9,15
  39:5 40:2
  46:11
  104:14

110:6

  6:25 7:12

transferred
  51:4

transmission
  122:14

treated
  119:18

treatment
  55:23

trial   128:5

trip   122:10

Trost   15:12,
  19

true   60:18
  118:19

trunk   73:5

trust   63:11,
  16,21
  89:17

truth   5:5,6
  6:18,19
  90:20
  91:4,5,6

TSA   124:19

Tuesday
  91:11

turn   106:20

turned   18:17
  81:8

turns   52:21

58:3 67:22
117:8

TVS   67:3
  71:2

two-month
  91:19,20,
  23

Tyler
  108:22,24,
  25

type   106:3

typed
  103:12,20

types   12:22

typical   99:8

typically
  41:17
  71:14

——————

            U

unable   14:22
  16:12

underlying
  119:24

understand
  6:16 7:13,
  25 8:12
  17:8 36:12
  37:1 43:7
  44:15 55:1
  56:13
  59:21
  60:1,4,8
  68:14

76:14
82:15
94:12
112:15,19
119:3,6
124:10,13

understanding
  15:25 27:9
  31:7 33:16
  35:14,19
  63:7

unemployed
  123:20

unemployment
  122:8,19

unfair   55:23

United   18:13

Universal
  124:9

University
  10:21

unlawful
  14:5,10

unruly   86:14

updated
  124:25

upset   53:7
  81:15
  86:20 96:5
  109:17
  113:14

——————

            V

VALOIS   18:9
  28:8 30:21
  73:11,14,
  18,22,25
  77:3,12,
  20,23
  78:16
  79:4,8,12,
  19,21
  80:3,6
  82:4,8,24
  84:12
  90:18 91:1
  126:22,25
  127:3,5,
  16,19,20
  128:3,9,
  12,20
  129:1

VEC   121:22,
  24 122:2,3
  123:2

VECS   123:19

vehicle
  12:11 15:7
  22:22 37:9
  68:5 80:12
  81:5,21
  86:5,8
  117:16
  120:25
  121:2,3
  122:13

vehicles

```
 15:20                117:15                20,21               Wal-mart's
 99:10                                      26:24,25            28:25
 117:12              videos  8:8,           29:3 31:14          42:12
 122:11,12            11,14,15,             34:19               56:10
                      19 77:10             37:24                58:22
verbal  7:5,9         82:5 94:4            38:10,14,            107:3
                                            17 40:2,6           119:7
verbally            view  75:17           41:16,17
 103:23                                    42:7,9              walk  32:16,
                    viewed  77:10          43:8 44:16           20 52:21
Verizon                                    50:22                67:3,24
 124:20             violation             53:20,21             69:5 72:24
                     65:22,24             55:1,11              89:14
version              66:5                 56:18,21             97:24
 28:17,18                                  57:4                 115:21
 124:25             Virginia              58:18,20
                     9:6,10               59:22               walked  53:3
vest  74:11          11:4                 60:12                69:9,10
 80:18               117:18               64:15                73:1,2
                     122:3                70:7,8               89:7,15
vestibule                                 74:21                96:3 97:10
 66:20              ─────────────         75:18 96:7          116:22
                          W               99:25
vests  105:2        ─────────────        100:3               walking
                                          106:15              75:7,8
video  8:7          wages                 107:9,12            81:1 89:6
 65:2 67:18          120:20,22            108:21
 73:7 74:5,                               109:9               walks  58:3
 8,17               wait  88:25           111:3                67:20 69:5
 75:15,19,                                117:14,21           87:11
 20 76:16,          waiting  80:9         118:2,4,            93:12
 22,24               88:21                12,17               95:22,25
 77:5,13,                                 120:2,10,           96:1
 16,24              Wal-  17:12           13,16,19,            115:22
 78:3,12             26:2 38:11           23 121:13
 79:5,18             44:21                122:20             wanted  29:7
 82:10,23            83:25                123:23              98:4
 83:19,22            121:4                124:7,17            100:17
 84:19                                                        109:4,22
 94:15,17           Wal-mart                                 113:7
 95:24               5:10 8:9,
 110:21              11,15 13:8                              Wards  109:9
 115:18              17:3 18:1
                     23:9,12,22
                     24:7,9,18
                     25:10,16,
```

**COREY J. OSBORNE vs WAL-MART STORES EAST**

Confidential                    Corey J. Osborne on 11/18/2021                    Index: Ware..workers'

Ware  66:13

warning  60:5

warnings
  60:6

warrant
  14:24

warrants
  14:18

watch  27:22
  34:2 71:24
  88:23,24
  93:19

watched
  89:10
  94:4,16

watches
  71:22

watching
  47:12
  60:25 61:6
  64:11
  87:10
  88:12,16,
  19 89:16
  91:19,23,
  25 115:20
  116:9

water  99:13

watering
  98:25

way.'  64:23

Waynesboro
  11:4 12:20

ways  30:20

weapon  29:14
  37:6,8,14,
  20 38:2
  66:1,2,4,6
  67:15

weapons  37:2

wearing
  74:14

week  93:13
  104:14
  109:16

weekly
  109:12

weeks  61:18
  123:20

weird  78:6
  111:23

wheelchairs
  46:9

white  51:18,
  21,24
  87:3,10,11
  88:4,12,
  16,19
  108:13

whoever's
  43:20

wife  9:2,22
  10:6 96:17

window  79:14
  82:25

Wire  41:21,

24 42:4,11

withdrawn
  112:17,20

witnesses
  47:1

woman  81:7,
  22 82:12
  83:21
  88:16,19
  94:3 97:25
  98:3,7,12,
  16,18

woman's
  81:8,10
  89:10
  116:9

women's
  116:6,16

word  6:23,
  24 45:17
  48:17,19,
  20,22,24,
  25 49:4,
  17,19,23,
  24 50:16
  99:11
  104:23

words  111:19
  112:4
  127:9

work  6:8
  11:3 14:22
  15:15
  16:12
  22:14

24:11
25:19
30:18 43:8
51:9,25
53:19
55:23
60:23 79:3
96:24
99:25
103:2
109:1
118:6,22
121:6,8,9
123:15,22
124:12,14
125:16

worked  11:9
  16:7 17:16
  19:11,16
  21:3,9
  24:17,18
  40:2,6
  42:7 44:21
  50:22,25
  51:3,6,7,
  17 56:21
  57:4
  58:17,20
  63:19
  75:17 84:4
  87:17
  103:3,5
  108:13
  123:4
  124:10

workers'
  17:5

**COREY J. OSBORNE vs WAL-MART STORES EAST**

| Confidential | Corey J. Osborne on 11/18/2021 | Index: working..young |
|---|---|---|

**working**
11:19
16:16 17:8
19:7 21:6,
20 23:9
25:10
36:16
38:10,22
47:6 56:18
73:8,9
98:25
104:17
108:15

**workload**
55:15

**workplace**
113:25

**works** 39:20
53:21 77:5

**worry** 88:9
95:8

**worse** 49:8

**write** 94:5,
6,8,10,17,
19 106:14

**writes**
102:21

**written**
59:4,7
60:5 64:17
65:7

**Written/orange**
59:18

**Written/yellow**

59:18

**wrong** 53:25
76:11 84:6
93:6 94:18
95:10
100:9

**wrote** 20:20
60:18 65:8
76:7,13
94:7,20
96:7 99:23
102:23
111:2

---
**X**
---

**Xbox** 71:10

**Xboxes** 71:2

**Xerox** 28:23

---
**Y**
---

**year** 11:11
39:1 50:11
51:4 63:7

**years** 18:18,
25 19:17

**yelled** 61:4

**yelling** 48:3

**yellow** 59:4,
7,24 60:1,
16 62:10
74:11
80:18
105:2

**young** 68:23