WITS

**TO BE COMPLETED BY FACILITY MANAGEMENT:**

Name of Person Involved: ____________________

Date of Incident: ____________________

Time of Incident: ____________________

Witness Type (select one):

☒ Associate ☐ Customer ☐ Other: ____________________

Associate WIN: Redacted

## WITNESS STATEMENT

Witness Name: Sophia Elvilus

Witness Address: Redacted

Witness Phone Num[ber]: [Redacted]

Witness Email: ____________________

Best time to contact, if needed: ____________________

Describe in detail what you observed: I was helping a customer on 54 when Stephanie asked me who was on 55 since there was still a transaction going when ~~the~~ another customer came up. ~~&~~ The customer & I both told Stephanie that the lady with the child, African American, was on 55 & must have been her. The customer told Stephanie the woman was distracted because her child was upset. I told Stephanie which door the lady went out. Stephanie came back in later & said that she asked a lady on the side walk if maybe her transaction didn't go through but the woman had a receipt for a different transaction.

Were there any physical signs of injury? ☒ No ☐ Yes (please describe below)

not applicable SE

Witness Signature: Sophia Elvilus Date: 5 15 20

page 1 of 2

Revised: 2/1/2018

WITS

**TO BE COMPLETED BY FACILITY MANAGEMENT:**

**Name of Person Involved:**____________________

**Date of Incident:**____________________

**Time of Incident:**____________________

**Witness Type (select one):**

☒ **Associate** ☐ **Customer** ☐ **Other:**__________

**Associate WIN:** Redacted

## WITNESS STATEMENT

**Witness Name:** Redacted

**Witness Address:** Redacted

**Witness Phone Num** Redacted **lt. Phone:**__________

**Witness Email:**____________________

**Best time to contact, if needed:**____________________

**Describe in detail what you observed:** Stephanie told me it ~~must~~ couldn't have been the lady she talked to because she had the ~~[illegible]~~ receipt. I told her I was sure of the description maybe there was another lady or we got confused.

**Were there any physical signs of injury?** ☒ **No** ☐ **Yes** (please describe below)

not applicable SE

**Witness Signature:** Sophia Elvilus **Date:** 5 15 20

page 2 of 2

Revised: 2/1/2018

**TO BE COMPLETED BY FACILITY MANAGEMENT:**

Name of Person Involved:

Date of Incident:

Time of Incident:

Witness Type (select one):

☐ Associate ☐ Customer ☐ Other:

Associate WIN:

## WITNESS STATEMENT

Witness Name: Tanya Hoffman

Witness Address: Redacted

Witness Phone Nu[mber]:

Witness Email: Redacted

Best time to contact, if needed: afternoon

Describe in detail what you observed: A lady came to customer service asking why she was followed outside being accused of stealing. Stephanie apologized to her and told her multiple times she wasn't accussing her that she was going by a cashier and customers description that a lady was distracted by her child and walked off accidentally without paying. The lady asked what the description was and was mad Stephanie said african american. She then walked off and said you can just go to hell.

Were there any physical signs of injury? ☑ No ☐ Yes (please describe below)

not applicable TH

Witness Signature: Tanya Hoffman Date: 5-15-20



Revised: 2/1/2018

TO BE COMPLETED BY FACILITY MANAGEMENT:

WITS

Name of Person Involved:

Date of Incident:

Time of Incident:

Witness Type (select one):

☐ Associate ☐ Customer ☐ Other:

Associate WIN:

**WITNESS STATEMENT**

Witness Name: Tanya Hoffman

Witness Address:

Redacted

Witness Phone

Witness Email:

Best time to contact, if needed: afternoon

Describe in detail what you observed: A lady came to customer service asking why she was followed outside being accused of stealing. Stephanie apologized to her and told her multiple times she wasn't accussing her that she was going by a cashier and customers description that a lady was distracted by her child and walked off accidentally without paying. The lady asked what the description was and was mad Stephanie said african american. She then walked off and said you can just go to hell.

Were there any physical signs of injury? ☑ No ☐ Yes (please describe below)

not applicable TH

Witness Signature: Tonya Hoffman Date: 5-15-20

Revised: 2/1/2018

5/15/2020

To whom it may concern,

I don't remember the date but I do remember the incident. CSM Stephanie Comes to me (APA Corey) while I was breaking a AP Host at the GR Doors.

CSM Stephanie stated that one of her Cashiers said a African American lady with 2 children in a toddler shopping cart, did not pay for for their merchandise.

Stephanie ask me if I had seen them and the only people fitting that describition was on the side walk just passed the Soda machines.

CSM Stephanie walks up to the lady and asked to see her receipt. Never did Stephanie say anything about stealing, just asked for to see her receipt.

Children was not crying, boyfriend or husband was in a hurry to load the vehicle for some reason. Stephanie looked at her receipt, thanked her then walked back into the store.

Corey Janiel Osborne

[signature]

The female comes back into store. Being loud trying to make a scene.

CONFIDENTIAL

On 5-9-20 I was called down to the Scan and Go at Grocery side.
There stood a customer yelling that lady in front of me did not pay for items. She had a screaming child in the baseket and another on. "Customer said she think the screaming child distracted her and he left. She said she just went out the door. Customer then stated she had on a black ball cap with Niki symbol and multi color shirt with 2 screaming chidren on in baset.
So Sophia was there & I asked Sophia she gave me the discription of black lady with black ball cap on with screaming children just walked out one in baset.
I went to the door and Corey was standing there & I asked him did he see the lady that just walked out with 2 chidren on screaming. He said that lady right there is the only one I seen.
I told him what happened and the decription of the lady and he said yes that's gotta be her. I told him to hold on I was going back to Sophia to make sure I had the right decription.

I asked
Sophia again. She gave me the same description.

I went back and said to Corey I think so she matches the decription. Corey said if you want to ask her I will go with you come on.

So we walked up to the customer and I politly asked the customer if she had just left the SCO on grocery side. She said yes "why?" I asked her was it possible that she had left the tole up and maybe thought the payment went through.

She yelled and said I paid for my shit and I dont apperchate you calling me a theif. I said mame no I never said that at all. I then told her that I strongly appoligze the only reason I asked her was because the customer and the host said the lady was black with black ball cap niki symbol and multi color shirt with child screaming in bsset and another child with her.

customer pulled out her receipt showed me

I told her I was so sorry I knew that the customer did not intentionally walk away.

Corey and I walked back into Store. I then Stated to Cory oh my God I am going to get fired.

He said no Stephanie you didn't do nothing wrong. I said I'm glad you was with me to hear everything.

Then I was at Customer Service upset talking to Tany I told her OMG I'm so upset I just might loose my job because I listend to Sophia and the Customer.

The ~~th~~ at ~~that~~ time the Customer walked up to Tanya and said I want a manager right now. She told Tanya that an associate jus followed her out the store and accused her of Stealing. I then Said mame that was me I never accused you of stealing at all.

She said can you please explain to me why you asked me.

So I explained to her I first never would have done that that the customer and the host gave the decription of and Aferican American Woman

She yelled first off I'm not

African American.

I'm black. I said mame I'm sorry but I have children that are mixed and I call them that when I fill out papers. But I'm sorry about that tho.

So then I explained to her that she fit the decription of the lady that they said had a screaming child in basket and didn't pay left total on screen. But did not mean to they knew the lady was trying to tend to her child. She was distracted.

I then again appoligized to the customer.

Stephanie [signature]

P.S.

I seen Corey again after this and I told him that she came in he said again dont worry you didnt do nothing wrong I was with you.