7601 Timberlake Road
Lynchburg, VA 24502

www.jamesriverlegal.com

P 434.845.4529
F 434.845.8536



December 30, 2021

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/5/2022
JULIA C. DUDLEY, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

Julia C. Dudley, Clerk
U.S. District Court
Western District of Virginia
1101 Court Street
Suite A66
Lynchburg, VA 24504

In re:  Corey Jamiel Osborne v. Wal-Mart East, LLP, et. al.
Case No.: **6:20CV00079**

Dear Ms. Dudley:

Enclosed please find a thumb drive containing EXHIBIT 2 to the Plaintiff's Memorandum in Support [24] to the Plaintiff's Motion for Summary Judgment [23] filed in the above-referenced matter on December 30, 2021.

Please feel free to contact me if you have any questions or concerns. Thank you in advance for your assistance in this matter.

Sincerely,

JAMES RIVER LEGAL ASSOCIATES

M. Paul Valois

MPV/kft
Cc: G. Bethany Ingle, Esq.