# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **COREY J. OSBORNE,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**WAL-MART STORES EAST, LP** *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 6:20-cv-0079-NKM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Plaintiff Corey J. Osborne and Defendant Wal-Mart Stores East, LP[1] ("Defendant" or "Walmart"), by and through their undersigned counsel, hereby stipulate that the above-identified action be and hereby is dismissed WITH PREJUDICE as to all claims and all parties, each party to bear its own fees and costs in connection with the action.

Dated: March 28, 2022                                         Respectfully submitted,

 /s/ M. Paul Valois                                                   /s/ G. Bethany Ingle
M. Paul Valois (VSB No. 72326)                      G. Bethany Ingle (VSB No. 78622)
JAMES RIVER LEGAL ASSOCIATES            Charles F. Trowbridge (VSB No. 82736)
7601 Timberlake Road                                      LITTLER MENDELSON P.C.
Lynchburg, Virginia 24502                                1800 Tysons Boulevard, Suite 500
Telephone:  434.845.4529                                 Tysons Corner, VA  22102
Email: mvalois@vbclegal.com                          Telephone:  703.442.8425
                                                                              Facsimile:  703.442.8428
                                                                              Email:  gingle@littler.com
*Counsel for Plaintiff*                                            Email:  ctrowbridge@littler.com

                                                                              *Counsel for Defendant*

---

[1] Plaintiff's First Amended Complaint improperly names Walmart, Inc.; Wal-Mart Associates, Inc. and Wal-Mart Stores East, Inc. as Defendants.  The operating entity of the Store where Plaintiff was employed is Wal-Mart Stores East, LP.

**SO ORDERED.**

_____
The Honorable Norman K. Moon
United States District Judge


Dated: _____, 2022

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was served on this 28th day of March 2022 by electronically filing the same with the CM/ECF System, which will send electronic notice of the same to the following:

>M. Paul Valois, Esq. (VSB No. 72326)
>JAMES RIVER LEGAL ASSOCIATES
>7601 Timberlake Road
>Lynchburg, Virginia 24502
>mvalois@vbclegal.com
>
>*Counsel for Plaintiff*

>*/s/ G. Bethany Ingle*
> G. Bethany Ingle